1  JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
3  San Francisco, California 94105-2907
   Telephone:    (415) 512-4000
4  Facsimile:     (415) 512-4077

5  HAILYN J. CHEN (State Bar No. 237436)
   hailyn.chen@mto.com
6  KATHERINE G. INCANTALUPO (State Bar No. 321783)
   katherine.incantalupo@mto.com
7  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
8  Los Angeles, California 90071-3426
   Telephone:    (213) 683-9100
9  Facsimile:     (213) 687-3702

10 Attorneys for Defendants Airbnb, Inc. and Airbnb Payments, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| ANTHONY FARMER, on behalf of himself and all others similarly situated, | Case No. 4:20-cv-07842-JST |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | Judge:   Hon. Jon S. Tigar<br>Crtrm.:  6 |
| AIRBNB, INC.; AIRBNB PAYMENTS, INC., | Action Filed:       November 5, 2020 |
| Defendants. | |

Case No. 4:20-cv-07842-JST

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the following attorney of the law firm Munger, Tolles & Olson LLP appears as an attorney of record on behalf of Defendants Airbnb, Inc. and Airbnb Payments, Inc.:

>KATHERINE G. INCANTALUPO (State Bar No. 321783)
>katherine.incantalupo@mto.com
>MUNGER, TOLLES & OLSON LLP
>350 South Grand Avenue, Fiftieth Floor
>Los Angeles, California 90071-3426
>Telephone:    (213) 683-9100
>Facsimile:    (213) 687-3702

DATED:  December 4, 2020            MUNGER, TOLLES & OLSON LLP


                                    By:    /s/ Katherine G. Incantalupo
                                          KATHERINE G. INCANTALUPO
                                    Attorneys for Defendants Airbnb, Inc. and Airbnb Payments, Inc.

Case No. 4:20-cv-07842-JST

NOTICE OF APPEARANCE