1  JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
3  San Francisco, California 94105-2907
   Telephone:     (415) 512-4000
4  Facsimile:     (415) 512-4077

5  HAILYN J. CHEN (State Bar No. 237436)
   hailyn.chen@mto.com
6  KATHERINE G. INCANTALUPO (State Bar No. 321783)
   katherine.incantalupo@mto.com
7  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
8  Los Angeles, California 90071-3426
   Telephone:     (213) 683-9100
9  Facsimile:     (213) 687-3702

10 Attorneys for Defendants Airbnb, Inc. and Airbnb
   Payments, Inc.

11

12                  UNITED STATES DISTRICT COURT

13        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

14

15 ANTHONY FARMER, on behalf of himself    Case No. 4:20-cv-7842-JST
   and all others similarly situated,
16                                          **DECLARATION OF MONIQUE**
                 Plaintiff,                 **CHAUVET IN SUPPORT OF**
17                                          **DEFENDANTS AIRBNB, INC. AND**
          vs.                               **AIRBNB PAYMENTS, INC.'S MOTION**
18                                          **TO COMPEL ARBITRATION AND TO**
   AIRBNB, INC.; AIRBNB PAYMENTS,           **DISMISS THE COMPLAINT**
19 INC.,
                                            Judge:    Hon. Jon S. Tigar
20               Defendants.                Crtrm.:   6
                                            Hearing:  March 18, 2021 at 2:00 p.m.
21

22

23

24

25

26

27

28

                                            Case No. 4:20-cv-7842-JST

I, Monique Chauvet, hereby declare as follows:

1.     I am over the age of 18 and am not a party to this litigation.  I am currently employed by Airbnb, Inc. ("Airbnb") as a Legal Investigations Associate, and I maintain an office in Portland, Oregon.  As an Airbnb Legal Investigations Associate, I work with, and am familiar with, the platform and website pages maintained by Airbnb, including, but not limited to, the pages that display Airbnb's account sign-up screens and the subsequent events that require user assent or consent ("Consent Events") on both computer and mobile devices.  I am also familiar with the manner in which Airbnb maintains its records of user assent and account creation in the ordinary course of its business, as well as the manner in which Airbnb regularly maintains records pertaining to bookings made through the Airbnb online platform.  I have personal knowledge of the facts set forth below except those facts set forth upon information and belief.  As to those facts, I believe them to be true.  If called as a witness, I could and would testify competently to the facts herein.  I am authorized to provide this Declaration on Airbnb's behalf, and I submit this Declaration in support of Airbnb's and Airbnb Payments, Inc.'s Motion to Compel Arbitration and to Dismiss the Complaint ("Motion").

### *The Airbnb Platform*

2.     Airbnb provides an online platform that connects third parties who wish to offer their unique accommodations (called "Hosts") with third-party travelers seeking to book accommodations (called "Guests").  The platform is accessible online at http://www.airbnb.com and via mobile applications.  Airbnb does not own or control the accommodations that Hosts list on the platform, and Airbnb does not operate, manage or otherwise have any interest in, or grant any interest in, properties that Hosts list on the platform.

3.     Airbnb operates a global platform and has users in all fifty states.  Users can access the Airbnb platform through the internet from anywhere in the United States.  Guests can make reservations with Hosts offering accommodations in all fifty states.  For example, a Host in Arlington, Virginia, can decide to offer an accommodation for booking on the Airbnb platform to a Guest visiting from Kansas City, Missouri.

DECLARATION OF MONIQUE CHAUVET IN SUPPORT OF DEFENDANTS'
MOTION TO COMPEL ARBITRATION AND TO DISMISS COMPLAINT

4.      I am familiar with the user interface presentation and the behavior of the Airbnb platform.  The dates and times of users' initial assent to each version of Airbnb's Terms of Service are recorded automatically in Airbnb's database in the ordinary course of business at or near the time of the assent.  I have personally reviewed Airbnb's records relating to the sign-up screens and Consent Events Airbnb uses, as discussed below.  I have also reviewed Airbnb's business records pertaining to the account associated with the user name Anthony Farmer associated with the email address tonyfarmer45@yahoo.com ("Mr. Farmer").  I have confirmed that Mr. Farmer consented to multiple versions of Airbnb's Terms of Service and Payments Terms of Service.

### *Consent to the Terms of Service and the Payments Terms of Service*

5.      At all times relevant to this litigation, Airbnb users, including Mr. Farmer, were required to agree to the then-current Terms of Service and Payments Terms of Service (among other agreements) before they could create an Airbnb account, list or book an accommodation via the Airbnb platform, or send messages via the Airbnb platform.  The Payments Terms of Service and other agreements also are incorporated by reference into the Terms of Service.

6.      Prospective users who sought to transact using the Airbnb platform were first required to proceed through Airbnb's account creation process.  At all times relevant to this litigation, when a user signed up for an Airbnb account, that user was required to press a button to affirmatively indicate their agreement to the Airbnb Terms of Service and the Payments Terms of Service, and, depending on the time of sign-up, certain other policies.  The Terms of Service, the Payments Terms of Service, and other applicable policies were visibly hyperlinked, and the user was given an opportunity to review the terms before agreeing to create an account.  Thus, prospective users were notified about the Terms of Service and the Payments Terms of Service; had the opportunity to review the Terms of Service and the Payments Terms of Service; and indicated their agreement to be bound by the Terms of Service and the Payments Terms of Service for as long as they continued using Airbnb's platform, website, and services in the process of signing up for an Airbnb account.

7.      Thereafter, when Airbnb updated its Terms of Service, it required its account holders to affirmatively indicate their agreement to the updated Terms of Service as a condition of

their continued use of the Airbnb platform, website, and services.  In order to inform users of an update before the update became effective, Airbnb sent an email to the email address associated with each of its current account holders to notify them of the impending update and provide them with an opportunity to preview the updated Terms of Service by clicking on a hyperlink in the email.  Then, the first time account holders logged in to their Airbnb accounts after the effective date of the updated Terms of Service, they were presented with that updated Terms of Service, either in a scroll-box or via a hyperlink, and were required to affirmatively click an electronic button indicating their agreement to continue to be bound by the updated Terms of Service.  The button account holders clicked was accompanied by text indicating that they were accepting the updated Terms of Service and other applicable policies, including the Payments Terms of Service. Users were required to click this button before they were able to continue using Airbnb's services or transact with other users via their Airbnb account.  Following a Consent Event, Airbnb does not allow existing users to log in, interact with other users, create a listing, or book a reservation using the Airbnb platform until after they indicate their acceptance of the updated Terms of Service.

8.      In addition, Airbnb's current Terms of Service is available by hyperlink on Airbnb's homepage, www.airbnb.com, and directly at www.airbnb.com/terms.  The current Payments Terms of Service is available at www.airbnb.com/terms/payments_terms.  The current Terms of Service and Payments Terms of Service are publicly available—no Airbnb account is required to access them.

***Mr. Farmer Consented to the Terms of Service and the Payments Terms of Service***

9.      I have reviewed Airbnb's business records associated with the account of Mr. Farmer.  The business records that I reviewed are all regularly maintained in the ordinary course of Airbnb's business and were made at or near the time of the events, conditions, or occurrences they describe.  The business records showing the date that Mr. Farmer created an account and each date upon which he consented to updated versions of the Terms of Service are attached hereto as **Exhibits A** and **B**, respectively, and incorporated herein by this reference. Based on my review of Airbnb's business records associated with this account, and as reflected in **Exhibits A** and **B**, Mr. Farmer created an account on November 3, 2017, and consented to the

DECLARATION OF MONIQUE CHAUVET IN SUPPORT OF DEFENDANTS'
MOTION TO COMPEL ARBITRATION AND TO DISMISS COMPLAINT

Terms of Service and the Payments Terms of Service on that date.  As further reflected in **Exhibit A**, Mr. Farmer created the account using a mobile device and thus would have been presented with the account creation flow identical or substantially similar to that described in paragraph 10 below.

10.     Attached hereto as **Exhibits C** and **D**, and incorporated herein by this reference is a true and correct copy of the initial and the second sign-up screens that are substantially similar to those users would have seen when they created an account on November 3, 2017, through a mobile device.  As **Exhibit C** illustrates, the users were presented with three click button options: "Continue with Facebook," "Continue with Google," and "Sign up with Email."  As **Exhibit C** further illustrates, the text immediately below the three click buttons states, "By clicking Sign up or Continue with, I agree to Airbnb's Terms of Service [and] Payments Terms of Service . . ." and certain other policies.  The phrases "Terms of Service," "Payments Terms of Service," and the other policies were off-set in blue type and hyperlinked so the user could click to read the full documents.  **Exhibit A** demonstrates that Mr. Farmer used the "basic" sign up method, which indicates signing up utilizing an email address.  A true and correct copy of the second sign-up screen presented to users on November 3, 2017, after they clicked "Sign up with Email" is attached hereto as **Exhibit D**.  As **Exhibit D** illustrates, the Terms of Service and the Payments Terms of Service were again hyperlinked in blue type in close proximity to the sign-up buttons.

11.     Airbnb periodically updates its Terms of Service, Payments Terms of Service, and other policies.  When it does, Airbnb requires its account holders to indicate their agreement to the updated Terms of Service before they can continue to use the Airbnb platform to transact with other users of Airbnb's website and services.  As explained in paragraph 7 above, every time Airbnb updates the Terms of Service, it sends an email to the email addresses associated with existing account holders' accounts to notify them of the change and provide them with information and an opportunity to review the updated terms directly by clicking on the hyperlink provided in the email.

12.     A true and correct copy of the version of the Terms of Service that was in effect on November 3, 2017 (Version 7), and which was available to Mr. Farmer through the "Terms of

DECLARATION OF MONIQUE CHAUVET IN SUPPORT OF DEFENDANTS'
MOTION TO COMPEL ARBITRATION AND TO DISMISS COMPLAINT

Service" hyperlink on the initial and the second sign-up screens, as shown in **Exhibits C** and **D**, is attached hereto as **Exhibit E**, and is incorporated herein by this reference.  A true and correct copy of the version of the Payments Terms of Service that was in effect on November 3, 2017 (Version 7), and which was available to Mr. Farmer through the "Payments Terms of Service" hyperlink on the initial and the second sign-up screens, as shown in **Exhibits C** and **D**, is attached hereto as **Exhibit F**, and is incorporated herein by this reference.

13.    **Exhibits A** and **B** confirm that, on November 3, 2017, Mr. Farmer agreed to the Terms of Service and the Payments Terms of Service by going through a process on a mobile device identical or substantially similar to that described in paragraph 10 above, that he was presented with the sign-up flow identical or substantially similar to that contained in **Exhibits C** through **D**, and that he clicked the "Accept" button at the end of the account creation process indicating his acceptance of the Terms of Service and the Payments Terms of Service attached hereto as **Exhibits E** and **F**, respectively.

14.    As previously indicated, Airbnb records the date(s) upon which each user assents to updated Terms of Service and regularly maintains those records in the ordinary course of its business.  **Exhibit B** confirms that in addition to indicating his agreement to the Terms of Service on November 3, 2017, when he created his account, Mr. Farmer consented to the Terms of Service two additional times:  Version 8 of the Terms of Service (which incorporates by reference Version 8 of the Payments Terms of Service) on June 30, 2018, and Version 10 of the Terms of Service (which incorporates by reference Version 10 of the Payments Terms of Service) on March 28, 2019.  A true and correct copy of Version 10 of the Terms of Service—to which Mr. Farmer agreed on March 28, 2019, and which is the operative version of the Terms of Service for purposes of Airbnb's Motion—is attached hereto as **Exhibit G** and is incorporated herein by this reference.  A true and correct copy of Version 10 of the Payments Terms of Service—to which Mr. Farmer agreed on March 28, 2019, and which is the operative version of the Payments Terms of Service for purposes of Airbnb's Motion—is attached hereto as **Exhibit H** and is incorporated herein by this reference.

DECLARATION OF MONIQUE CHAUVET IN SUPPORT OF DEFENDANTS'
MOTION TO COMPEL ARBITRATION AND TO DISMISS COMPLAINT

15.    Airbnb regularly maintains in the ordinary course of its business archived versions of the Extenuating Circumstances Policy (Help Center Article 1320) in Contentstack, a Content Management System where content is created and managed.  Attached hereto as **Exhibit I** is a true and correct copy of Airbnb's Extenuating Circumstances Policy, published on February 27, 2020.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 21 st day of _January_ , 2021, at Portland, Oregon, United States of America.

By _[signature]_
MONIQUE CHAUVET

-6-

DECLARATION OF MONIQUE CHAUVET IN SUPPORT OF DEFENDANTS'
MOTION TO COMPEL ARBITRATION AND TO DISMISS COMPLAINT

# EXHIBIT A

Sign_Up                                                                                                                    ABNB

| id_user | first_name | last_name | email | dim_country | dim_language | dim_locale | ds_account_created | dim_signup_method | dim_signup_app | dim_signup_device_type | dim_signup_browser |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 157279244 | Anthony | Farmer | tonyfarmer45@yahoo.com | US | en | en | 11/3/2017 | basic | Web_Mobile | iPhone | Mobile Safari |

1 of 1

# EXHIBIT B

TOS_Consent                                                                                                    ABNB

| id | first_name | last_name | email | tos_version | tos_accepted_at |
|---|---|---|---|---|---|
| 157279244 | Anthony | Farmer | tonyfarmer45@yahoo.com | 7 | 2017-11-03 17:01:37.0 |
| 157279244 | Anthony | Farmer | afarmer@stedwards.edu | 7 | 2017-11-03 17:01:37.0 |
| 157279244 | Anthony | Farmer | tonyfarmer45@yahoo.com | 8 | 2018-06-30 12:43:07.0 |
| 157279244 | Anthony | Farmer | tonyfarmer45@yahoo.com | 10 | 2019-03-28 23:07:03.0 |

# EXHIBIT C



# EXHIBIT D

Sign up with Facebook or Google

or

Email address

First name

Last name

Create a Password

**Birthday** ❓

| Month ▾ | Day ▾ | Year ▾ |

☑ I'd like to receive marketing and policy communications from Airbnb and its partners.

By clicking Sign up or Continue with, I agree to Airbnb's Terms of Service, Payments Terms of Service, Privacy Policy, and Nondiscrimination Policy.

**Sign up**

Already have an Airbnb account?        Log in

# EXHIBIT E



Terms of Service

# Terms of Service

**Please read these Terms of Service carefully as they contain important information about your legal rights, remedies and obligations. By accessing or using the Airbnb Platform, you agree to comply with and be bound by these Terms of Service.**

**Please note: Section 19 of these Terms of Service contains an arbitration clause and class action waiver that applies to all Airbnb Members. If you reside in the United States, this provision applies to all disputes with Airbnb. If you reside outside of the United States, this provision applies to any action you bring against Airbnb in the United States. It affects how disputes with Airbnb are resolved. By accepting these Terms of Service, you agree to be bound by this arbitration clause and class action waiver. Please read it carefully.**

Last Updated: June 19, 2017

Thank you for using Airbnb!

These Terms of Service ("**Terms**") constitute a legally binding agreement ("**Agreement**") between you and Airbnb (as defined below) governing your access to and use of the Airbnb website, including any subdomains thereof, and any other websites through which Airbnb makes the Airbnb Services available (collectively, "**Site**"), our mobile, tablet and other smart device applications, and application program interfaces (collectively, "**Application**") and all associated services (collectively, "**Airbnb Services**"). The Site, Application and Airbnb Services together are hereinafter collectively referred to as the "**Airbnb Platform**". Our Host Guarantee Terms, Guest Refund Policy, Nondiscrimination Policy and other Policies applicable to your use of the Airbnb Platform are incorporated by reference into this Agreement.

When these Terms mention "**Airbnb**," "**we**," "**us**," or "**our**," it refers to the Airbnb company you are contracting with.

- If you reside in the United States, you are contracting with Airbnb, Inc., 888 Brannan Street, 4th Floor, San Francisco, CA 94103, United States.
- If you reside outside of the United States and the People's Republic of China (which for purposes of these Terms does not include Hong Kong, Macau and Taiwan) (hereinafter "**China**"), you are contracting with Airbnb Ireland UC ("**Airbnb Ireland**"), The Watermarque Building, South Lotts Road, Ringsend, Dublin 4, Ireland.
- If you reside in China, you are contracting with Airbnb Internet (Beijing) Co., Ltd. ("**Airbnb China**") except where you book a Host Service (as defined below) or when you create a Listing located outside of China, in which case you are contracting with Airbnb Ireland for that transaction. Additionally, if your contracting entity is Airbnb

China, you will nevertheless contract with Airbnb Ireland for all bookings confirmed prior to December 7, 2016 at 10:00am UTC.

If you change your place of residence, the Airbnb company you contract with will be determined by your new place of residence as specified above, from the date on which your place of residence changes.

Our collection and use of personal information in connection with your access to and use of the Airbnb Platform is described in our Privacy Policy.

Any and all payment processing services through or in connection with your use of the Airbnb Platform ("**Payment Services**") are provided to you by one or more Airbnb Payments entities (individually and collectively, as appropriate, "**Airbnb Payments**") as set out in the Payments Terms of Service ("**Payments Terms**").

> Hosts alone are responsible for identifying, understanding, and complying with all laws, rules and regulations that apply to their Listings and Host Services. For example, some cities have laws that restrict their ability to host paying guests for short periods or provide certain Host Services. In many cities, Hosts may have to register, get a permit or obtain a license before preparing food or serving alcohol for sale. Some cities may require a license to guide tours or to sail. Host are alone responsible for identifying and obtaining any required licenses, permits, or registrations for any Host Services they offer. Certain types of Host Services may be prohibited altogether. Penalties may include fines or other enforcement. We provide some information in our Help Center to help you identify some of the obligations that apply to you. If you have questions about how local laws apply to your Listing(s) and Host Service(s) on Airbnb, you should always seek legal guidance.

## Table of Contents

1. Scope of Airbnb Services
2. Eligibility, Using the Airbnb Platform, Member Verification
3. Modification of these Terms
4. Account Registration
5. Content
6. Service Fees
7. Terms specific for Hosts
8. Terms specific for Guests
9. Booking Modifications, Cancellations and Refunds, Resolution Center
10. Ratings and Reviews
11. Damage to Accommodations, Disputes between Members
12. Rounding off, Currency conversion
13. Taxes
14. Prohibited Activities
15. Term and Termination, Suspension and other Measures
16. Disclaimers
17. Liability
18. Indemnification
19. Dispute Resolution
20. Feedback
21. Applicable Law and Jurisdiction
22. General Provisions

# 1. Scope of Airbnb Services

1.1 The Airbnb Platform is an online marketplace that enables registered users ("**Members**") and certain third parties who offer services (Members and third parties who offer services are "**Hosts**" and the services they offer are "**Host Services**") to publish such Host Services on the Airbnb Platform ("**Listings**") and to communicate and transact directly with Members that are seeking to book such Host Services (Members using Host Services are "**Guests**"). Host Services may include the offering of vacation or other properties for use ("**Accommodations**"), single or multi-day activities in various categories ("**Experiences**"), access to unique events and locations ("**Events**"), and a variety of other travel and non-travel related services.

1.2 As the provider of the Airbnb Platform, Airbnb does not own, create, sell, resell, provide, control, manage, offer, deliver, or supply any Listings or Host Services. Hosts alone are responsible for their Listings and Host Services. When Members make or accept a booking, they are entering into a contract directly with each other. Airbnb is not and does not become a party to or other participant in any contractual relationship between Members, nor is Airbnb a real estate broker or insurer. Airbnb is not acting as an agent in any capacity for any Member, except as specified in the Payments Terms.

1.3 While we may help facilitate the resolution of disputes, Airbnb has no control over and does not guarantee (i) the existence, quality, safety, suitability, or legality of any Listings or Host Services, (ii) the truth or accuracy of any Listing descriptions, Ratings, Reviews, or other Member Content (as defined below), or (iii) the performance or conduct of any Member or third party. Airbnb does not endorse any Member, Listing or Host Services. Any references to a Member being "verified" (or similar language) only indicate that the Member has completed a relevant verification or identification process and nothing else. Any such description is not an endorsement, certification or guarantee by Airbnb about any Member, including of the Member's identity or background or whether the Member is trustworthy, safe or suitable. You should always exercise due diligence and care when deciding whether to stay in an Accommodation, participate in an Experience or Event or use other Host Services, accept a booking request from a Guest, or communicate and interact with other Members, whether online or in person. Verified Images (as defined below) are intended only to indicate a photographic representation of a Listing at the time the photograph was taken, and are therefore not an endorsement by Airbnb of any Host or Listing.

1.4 If you choose to use the Airbnb Platform as a Host or Co-Host (as defined below), your relationship with Airbnb is limited to being an independent, third-party contractor, and not an employee, agent, joint venturer or partner of Airbnb for any reason, and you act exclusively on your own behalf and for your own benefit, and not on behalf, or for the benefit, of Airbnb.

1.5 To promote the Airbnb Platform and to increase the exposure of Listings to potential Guests, Listings and other Member Content may be displayed on other websites, in applications, within emails, and in online and offline advertisements. To assist Members who speak different languages, Listings and other Member Content may be translated, in whole or in part, into other languages. Airbnb cannot guarantee the accuracy or quality of such translations and Members are responsible for reviewing and verifying the accuracy of such translations. The Airbnb Platform may contain translations powered by Google. Google disclaims all warranties related to the translations, express or implied, including any warranties of accuracy, reliability, and any implied warranties for merchantability, fitness for a particular purpose and noninfringement.

1.6 The Airbnb Platform may contain links to third-party websites or resources ("**Third-Party Services**"). Such Third-Party Services may be subject to different terms and

conditions and privacy practices. Airbnb is not responsible or liable for the availability or accuracy of such Third-Party Services, or the content, products, or services available from such Third-Party Services. Links to such Third-Party Services are not an endorsement by Airbnb of such Third-Party Services.

1.7 Due to the nature of the Internet, Airbnb cannot guarantee the continuous and uninterrupted availability and accessibility of the Airbnb Platform. Airbnb may restrict the availability of the Airbnb Platform or certain areas or features thereof, if this is necessary in view of capacity limits, the security or integrity of our servers, or to carry out maintenance measures that ensure the proper or improved functioning of the Airbnb Platform. Airbnb may improve, enhance and modify the Airbnb Platform and introduce new Airbnb Services from time to time.

## 2. Eligibility, Using the Airbnb Platform, Member Verification

2.1 You must be at least 18 years old and able to enter into legally binding contracts to access and use the Airbnb Platform or register an Airbnb Account. By accessing or using the Airbnb Platform you represent and warrant that you are 18 or older and have the legal capacity and authority to enter into a contract.

2.2 You will comply with any applicable export control laws in your local jurisdiction. You also represent and warrant that (i) neither you nor your Host Service(s) are located or take place in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country, and (ii) you are not listed on any U.S. Government list of prohibited or restricted parties.

2.3 Airbnb may make the access to and use of the Airbnb Platform, or certain areas or features of the Airbnb Platform, subject to certain conditions or requirements, such as completing a verification process, meeting specific quality or eligibility criteria, meeting Ratings or Reviews thresholds, or booking and cancellation history.

2.4 User verification on the Internet is difficult and we do not assume any responsibility for the confirmation of any Member's identity. Notwithstanding the above, for transparency and fraud prevention purposes, and as permitted by applicable laws, we may, but have no obligation to (i) ask Members to provide a form of government identification or other information or undertake additional checks designed to help verify the identities or backgrounds of Members, (ii) screen Members against third party databases or other sources and request reports from service providers, and (iii) where we have sufficient information to identify a Member, obtain reports from public records of criminal convictions or sex offender registrations or an equivalent version of background or registered sex offender checks in your local jurisdiction (if available).

2.5 The access to or use of certain areas and features of the Airbnb Platform may be subject to separate policies, standards or guidelines, or may require that you accept additional terms and conditions. If there is a conflict between these Terms and terms and conditions applicable to a specific area or feature of the Airbnb Platform, the latter terms and conditions will take precedence with respect to your access to or use of that area or feature, unless specified otherwise.

2.6 If you access or download the Application from the Apple App Store, you agree to Apple's Licensed Application End User License Agreement. Some areas of the Airbnb Platform implement Google Maps/Earth mapping services, including Google Maps API(s). Your use of Google Maps/Earth is subject to the Google Maps/Google Earth Additional Terms of Service.

## 3. Modification of these Terms

Airbnb reserves the right to modify these Terms at any time in accordance with this provision. If we make changes to these Terms, we will post the revised Terms on the Airbnb Platform and update the "Last Updated" date at the top of these Terms. We will also provide you with notice of the modifications by email at least thirty (30) days before the date they become effective. If you disagree with the revised Terms, you may terminate this Agreement with immediate effect. We will inform you about your right to terminate the Agreement in the notification email. If you do not terminate your Agreement before the date the revised Terms become effective, your continued access to or use of the Airbnb Platform will constitute acceptance of the revised Terms.

## 4. Account Registration

4.1 You must register an account ("**Airbnb Account**") to access and use certain features of the Airbnb Platform, such as publishing or booking a Listing. If you are registering an Airbnb Account for a company or other legal entity, you represent and warrant that you have the authority to legally bind that entity and grant us all permissions and licenses provided in these Terms.

4.2 You can register an Airbnb Account using an email address and creating a password, or through your account with certain third-party social networking services, such as Facebook or Google ("**SNS Account**"). You have the ability to disable the connection between your Airbnb Account and your SNS Account at any time, by accessing the "Settings" section of the Airbnb Platform.

4.3 You must provide accurate, current and complete information during the registration process and keep your Airbnb Account and public Airbnb Account profile page information up-to-date at all times.

4.4 You may not register more than one (1) Airbnb Account unless Airbnb authorizes you to do so. You may not assign or otherwise transfer your Airbnb Account to another party.

4.5 You are responsible for maintaining the confidentiality and security of your Airbnb Account credentials and may not disclose your credentials to any third party. You must immediately notify Airbnb if you know or have any reason to suspect that your credentials have been lost, stolen, misappropriated, or otherwise compromised or in case of any actual or suspected unauthorized use of your Airbnb Account. You are liable for any and all activities conducted through your Airbnb Account, unless such activities are not authorized by you and you are not otherwise negligent (such as failing to report the unauthorized use or loss of your credentials).

4.6 Airbnb may enable features that allow you to authorize other Members or certain third parties to take certain actions that affect your Airbnb Account. For example, we may allow Members associated with an Enterprise (as defined in our Privacy Policy) to book for other Members, or we may allow Hosts to add other Members as Co-Hosts (as defined below) to help manage their Listings. These features do not require that you share your credentials with any other person. No third party is authorized by Airbnb to ask for your credentials, and you shall not request the credentials of another Member.

## 5. Content

5.1 Airbnb may, at its sole discretion, enable Members to (i) create, upload, post, send, receive and store content, such as text, photos, audio, video, or other materials and information on or through the Airbnb Platform ("**Member Content**"); and (ii) access and

view Member Content and any content that Airbnb itself makes available on or through the Airbnb Platform, including proprietary Airbnb content and any content licensed or authorized for use by or through Airbnb from a third party ("**Airbnb Content**" and together with Member Content, "**Collective Content**").

5.2 The Airbnb Platform, Airbnb Content, and Member Content may in its entirety or in part be protected by copyright, trademark, and/or other laws of the United States and other countries. You acknowledge and agree that the Airbnb Platform and Airbnb Content, including all associated intellectual property rights, are the exclusive property of Airbnb and/or its licensors or authorizing third-parties. You will not remove, alter or obscure any copyright, trademark, service mark or other proprietary rights notices incorporated in or accompanying the Airbnb Platform, Airbnb Content or Member Content. All trademarks, service marks, logos, trade names, and any other source identifiers of Airbnb used on or in connection with the Airbnb Platform and Airbnb Content are trademarks or registered trademarks of Airbnb in the United States and abroad. Trademarks, service marks, logos, trade names and any other proprietary designations of third parties used on or in connection with the Airbnb Platform, Airbnb Content, and/or Collective Content are used for identification purposes only and may be the property of their respective owners.

5.3 You will not use, copy, adapt, modify, prepare derivative works of, distribute, license, sell, transfer, publicly display, publicly perform, transmit, broadcast or otherwise exploit the Airbnb Platform or Collective Content, except to the extent you are the legal owner of certain Member Content or as expressly permitted in these Terms. No licenses or rights are granted to you by implication or otherwise under any intellectual property rights owned or controlled by Airbnb or its licensors, except for the licenses and rights expressly granted in these Terms.

5.4 Subject to your compliance with these Terms, Airbnb grants you a limited, non-exclusive, non-sublicensable, revocable, non-transferable license to (i) download and use the Application on your personal device(s); and (ii) access and view any Collective Content made available on or through the Airbnb Platform and accessible to you, solely for your personal and non-commercial use.

5.5 By creating, uploading, posting, sending, receiving, storing, or otherwise making available any Member Content on or through the Airbnb Platform, you grant to Airbnb a non-exclusive, worldwide, royalty-free, irrevocable, perpetual (or for the term of the protection), sub-licensable and transferable license to such Member Content to access, use, store, copy, modify, prepare derivative works of, distribute, publish, transmit, stream, broadcast, and otherwise exploit in any manner such Member Content to provide and/or promote the Airbnb Platform, in any media or platform. Unless you provide specific consent, Airbnb does not claim any ownership rights in any Member Content and nothing in these Terms will be deemed to restrict any rights that you may have to use or exploit your Member Content.

5.6 Airbnb may offer Hosts the option of having professional photographers take photographs of their Host Services, which are made available by the photographer to Hosts to include in their Listings with or without a watermark or tag bearing the words "Airbnb.com Verified Photo" or similar wording ("**Verified Images**"). You are responsible for ensuring that your Host Service is accurately represented in the Verified Images and you will stop using the Verified Images on or through the Airbnb Platform if they no longer accurately represent your Listing, if you stop hosting the Host Service featured, or if your Airbnb Account is terminated or suspended for any reason. You acknowledge and agree that Airbnb shall have the right to use any Verified Images in advertising, marketing and/or any other business purposes in any media or platform, whether in relation to your Listing or otherwise, without further notice or compensation to you. Where Airbnb is not

the exclusive owner of Verified Images, by using such Verified Images on or through the Airbnb Platform, you grant to Airbnb an exclusive, worldwide, royalty-free, irrevocable, perpetual (or for the term of the protection), sub-licensable and transferable license to use such Verified Images for advertising, marketing and/or any other business purposes in any media or platform, whether in relation to your Listing or otherwise, without further notice or compensation to you. Airbnb in turn grants you a limited, non-exclusive, non-sublicensable, revocable, non-transferable license to use Verified Images outside of the Airbnb Platform solely for your personal and non-commercial use.

5.7 You are solely responsible for all Member Content that you make available on or through the Airbnb Platform. Accordingly, you represent and warrant that: (i) you either are the sole and exclusive owner of all Member Content that you make available on or through the Airbnb Platform or you have all rights, licenses, consents and releases that are necessary to grant to Airbnb the rights in and to such Member Content, as contemplated under these Terms; and (ii) neither the Member Content nor your posting, uploading, publication, submission or transmittal of the Member Content or Airbnb's use of the Member Content (or any portion thereof) will infringe, misappropriate or violate a third party's patent, copyright, trademark, trade secret, moral rights or other proprietary or intellectual property rights, or rights of publicity or privacy, or result in the violation of any applicable law or regulation.

5.8 You will not post, upload, publish, submit or transmit any Member Content that: (i) is fraudulent, false, misleading (directly or by omission or failure to update information) or deceptive; (ii) is defamatory, libelous, obscene, pornographic, vulgar or offensive; (iii) promotes discrimination, bigotry, racism, hatred, harassment or harm against any individual or group; (iv) is violent or threatening or promotes violence or actions that are threatening to any other person; (v) promotes illegal or harmful activities or substances; or (vi) violates Airbnb's Content Policy or any other Airbnb policy. Airbnb may, without prior notice, remove or disable access to any Member Content that Airbnb finds to be in violation of these Terms or Airbnb's then-current Policies or Standards, or otherwise may be harmful or objectionable to Airbnb, its Members, third parties, or property.

5.9 Airbnb respects copyright law and expects its Members to do the same. If you believe that any content on the Airbnb Platform infringes copyrights you own, please notify us in accordance with our Copyright Policy.

## 6. Service Fees

6.1 Airbnb may charge fees to Hosts ("**Host Fees**") and/or Guests ("**Guest Fees**") (collectively, "**Service Fees**") in consideration for the use of the Airbnb Platform. More information about when Service Fees apply and how they are calculated can be found on our Service Fees page.

6.2 Any applicable Service Fees (including any applicable Taxes) will be displayed to a Host or Guest prior to publishing or booking a Listing. Airbnb reserves the right to change the Service Fees at any time, and we will provide Members adequate notice of any fee changes before they become effective.

6.3 You are responsible for paying any Service Fees that you owe to Airbnb. The applicable Service Fees are due and payable and collected by Airbnb Payments pursuant to the Payments Terms. Except as otherwise provided on the Airbnb Platform, Service Fees are non-refundable.

## 7. Terms specific for Hosts

**7.1 Terms applicable to all Listings**

7.1.1 When creating a Listing through the Airbnb Platform you must (i) provide complete and accurate information about your Host Service (such as listing description, location, and calendar availability), (ii) disclose any deficiencies, restrictions (such as house rules) and requirements that apply (such as any minimum age, proficiency or fitness requirements for an Experience) and (iii) provide any other pertinent information requested by Airbnb. You are responsible for keeping your Listing information (including calendar availability) up-to-date at all times.

7.1.2 You are solely responsible for setting a price (including any Taxes if applicable) for your Listing ("**Listing Fee**"). Once a Guest requests a booking of your Listing, you may not request that the Guest pays a higher price than in the booking request.

7.1.3 Any terms and conditions included in your Listing, in particular in relation to cancellations, must not conflict with these Terms or the cancellation policy you have selected for your Listing.

7.1.4 Pictures, animations or videos (collectively, "**Images**") used in your Listings must accurately reflect the quality and condition of your Host Services. Airbnb reserves the right to require that Listings have a minimum number of Images of a certain format, size and resolution.

7.1.5 The placement and ranking of Listings in search results on the Airbnb Platform may vary and depend on a variety of factors, such as Guest search parameters and preferences, Host requirements, price and calendar availability, number and quality of Images, customer service and cancellation history, Reviews and Ratings, type of Host Service, and/or ease of booking.

7.1.6 When you accept or have pre-approved a booking request by a Guest, you are entering into a legally binding agreement with the Guest and are required to provide your Host Service(s) to the Guest as described in your Listing when the booking request is made. You also agree to pay the applicable Host Fee and any applicable Taxes, which will be collected pursuant to the Payments Terms.

7.1.7 Airbnb recommends that Hosts obtain appropriate insurance for their Host Services. Please review any respective insurance policy carefully, and in particular make sure that you are familiar with and understand any exclusions to, and any deductibles that may apply for, such insurance policy, including, but not limited to, whether or not your insurance policy will cover the actions or inactions of Guests (and the individuals the Guest has booked for, if applicable) while staying at your Accommodation or participating in your Experience, Event or other Host Service.

**7.2 Listing Accommodations**

7.2.1 You may only list one Accommodation per Listing.

7.2.2 If you choose to require a security deposit for your Accommodation, you must specify this in your Listing ("**Security Deposit**"). Hosts are not allowed to ask for a Security Deposit after a booking has been confirmed or outside of the Airbnb Platform. Airbnb will use commercially reasonable efforts to address Hosts' requests and claims related to Security Deposits, but Airbnb is not responsible for administering or accepting any claims by Hosts related to Security Deposits.

7.2.3 You represent and warrant that any Listing you post and the booking of, or a Guest's stay at, an Accommodation will (i) not breach any agreements you have entered

into with any third parties, such as homeowners association, condominium, or other agreements, and (ii) comply with all applicable laws (such as zoning laws), Tax requirements, and other rules and regulations (including having all required permits, licenses and registrations). As a Host, you are responsible for your own acts and omissions and are also responsible for the acts and omissions of any individuals who reside at or are otherwise present at the Accommodation at your request or invitation, excluding the Guest (and the individuals the Guest invites to the Accommodation, if applicable).

## 7.3 Listing Experiences, Events and other Host Services

7.3.1 To list an Experience, Event or other Host Service, you must create a Listing and submit the Experience, Event or Host Service to Airbnb. To be considered for publishing on the Airbnb Platform, Experiences, Events or other Host Services must at all times meet the quality standards for Experiences and meet Guest demand. Airbnb reserves the right to decide, in its sole discretion, if a submitted Experience, Event or other Host Service will be published on the Airbnb Platform.

7.3.2 When listing an Experience, Event or other Host Service you must, where applicable, fully educate and inform Guests about (i) any risks inherent to the Experience, Event or other Host Service, (ii) any requirements for participation, such as the minimum age, related skills, level of fitness or other requirements, and (iii) anything else they may need to know to safely participate in the Experience, Event or other Host Service (including dress codes, equipment, special certifications or licenses, etc.).

7.3.3 If you wish to list an Experience on behalf of a Nonprofit ("Social Impact Experience"), you must comply with the eligibility requirements for hosting a Social Impact Experience. When listing a Social Impact Experience you (i) represent and warrant that you are duly authorized to act on behalf of your Nonprofit and (ii) acknowledge and agree that all payouts will be directed to an account owned by your Nonprofit. You and your Nonprofit acknowledge that listing a Social Impact Experience does not create a commercial fundraising or co-venturer, or charitable trust relationship with Airbnb and Airbnb is not a professional fundraiser or commercial participator. Nonprofits, and not Airbnb, are responsible for determining what, if any, portion of their Listing Fee is a charitable contribution and for providing Guests charitable tax receipts for any applicable charitable contributions. You and your Nonprofit are solely responsible for complying with all laws that apply to your organization and your Social Impact Experience.

7.3.4 You represent and warrant that you (i) understand and comply with all laws, rules and regulations that may apply to your Experience, Event or other Host Service(s), and (ii) will obtain any required licenses, permits, or registrations prior to providing your Experience, Event or other Host Service(s). You can find additional information about some of the legal obligations that may apply to you on our Responsible Hosting pages.

7.3.5 You must provide an Experience, Event or other Host Service in person and may not allow any third party to provide the Experience, Event or other Host Service on your behalf, unless authorized by Airbnb.

## 7.4 Co-Hosts

7.4.1 Airbnb may enable Hosts to authorize other Members ("**Co-Hosts**") to administer the Host's Listing(s), and to bind the Host and take certain actions in relation to the Listing(s) as permitted by the Host, such as accepting booking requests, messaging and welcoming Guests, and updating the Listing Fee and calendar availability (collectively, "**Co-Host Services**"). Any agreement formed between Host and Co-Host may not

conflict with these Terms and the Payments Terms. Co-Hosts may only act in an individual capacity and not on behalf of a company or other organization, unless expressly authorized by Airbnb. Airbnb reserves the right, in our sole discretion, to limit the number of Co-Hosts a Host may invite for each Listing and to limit the number of Listings a Co-Host may manage.

7.4.2 Hosts and Co-Hosts may agree on a fee ("**Co-Host Services Fee**") in consideration for the Co-Host Services provided by the Co-Host. When such an agreement is made, the Host agrees to pay the Co-Host Services Fee for any confirmed booking of their Listing, which will be deducted directly from the Listing Fee after deduction of any applicable Host Fee. In addition, Hosts may instruct a Co-Host to provide certain one-time services in relation to their Listing. Hosts can pay Co-Hosts for one-time services and any other expenses using the Resolution Center. Airbnb Payments will process Co-Host Services Fees and Resolution Center payments pursuant to the Payments Terms.

7.4.3 Hosts and Co-Hosts agree that each activity, booking, or other transaction reported on the Airbnb Platform, including any Co-Host Services provided by the Co-Host and any amounts due from a Host to the Co-Host for the provision of such services, will be deemed accurate, correct and binding, unless challenged, by notifying the other person and Airbnb (by emailing host-exp@airbnb.com), within 21 days of posting of the disputed activity, booking or other transaction on the Airbnb Platform.

7.4.4 Hosts should exercise due diligence and care when deciding who to add as a Co-Host to their Listing(s). Hosts remain solely responsible and liable for any and all Listings and Member Content published on the Airbnb Platform, including any Listing created by a Co-Host on their behalf. Further, Hosts remain responsible and liable for their own acts and omissions, including, but not limited to, conduct that causes harm or damage to the Co-Host(s). Co-Hosts remain responsible and liable for their own acts and omissions when engaging in their roles and responsibilities as a Co-Host, including, but not limited to, conduct that causes harm or damage to the Host. In addition, both Host and Co-Host are jointly responsible and severally liable for third party claims, including Guest claims, arising from the acts and omissions of the other person as related to hosting activities, communications with Guests, and the provision of any Co-Host Services.

7.4.5 Unless agreed otherwise by Host and Co-Host, Host and Co-Host may terminate the Co-Host agreement at any time. In addition, both Host and Co-Host acknowledge that their Co-hosting relationship will terminate in the event that Airbnb (i) terminates the Co-Host service or (ii) terminates either party's participation in the Co-Host service. When the Co-Host agreement is terminated, the Host will remain responsible for all of the Co-Host's actions prior to the termination, including the responsibility to fulfill any pending or future bookings initiated prior to the termination. When a Member is removed as a Co-Host, that Member will no longer have access to any Host or Guest information related to the applicable Host's Listing(s). In addition, Host agrees to pay Co-Host for all Co-Host Services completed prior to Co-Host's termination within 14 days of Co-Host's termination via the Resolution Center. A Co-Host will not be entitled to any fees for any Co-Host Services that have not been completed prior to the Co-Host's termination.

7.4.6 As a Co-Host, you will not be reviewed by Guests, meaning that your Co-Host activities will not affect your Reviews or Ratings for other Listings for which you are a Host. Instead, the Host of such Listing(s) will be reviewed by Guests (including potentially on the basis of the Co-Host's conduct and performance). Hosts acknowledge that Reviews and Ratings from Guests for their Listing(s) may be impacted by a Co-Host's conduct and performance.

## 8. Terms specific for Guests

**8.1 Terms applicable to all bookings**

8.1.1 Subject to meeting any requirements (such as completing any verification processes) set by the Host, you can book a Listing available on the Airbnb Platform by following the respective booking process. All applicable fees, including the Listing Fee, Security Deposit (if applicable), Guest Fee and any applicable Taxes (collectively, "**Total Fees**") will be presented to you prior to booking a Listing. You agree to pay the Total Fees for any booking requested in connection with your Airbnb Account.

8.1.2 Upon receipt of a booking confirmation from Airbnb, a legally binding agreement is formed between you and your Host, subject to any additional terms and conditions of the Host that apply, including in particular the applicable cancellation policy and any rules and restrictions specified in the Listing. Airbnb Payments will collect the Total Fees at the time of the booking request or upon the Host's confirmation pursuant to the Payments Terms.

8.1.3 If you book a Host Service on behalf of additional guests, you are required to ensure that every additional guest meets any requirements set by the Host, and is made aware of and agrees to these Terms and any terms and conditions, rules and restrictions set by the Host. If you are booking for an additional guest who is a minor, you represent and warrant that you are legally authorized to act on behalf of the minor. Minors may only participate in an Experience, Event or other Host Service if accompanied by an adult who is responsible for them.

**8.2 Booking Accommodations**

8.2.1 You understand that a confirmed booking of an Accommodation ("**Accommodation Booking**") is a limited license granted to you by the Host to enter, occupy and use the Accommodation for the duration of your stay, during which time the Host (only where and to the extent permitted by applicable law) retains the right to re-enter the Accommodation, in accordance with your agreement with the Host.

8.2.2 You agree to leave the Accommodation no later than the checkout time that the Host specifies in the Listing or such other time as mutually agreed upon between you and the Host. If you stay past the agreed upon checkout time without the Host's consent ("**Overstay**"), you no longer have a license to stay in the Accommodation and the Host is entitled to make you leave in a manner consistent with applicable law. In addition, you agree to pay, if requested by the Host, for each twenty-four (24) hour period (or any portion thereof) that you Overstay, an additional nightly fee of up to two (2) times the average nightly Listing Fee originally paid by you to cover the inconvenience suffered by the Host, plus all applicable Guest Fees, Taxes, and any legal expenses incurred by the Host to make you leave (collectively, "**Overstay Fees**"). Overstay Fees for late checkouts on the checkout date that do not impact upcoming bookings may be limited to the additional costs incurred by the Host as a result of such Overstay. Airbnb Payments will collect Overstay Fees from you pursuant to the Payments Terms. A Security Deposit, if required by a Host, may be applied to any Overstay Fees due for a Guest's Overstay.

**8.3 Booking Experiences, Events and other Host Services**

8.3.1 You should carefully review the description of any Experience, Event or other Host Service you intend to book to ensure you (and any additional guests you are booking for) meet any minimum age, proficiency, fitness or other requirements which the Host has specified in their Listing. You are required to inform the Host of any medical or physical conditions, or other circumstances that may impact your and any additional guest's ability to safely participate in any Experience, Event or other Host Service. In addition, certain

laws, like the minimum legal drinking age in the location of the Experience, Event or other Host Service, may also apply. You are responsible for identifying, understanding, and complying with all laws, rules and regulations that apply to your participation in an Experience, Event or other Host Service.

8.3.2 Before and during an Experience, Event or other Host Service you must at all times adhere to the Hosts' instructions.

8.3.3 You may not bring any additional individuals to an Experience, Event or other Host Service unless such an individual was added by you as an additional guest during the booking process on the Airbnb Platform.

## 9. Booking Modifications, Cancellations and Refunds, Resolution Center

9.1 Hosts and Guests are responsible for any modifications to a booking that they make via the Airbnb Platform or direct Airbnb customer service to make ("**Booking Modifications**"), and agree to pay any additional Listing Fees, Host Fees or Guest Fees and/or Taxes associated with such Booking Modifications.

9.2 Guests can cancel a confirmed booking at any time subject to the Listing's cancellation policy, and Airbnb Payments will provide any refund to the Guest in accordance with such cancellation policy. Unless extenuating circumstances exist, any amounts due to the Host under the applicable cancellation policy will be remitted to the Host by Airbnb Payments pursuant to the Payments Terms.

9.3 If a Host cancels a confirmed booking, the Guest will receive a full refund of the Total Fees for such booking and Airbnb may publish an automated review on the Listing cancelled by the Host indicating that a booking was cancelled. In addition, Airbnb may (i) keep the calendar for the Listing unavailable or blocked for the dates of the cancelled booking, and/or (ii) impose a cancellation fee, unless the Host has a valid reason for cancelling the booking pursuant to Airbnb's Extenuating Circumstances Policy or has legitimate concerns about the Guest's behavior.

9.4 For Experiences, Events and other Host Services, if inclement weather creates an unsafe or uncomfortable scenario for Guests, Hosts may modify or cancel a Host Service. If there is a substantial change in the itinerary or the Host Service needs to be cancelled, Airbnb will work with the Host to provide Guests an alternative date for the Host Service, an appropriate refund or a rebooking.

9.5 In certain circumstances, Airbnb may decide, in its sole discretion, that it is necessary to cancel a confirmed booking and make appropriate refund and payout decisions. This may be for reasons set forth in Airbnb's Extenuating Circumstances Policy or (i) where Airbnb believes in good faith, while taking the legitimate interests of both parties into account, this is necessary to avoid significant harm to Airbnb, other Members, third parties or property, or (ii) for any of the reasons set out in these Terms.

9.6 If a Guest suffers a Travel Issue pursuant to the Guest Refund Policy, Airbnb may determine, in its sole discretion, to refund the Guest part or all of the Total Fees in accordance with the Guest Refund Policy.

9.7 Members may use the Resolution Center to send or request money for refunds, additional Host Services, Co-Host Services or Damage Claims related to bookings. You agree to pay all amounts sent through the Resolution Center in connection with your Airbnb Account, and Airbnb Payments will handle all such payments pursuant to the Payments Terms.

## 10. Ratings and Reviews

10.1 Within a certain timeframe after completing a booking, Guests and Hosts can leave a public review ("**Review**") and submit a star rating ("**Rating**") about each other. Any Ratings or Reviews reflect the opinion of individual Members and do not reflect the opinion of Airbnb. Ratings and Reviews are not verified by Airbnb for accuracy and may be incorrect or misleading.

10.2 Ratings and Reviews by Guests and Hosts must be fair, truthful and factual and may not contain any offensive or defamatory language. Ratings and Reviews must comply with Airbnb's Content Policy and Extortion Policy.

10.3 Members are prohibited from manipulating the Ratings and Reviews system in any manner, such as instructing a third party write a positive or negative Review about another Member.

## 11. Damage to Accommodations, Disputes between Members

11.1 As a Guest, you are responsible for leaving the Accommodation (including any personal or other property located at the Accommodation) in the condition it was in when you arrived. You are responsible for your own acts and omissions and are also responsible for the acts and omissions of any individuals whom you invite to, or otherwise provide access to, the Accommodation, excluding the Host (and the individuals the Host invites to the Accommodation, if applicable).

11.2 If a Host claims and provides evidence that you as a Guest have damaged an Accommodation or any personal or other property at an Accommodation ("**Damage Claim**"), the Host can seek payment from you through the Resolution Center. If a Host escalates a Damage Claim to Airbnb, you will be given an opportunity to respond. If you agree to pay the Host, or Airbnb determines in its sole discretion that you are responsible for the Damage Claim, Airbnb Payments will collect any such sums from you and/or against the Security Deposit (if applicable) required to cover the Damage Claim pursuant to the Payments Terms. Airbnb also reserves the right to otherwise collect payment from you and pursue any remedies available to Airbnb in this regard in situations in which you are responsible for a Damage Claim, including, but not limited to, in relation to any payment requests made by Hosts under the Airbnb Host Guarantee.

11.3 Members agree to cooperate with and assist Airbnb in good faith, and to provide Airbnb with such information and take such actions as may be reasonably requested by Airbnb, in connection with any Damage Claims or other complaints or claims made by Members relating to Accommodations or any personal or other property located at an Accommodation (including, without limitation, payment requests made under the Airbnb Host Guarantee), Experiences, or Co-Host agreements. A Member shall, upon Airbnb's reasonable request and at no cost to the Member, participate in mediation or a similar resolution process with another Member, which process will be conducted by Airbnb or a third party selected by Airbnb or its insurer, with respect to losses for which a Member is requesting payment from Airbnb (including but not limited to payments under the Airbnb Host Guarantee).

11.4 If you are a Guest or a Co-Host, you understand and agree that Airbnb may make a claim under your homeowner's, renter's or other insurance policy related to any damage or loss that you may have caused, or been responsible for, to an Accommodation or any personal or other property located at an Accommodation (including without limitation amounts paid by Airbnb under the Airbnb Host Guarantee). You agree to cooperate with and assist Airbnb in good faith, and to provide Airbnb with such information as may be reasonably requested by Airbnb, to make a claim under your homeowner's, renter's or

other insurance policy, including, but not limited to, executing documents and taking such further acts as Airbnb may reasonably request to assist Airbnb in accomplishing the foregoing.

## 12. Rounding off, Currency conversion

12.1 Airbnb may, in its sole discretion, round up or round down amounts that are payable from or to Guests or Hosts to the nearest whole functional base unit in which the currency is denominated (i.e. to the nearest dollar, euro or other supported currency); for example, Airbnb will round up an amount of $101.50 to $102.00, and round down an amount of $101.49 to $101.00. For currencies that are denominated in large numbers, Airbnb may determine the functional base unit in which those currencies are denominated to be 10, 100 or 1,000 of the currency; for example, Airbnb may round up an amount of 1,045 up to 1,050 and 1,044 down to 1,040, or 837,500 up to 838,000 and 837,499 down to 837,000.

12.2 The Airbnb Platform facilitates bookings between Guests and Hosts who may prefer to pay in a currency different from their destination currency, which may require currency conversions to accommodate these differing currency preferences. Although the Airbnb Platform allows Members to view the price of Listings in a number of currencies, the currencies available for Members to make and receive payments may be limited, and may not include the default currency in any given geographic location. Details regarding currency conversion, including any associated fees, are detailed in the Payments Terms.

## 13. Taxes

13.1 As a Host you are solely responsible for determining your obligations to report, collect, remit or include in your Listing Fees any applicable VAT or other indirect sales taxes, occupancy tax, tourist or other visitor taxes or income taxes ("**Taxes**").

13.2 Tax regulations may require us to collect appropriate Tax information from Hosts, or to withhold Taxes from payouts to Hosts, or both. If a Host fails to provide us with documentation that we determine to be sufficient to alleviate our obligation (if any) to withhold Taxes from payouts to you, we reserve the right to freeze all payouts, withhold such amounts as required by law, or to do both, until resolution.

13.3 You understand that any appropriate governmental agency, department and/or authority ("**Tax Authority**") where your Accommodation is located may require Taxes to be collected from Guests or Hosts on Listing Fees, and to be remitted to the respective Tax Authority. The laws in jurisdictions may vary, but these Taxes may be required to be collected and remitted as a percentage of the Listing Fees set by Hosts, a set amount per day, or other variations, and are sometimes called "transient occupancy taxes," "hotel taxes," "lodging taxes," "city taxes," "room taxes" or "tourist taxes" ("**Occupancy Taxes**").

13.4 In certain jurisdictions, Airbnb may decide in its sole discretion to facilitate collection and remittance of Occupancy Taxes from or on behalf of Guests or Hosts, in accordance these Terms ("**Collection and Remittance**") if such jurisdiction asserts Airbnb or Hosts have an Occupancy Tax collection and remittance obligation. In any jurisdiction in which we decide to facilitate direct Collection and Remittance, you hereby instruct and authorize Airbnb (via Airbnb Payments) to collect Occupancy Taxes from Guests on the Host's behalf at the time Listing Fees are collected, and to remit such Occupancy Taxes to the Tax Authority. The amount of Occupancy Taxes, if any, collected and remitted by Airbnb will be visible to and separately stated to both Guests and Hosts on their respective transaction documents. Where Airbnb is facilitating Collection and Remittance,

Hosts are not permitted to collect any Occupancy Taxes being collected by Airbnb relating to their Accommodations in that jurisdiction.

13.5 You agree that any claim or cause of action relating to Airbnb's facilitation of Collection and Remittance of Occupancy Taxes shall not extend to any supplier or vendor that may be used by Airbnb in connection with facilitation of Collection and Remittance, if any. Guests and Hosts agree that we may seek additional amounts from you in the event that the Taxes collected and/or remitted are insufficient to fully discharge your obligations to the Tax Authority, and agree that your sole remedy for Occupancy Taxes collected is a refund of Occupancy Taxes collected by Airbnb from the applicable Tax Authority in accordance with applicable procedures set by that Tax Authority.

13.6 Airbnb reserves the right, with prior notice to Hosts, to cease the Collection and Remittance in any jurisdiction for any reason at which point Hosts and Guests are once again solely responsible and liable for the collection and/or remittance of any and all Occupancy Taxes that may apply to Accommodations in that jurisdiction.

## 14. Prohibited Activities

14.1 You are solely responsible for compliance with any and all laws, rules, regulations, and Tax obligations that may apply to your use of the Airbnb Platform. In connection with your use of the Airbnb Platform, you will not and will not assist or enable others to:

- breach or circumvent any applicable laws or regulations, agreements with third-parties, third-party rights, or our Terms, Policies or Standards;
- use the Airbnb Platform or Collective Content for any commercial or other purposes that are not expressly permitted by these Terms or in a manner that falsely implies Airbnb endorsement, partnership or otherwise misleads others as to your affiliation with Airbnb;
- copy, store or otherwise access or use any information, including personally identifiable information about any other Member, contained on the Airbnb Platform in any way that is inconsistent with Airbnb's Privacy Policy or these Terms or that otherwise violates the privacy rights of Members or third parties;
- use the Airbnb Platform in connection with the distribution of unsolicited commercial messages ("spam");
- offer, as a Host, any Accommodation that you do not yourself own or have permission to make available as a residential or other property through the Airbnb Platform;
- unless Airbnb explicitly permits otherwise, book any Listing if you will not actually be using the Host Services yourself;
- contact another Member for any purpose other than asking a question related to a your own booking, Listing, or the Member's use of the Airbnb Platform, including, but not limited to, recruiting or otherwise soliciting any Member to join third-party services, applications or websites, without our prior written approval;
- use the Airbnb Platform to request, make or accept a booking independent of the Airbnb Platform, to circumvent any Service Fees or for any other reason;
- request, accept or make any payment for Listing Fees outside of the Airbnb Platform or Airbnb Payments. If you do so, you acknowledge and agree that you: (i) would be in breach of these Terms; (ii) accept all risks and responsibility for such payment, and (iii) hold Airbnb harmless from any liability for such payment;
- discriminate against or harass anyone on the basis of race, national origin, religion, gender, gender identity, physical or mental disability, medical condition, marital status, age or sexual orientation, or otherwise engage in any abusive or disruptive behavior;
- use, display, mirror or frame the Airbnb Platform or Collective Content, or any individual element within the Airbnb Platform, Airbnb's name, any Airbnb trademark,

logo or other proprietary information, or the layout and design of any page or form contained on a page in the Airbnb Platform, without Airbnb's express written consent;

- dilute, tarnish or otherwise harm the Airbnb brand in any way, including through unauthorized use of Collective Content, registering and/or using Airbnb or derivative terms in domain names, trade names, trademarks or other source identifiers, or registering and/or using domains names, trade names, trademarks or other source identifiers that closely imitate or are confusingly similar to Airbnb domains, trademarks, taglines, promotional campaigns or Collective Content;
- use any robots, spider, crawler, scraper or other automated means or processes to access, collect data or other content from or otherwise interact with the Airbnb Platform for any purpose;
- avoid, bypass, remove, deactivate, impair, descramble, or otherwise attempt to circumvent any technological measure implemented by Airbnb or any of Airbnb's providers or any other third party to protect the Airbnb Platform;
- attempt to decipher, decompile, disassemble or reverse engineer any of the software used to provide the Airbnb Platform;
- take any action that damages or adversely affects, or could damage or adversely affect the performance or proper functioning of the Airbnb Platform;
- export, re-export, import, or transfer the Application except as authorized by United States law, the export control laws of your jurisdiction, and any other applicable laws; or
- violate or infringe anyone else's rights or otherwise cause harm to anyone.

14.2 You acknowledge that Airbnb has no obligation to monitor the access to or use of the Airbnb Platform by any Member or to review, disable access to, or edit any Member Content, but has the right to do so to (i) operate, secure and improve the Airbnb Platform (including without limitation for fraud prevention, risk assessment, investigation and customer support purposes); (ii) ensure Members' compliance with these Terms; (iii) comply with applicable law or the order or requirement of a court, law enforcement or other administrative agency or governmental body; (iv) respond to Member Content that it determines is harmful or objectionable; or (v) as otherwise set forth in these Terms. Members agree to cooperate with and assist Airbnb in good faith, and to provide Airbnb with such information and take such actions as may be reasonably requested by Airbnb with respect to any investigation undertaken by Airbnb or a representative of Airbnb regarding the use or abuse of the Airbnb Platform.

14.3 If you feel that any Member you interact with, whether online or in person, is acting or has acted inappropriately, including but not limited to anyone who (i) engages in offensive, violent or sexually inappropriate behavior, (ii) you suspect of stealing from you, or (iii) engages in any other disturbing conduct, you should immediately report such person to the appropriate authorities and then to Airbnb by contacting us with your police station and report number (if available); provided that your report will not obligate us to take any action beyond that required by law (if any) or cause us to incur any liability to you.

## 15. Term and Termination, Suspension and other Measures

15.1 This Agreement shall be effective for a 30-day term, at the end of which it will automatically and continuously renew for subsequent 30-day terms until such time when you or Airbnb terminate the Agreement in accordance with this provision.

15.2 You may terminate this Agreement at any time via the "Cancel Account" feature on the Airbnb Platform or by sending us an email. If you cancel your Airbnb Account as a Host, any confirmed booking(s) will be automatically cancelled and your Guests will receive a full refund. If you cancel your Airbnb Account as a Guest, any confirmed

booking(s) will be automatically cancelled and any refund will depend upon the terms of the Listing's cancellation policy.

15.3 Without limiting our rights specified below, Airbnb may terminate this Agreement for convenience at any time by giving you thirty (30) days' notice via email to your registered email address.

15.4 Airbnb may immediately, without notice terminate this Agreement if (i) you have materially breached your obligations under these Terms, the Payments Terms, our Policies or Standards, (ii) you have violated applicable laws, regulations or third party rights, or (iii) Airbnb believes in good faith that such action is reasonably necessary to protect the personal safety or property of Airbnb, its Members, or third parties (for example in the case of fraudulent behavior of a Member).

15.5 In addition, Airbnb may take any of the following measures (i) to comply with applicable law, or the order or request of a court, law enforcement or other administrative agency or governmental body, or if (ii) you have breached these Terms, the Payments Terms, our Policies or Standards, applicable laws, regulations, or third party rights, (iii) you have provided inaccurate, fraudulent, outdated or incomplete information during the Airbnb Account registration, Listing process or thereafter, (iv) you and/or your Listings or Host Services at any time fail to meet any applicable quality or eligibility criteria, (v) you have repeatedly received poor Ratings or Reviews or Airbnb otherwise becomes aware of or has received complaints about your performance or conduct, (vi) you have repeatedly cancelled confirmed bookings or failed to respond to booking requests without a valid reason, or (vii) Airbnb believes in good faith that such action is reasonably necessary to protect the personal safety or property of Airbnb, its Members, or third parties, or to prevent fraud or other illegal activity:

- refuse to surface, delete or delay any Listings, Ratings, Reviews, or other Member Content;
- cancel any pending or confirmed bookings;
- limit your access to or use of the Airbnb Platform;
- temporarily or permanently revoke any special status associated with your Airbnb Account; or
- temporarily or in case of severe or repeated offenses permanently suspend your Airbnb Account.

In case of non-material breaches and where appropriate, you will be given notice of any intended measure by Airbnb and an opportunity to resolve the issue to Airbnb's reasonable satisfaction.

15.6 If we take any of the measures described above (i) we may refund your Guests in full for any and all confirmed bookings that have been cancelled, irrespective of preexisting cancellation policy, and (ii) you will not be entitled to any compensation for pending or confirmed bookings that were cancelled.

15.7 When this Agreement has been terminated, you are not entitled to a restoration of your Airbnb Account or any of your Member Content. If your access to or use of the Airbnb Platform has been limited or your Airbnb Account has been suspended or this Agreement has been terminated by us, you may not register a new Airbnb Account or access and use the Airbnb Platform through an Airbnb Account of another Member.

15.8 Unless you reside in Germany, if you or we terminate this Agreement, the clauses of these Terms that reasonably should survive termination of the Agreement will remain in effect.

## 16. Disclaimers

If you choose to use the Airbnb Platform or Collective Content, you do so voluntarily and at your sole risk. The Airbnb Platform and Collective Content is provided "as is", without warranty of any kind, either express or implied.

You agree that you have had whatever opportunity you deem necessary to investigate the Airbnb Services, laws, rules, or regulations that may be applicable to your Listings and/or Host Services you are receiving and that you are not relying upon any statement of law or fact made by Airbnb relating to a Listing.

If we choose to conduct identity verification or background checks on any Member, to the extent permitted by applicable law, we disclaim warranties of any kind, either express or implied, that such checks will identify prior misconduct by a Member or guarantee that a Member will not engage in misconduct in the future.

You agree that some Experiences, Events or other Host Services may carry inherent risk, and by participating in those Host Services, you choose to assume those risks voluntarily. For example, some Host Services may carry risk of illness, bodily injury, disability, or death, and you freely and willfully assume those risks by choosing to participate in those Host Services. You assume full responsibility for the choices you make before, during and after your participation in a Host Service. If you are bringing a minor as an additional guest, you are solely responsible for the supervision of that minor throughout the duration of your Host Service and to the maximum extent permitted by law, you agree to release and hold harmless Airbnb from all liabilities and claims that arise in any way from any injury, death, loss or harm that occurs to that minor during the Host Service or in any way related to your Host Service.

The foregoing disclaimers apply to the maximum extent permitted by law. You may have other statutory rights. However, the duration of statutorily required warranties, if any, shall be limited to the maximum extent permitted by law.

## 17. Liability

17.1 Unless you reside in the EU, you acknowledge and agree that, to the maximum extent permitted by law, the entire risk arising out of your access to and use of the Airbnb Platform and Collective Content, your publishing or booking of any Listing via the Airbnb Platform, your stay at any Accommodation, participation in any Experience or Event or use of any other Host Service or any other interaction you have with other Members whether in person or online remains with you. Neither Airbnb nor any other party involved in creating, producing, or delivering the Airbnb Platform or Collective Content will be liable for any incidental, special, exemplary or consequential damages, including lost profits, loss of data or loss of goodwill, service interruption, computer damage or system failure or the cost of substitute products or services, or for any damages for personal or bodily injury or emotional distress arising out of or in connection with (i) these Terms, (ii) from the use of or inability to use the Airbnb Platform or Collective Content, (iii) from any communications, interactions or meetings with other Members or other persons with whom you communicate, interact or meet with as a result of your use of the Airbnb Platform, or (iv) from your publishing or booking of a Listing, including the provision or use of a Listing's Host Services, whether based on warranty, contract, tort (including negligence), product liability or any other legal theory, and whether or

**not Airbnb has been informed of the possibility of such damage, even if a limited remedy set forth herein is found to have failed of its essential purpose. Except for our obligations to pay amounts to applicable Hosts pursuant to these Terms or an approved payment request under the Airbnb Host Guarantee, in no event will Airbnb's aggregate liability arising out of or in connection with these Terms and your use of the Airbnb Platform including, but not limited to, from your publishing or booking of any Listings via the Airbnb Platform, or from the use of or inability to use the Airbnb Platform or Collective Content and in connection with any Accommodation, Experiences, Event or other Host Service, or interactions with any other Members, exceed the amounts you have paid or owe for bookings via the Airbnb Platform as a Guest in the twelve (12) month period prior to the event giving rise to the liability, or if you are a Host, the amounts paid by Airbnb to you in the twelve (12) month period prior to the event giving rise to the liability, or one hundred U.S. dollars (US$100), if no such payments have been made, as applicable. The limitations of damages set forth above are fundamental elements of the basis of the bargain between Airbnb and you. Some jurisdictions do not allow the exclusion or limitation of liability for consequential or incidental damages, so the above limitation may not apply to you. If you reside outside of the U.S., this does not affect Airbnb's liability for death or personal injury arising from its negligence, nor for fraudulent misrepresentation, misrepresentation as to a fundamental matter or any other liability which cannot be excluded or limited under applicable law.**

**17.2 If you reside in the EU, Airbnb is liable under statutory provisions for intent and gross negligence by us, our legal representatives, directors, or other vicarious agents. The same applies to the assumption of guarantees or any other strict liability, or in case of a culpable injury to life, limb, or health. Airbnb is liable for any negligent breaches of essential contractual obligations by us, our legal representatives, directors, or other vicarious agents. Essential contractual obligations are such duties of Airbnb in whose proper fulfilment you regularly trust and must trust for the proper execution of the contract but the amount shall be limited to the typically occurring foreseeable damage. Any additional liability of Airbnb is excluded.**

## 18. Indemnification

You agree to release, defend (at Airbnb's option), indemnify, and hold Airbnb and its affiliates and subsidiaries, and their officers, directors, employees and agents, harmless from and against any claims, liabilities, damages, losses, and expenses, including, without limitation, reasonable legal and accounting fees, arising out of or in any way connected with (i) your breach of these Terms or our Policies or Standards, (ii) your improper use of the Airbnb Platform or any Airbnb Services, (iii) your interaction with any Member, stay at an Accommodation, participation in an Experience, Event or other Host Service, including without limitation any injuries, losses or damages (whether compensatory, direct, incidental, consequential or otherwise) of any kind arising in connection with or as a result of such interaction, stay, participation or use, (iv) Airbnb's Collection and Remittance of Occupancy Taxes, or (v) your breach of any laws, regulations or third party rights.

## 19. Dispute Resolution and Arbitration Agreement

19.1 This Dispute Resolution and Arbitration Agreement shall apply if you (i) reside in the United States; or (ii) do not reside in the United States, but bring any claim against Airbnb in the United States (to the extent not in conflict with Section 21).

19.2 *Overview of Dispute Resolution Process*. Airbnb is committed to participating in a consumer-friendly dispute resolution process. To that end, these Terms provide for a two-part process for individuals to whom Section 19.1 applies: (1) an informal negotiation directly with Airbnb's customer service team, and (2) a binding arbitration administered by the American Arbitration Association ("**AAA**") using its specially designed Consumer Arbitration Rules (as modified by this Section 19). Specifically, the process provides:

- Claims can be filed with AAA online (www.adr.org);
- Arbitrators must be neutral and no party may unilaterally select an arbitrator;
- Arbitrators must disclose any bias, interest in the result of the arbitration, or relationship with any party;
- Parties retain the right to seek relief in small claims court for certain claims, at their option;
- The initial filing fee for the consumer is capped at $200;
- The consumer gets to elect the hearing location and can elect to participate live, by phone, video conference, or, for claims under $25,000, by the submission of documents;
- The arbitrator can grant any remedy that the parties could have received in court to resolve the party's individual claim.

19.3 *Pre-Arbitration Dispute Resolution and Notification*. Prior to initiating an arbitration, you and Airbnb each agree to notify the other party of the dispute and attempt to negotiate an informal resolution to it first. We will contact you at the email address you have provided to us; you can contact Airbnb's customer service team by emailing us. If after a good faith effort to negotiate one of us feels the dispute has not and cannot be resolved informally, the party intending to pursue arbitration agrees to notify the other party via email prior to initiating the arbitration. In order to initiate arbitration, a claim must be filed with the AAA and the written Demand for Arbitration (available at www.adr.org) provided to the other party, as specified in the AAA Rules.

**19.4 *Agreement to Arbitrate*. You and Airbnb mutually agree that any dispute, claim or controversy arising out of or relating to these Terms or the breach, termination, enforcement or interpretation thereof, or to the use of the Airbnb Platform, the Host Services, or the Collective Content (collectively, "Disputes") will be settled by binding arbitration (the "Arbitration Agreement"). If there is a dispute about whether this Arbitration Agreement can be enforced or applies to our Dispute, you and Airbnb agree that the arbitrator will decide that issue.**

19.5 *Exceptions to Arbitration Agreement*. You and Airbnb each agree that the following claims are exceptions to the Arbitration Agreement and will be brought in a judicial proceeding in a court of competent jurisdiction: (i) Any claim related to actual or threatened infringement, misappropriation or violation of a party's copyrights, trademarks, trade secrets, patents, or other intellectual property rights; (ii) Any claim seeking emergency injunctive relief based on exigent circumstances (e.g., imminent danger or commission of a crime, hacking, cyber-attack).

19.6 *Arbitration Rules and Governing Law*. This Arbitration Agreement evidences a transaction in interstate commerce and thus the Federal Arbitration Act governs the interpretation and enforcement of this provision. The arbitration will be administered by AAA in accordance with the Consumer Arbitration Rules (the "**AAA Rules**") then in effect, except as modified here. The AAA Rules are available at www.adr.org or by calling the AAA at 1–800–778–7879.

19.7 *Modification to AAA Rules - Arbitration Hearing/Location*. In order to make the arbitration most convenient to you, Airbnb agrees that any required arbitration hearing may be conducted, at your option, (a) in the county where you reside; (b) in San Francisco

County; (c) in any other location to which you and Airbnb both agree; (d) via phone or video conference; or (e) for any claim or counterclaim under $25,000, by solely the submission of documents to the arbitrator.

19.8 *Modification of AAA Rules - Attorney's Fees and Costs*. You may be entitled to seek an award of attorney fees and expenses if you prevail in arbitration, to the extent provided under applicable law and the AAA rules. Unless the arbitrator determines that your claim was frivolous or filed for the purpose of harassment, Airbnb agrees it will not seek, and hereby waives all rights it may have under applicable law or the AAA rules, to recover attorneys' fees and expenses if it prevails in arbitration.

19.9 *Arbitrator's Decision*. The arbitrator's decision will include the essential findings and conclusions upon which the arbitrator based the award. Judgment on the arbitration award may be entered in any court with proper jurisdiction. The arbitrator may award declaratory or injunctive relief only on an individual basis and only to the extent necessary to provide relief warranted by the claimant's individual claim.

**19.10 *Jury Trial Waiver*. You and Airbnb acknowledge and agree that we are each waiving the right to a trial by jury as to all arbitrable Disputes.**

**19.11 *No Class Actions or Representative Proceedings*. You and Airbnb acknowledge and agree that we are each waiving the right to participate as a plaintiff or class member in any purported class action lawsuit, class-wide arbitration, private attorney-general action, or any other representative proceeding as to all Disputes. Further, unless you and Airbnb both otherwise agree in writing, the arbitrator may not consolidate more than one party's claims and may not otherwise preside over any form of any class or representative proceeding. If this paragraph is held unenforceable with respect to any Dispute, then the entirety of the Arbitration Agreement will be deemed void with respect to such Dispute.**

19.12 *Severability*. Except as provided in Section 19.11, in the event that any portion of this Arbitration Agreement is deemed illegal or unenforceable, such provision shall be severed and the remainder of the Arbitration Agreement shall be given full force and effect.

19.13 *Changes*. Notwithstanding the provisions of Section 3 ("Modification of these Terms"), if Airbnb changes this Section 19 ("Dispute Resolution and Arbitration Agreement") after the date you last accepted these Terms (or accepted any subsequent changes to these Terms), you may reject any such change by sending us written notice (including by email) within thirty (30) days of the date such change became effective, as indicated in the "Last Updated" date above or in the date of Airbnb's email to you notifying you of such change. By rejecting any change, you are agreeing that you will arbitrate any Dispute between you and Airbnb in accordance with the provisions of the "Dispute Resolution and Arbitration Agreement" section as of the date you last accepted these Terms (or accepted any subsequent changes to these Terms).

19.14 *Survival*. Except as provided in Section 19.12 and subject to Section 15.8, this Section 19 will survive any termination of these Terms and will continue to apply even if you stop using the Airbnb Platform or terminate your Airbnb Account.

## 20. Feedback

We welcome and encourage you to provide feedback, comments and suggestions for improvements to the Airbnb Platform ("**Feedback**"). You may submit Feedback by emailing us, through the "Contact" section of the Airbnb Platform, or by other means of

communication. Any Feedback you submit to us will be considered non-confidential and non-proprietary to you. By submitting Feedback to us, you grant us a non-exclusive, worldwide, royalty-free, irrevocable, sub-licensable, perpetual license to use and publish those ideas and materials for any purpose, without compensation to you.

## 21. Applicable Law and Jurisdiction

21.1 If you reside in the United States, these Terms will be interpreted in accordance with the laws of the State of California and the United States of America, without regard to conflict-of-law provisions. Judicial proceedings (other than small claims actions) that are excluded from the Arbitration Agreement in Section 19 must be brought in state or federal court in San Francisco, California, unless we both agree to some other location. You and we both consent to venue and personal jurisdiction in San Francisco, California.

21.2 If you reside in China these Terms will be interpreted in accordance with the laws of China ("**China Laws**"). Any dispute arising from or in connection with this Agreement shall be submitted to the China International Economic and Trade Arbitration Commission (CIETAC) for arbitration in Beijing which shall be conducted in accordance with CIETAC's arbitration rules in effect at the time of applying for arbitration, provided that this section shall not be construed to limit any rights which Airbnb may have to apply to any court of competent jurisdiction for an order requiring you to perform or be prohibited from performing certain acts and other provisional relief permitted under China Laws or any other laws that may apply to you. The arbitration proceedings shall be conducted in English. The arbitral award rendered is final and binding upon both parties.

21.3 If you reside outside of the United States and China, these Terms will be interpreted in accordance with Irish law. The application of the United Nations Convention on Contracts for the International Sale of Goods (CISG) is excluded. The choice of law does not impact your rights as a consumer according to the consumer protection regulations of your country of residence. If you are acting as a consumer, you agree to submit to the non-exclusive jurisdiction of the Irish courts. Judicial proceedings that you are able to bring against us arising from or in connection with these Terms may only be brought in a court located in Ireland or a court with jurisdiction in your place of residence. If Airbnb wishes to enforce any of its rights against you as a consumer, we may do so only in the courts of the jurisdiction in which you are a resident. If you are acting as a business, you agree to submit to the exclusive jurisdiction of the Irish courts.

## 22. General Provisions

22.1 Except as they may be supplemented by additional terms and conditions, policies, guidelines or standards, these Terms constitute the entire Agreement between Airbnb and you pertaining to the subject matter hereof, and supersede any and all prior oral or written understandings or agreements between Airbnb and you in relation to the access to and use of the Airbnb Platform.

22.2 No joint venture, partnership, employment, or agency relationship exists between you and Airbnb as a result of this Agreement or your use of the Airbnb Platform.

22.3 These Terms do not and are not intended to confer any rights or remedies upon any person other than the parties.

22.4 If any provision of these Terms is held to be invalid or unenforceable, such provision will be struck and will not affect the validity and enforceability of the remaining provisions.

22.5 Airbnb's failure to enforce any right or provision in these Terms will not constitute a waiver of such right or provision unless acknowledged and agreed to by us in writing. Except as expressly set forth in these Terms, the exercise by either party of any of its remedies under these Terms will be without prejudice to its other remedies under these Terms or otherwise permitted under law.

22.6 You may not assign, transfer or delegate this Agreement and your rights and obligations hereunder without Airbnb's prior written consent. Airbnb may without restriction assign, transfer or delegate this Agreement and any rights and obligations hereunder, at its sole discretion, with 30 days prior notice. Your right to terminate this Agreement at any time remains unaffected.

22.7 Unless specified otherwise, any notices or other communications to Members permitted or required under this Agreement, will be in writing and given by Airbnb via email, Airbnb Platform notification, or messaging service (including SMS and WeChat). For notices made to Members residing outside of Germany, the date of receipt will be deemed the date on which Airbnb transmits the notice.

22.8 If you reside in the EU you can access the European Commission's online dispute resolution platform here: http://ec.europa.eu/consumers/odr. Please note that Airbnb Ireland is not committed nor obliged to use an alternative dispute resolution entity to resolve disputes with consumers.

22.9 If you have any questions about these Terms please email us.

# EXHIBIT F

# Payments Terms of Service

**Please read these Payments Terms of Service carefully as they contain important information about your legal rights, remedies and obligations. By using the Payment Services, you agree to comply with and be bound by these Payments Terms of Service.**

**Please note: Section 23 of these Payments Terms of Service contains an arbitration clause and class action waiver that applies to all Airbnb Members. If you reside in the United States, this provision applies to all disputes with Airbnb Payments. If you reside outside of the United States, this provision applies to any action you bring against Airbnb Payments in the United States. It affects how disputes with Airbnb Payments are resolved. By accepting these Payments Terms of Service, you agree to be bound by this arbitration clause and class action waiver. Please read it carefully.**

Last Updated: June 19, 2017

These Payments Terms of Service ("**Payments Terms**") constitute a legally binding agreement ("**Agreement**") between you and Airbnb Payments governing the Payment Services (defined below) conducted through or in connection with the Airbnb Platform.

When these Payments Terms mention "**Airbnb Payments**," "**we**," "**us**," or "**our**," it refers to the Airbnb Payments company you are contracting with for Payment Services, which may be Airbnb Payments, Inc. ("**Airbnb Payments US**"), Airbnb Payments UK Ltd. ("**Airbnb Payments UK**"), Airbnb Internet (Beijing) Co., Ltd. ("**Airbnb China**"), or Airbnb Payments India Pvt. Ltd. ("**Airbnb Payments India**"). Your contracting entity will generally be determined for each payment or payout based on the jurisdiction in which your Payment Method or Payout Method was issued, as further set forth in Section 21 ("Airbnb Payments Contracting Entity").

The Airbnb Terms of Service ("**Airbnb Terms**") separately govern your use of the Airbnb Platform. All capitalized terms have the meaning set forth in the Airbnb Terms unless otherwise defined in these Payments Terms.

Our collection and use of personal information in connection with your access to and use of the Payment Services is described in Airbnb's Privacy Policy.

## Table of Contents

1. Scope and Use of the Payment Services
2. Key Definitions
3. Modification of these Payments Terms
4. Eligibility, Member Verification
5. Account Registration
6. Payment Methods and Payout Methods
7. Financial Terms for Hosts
8. Financial Terms for Guests
9. Appointment of Airbnb Payments as Limited Payment Collection Agent
10. General Financial Terms
11. Taxes
12. Damage to Accommodations and Security Deposits
13. Currency Conversion
14. Prohibited Activities
15. Intellectual Property Ownership, Rights Notices
16. Feedback
17. Disclaimers
18. Liability
19. Indemnification

20. Termination, Suspension, and other Measures
21. Airbnb Payments Contracting Entity
22. Applicable Law and Jurisdiction
23. Dispute Resolution and Arbitration Agreement
24. General Provisions
25. Additional Clauses for Users Contracting with Airbnb Payments UK
26. Contacting Airbnb Payments

## 1. Scope and Use of the Payment Services

1.1 Airbnb Payments provides payments services to Members, including payment collection services, payments and payouts, in connection with and through the Airbnb Platform ("**Payment Services**").

1.2 Airbnb Payments may restrict the availability of the Payment Services, or certain services or features thereof, to ca out maintenance measures that ensure the proper or improved functioning of the Payment Services. Airbnb Payments may improve, enhance and modify the Payment Services and introduce new Payment Services from time to time.

1.3 The Payment Services may contain links to third-party websites or resources ("**Third-Party Services**"). Such Third Party Services are subject to different terms and conditions and privacy practices and Members should review them independently. Airbnb Payments is not responsible or liable for the availability or accuracy of such Third-Party Service the content, products, or services available from such Third-Party Services. Links to such Third-Party Services are not endorsement by Airbnb Payments of such Third-Party Services.

1.4 You may not use the Payment Services except as authorized by United States law, the laws of the jurisdiction in w you reside, and any other applicable laws. In particular, but without limitation, the Payment Services may not be used send or receive funds: (i) into any United States embargoed countries; or (ii) to anyone on the U.S. Treasury Departmer list of Specially Designated Nationals or the U.S. Department of Commerce's Denied Persons List or Entity List. You represent and warrant that: (i) neither you nor your Host Services are located or take place in a country that is subject U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country; a (ii) you are not listed on any U.S. Government list of prohibited or restricted parties. In addition to complying with the above, you must also comply with any relevant export control laws in your local jurisdiction.

1.5 Your access to or use of certain Payment Services may be subject to, or require you to accept, additional terms ar conditions. If there is a conflict between these Payments Terms and terms and conditions applicable for a specific Payment Service, the latter terms and conditions will take precedence with respect to your use of or access to that Payment Service, unless specified otherwise.

## 2. Key Definitions

"**Adjusted Exchange Rate**" means the Base Exchange Rate plus a 3% fee charged by Airbnb for certain cross-borde transactions.

"**Base Exchange Rate**" means a system-wide rate used by Airbnb Payments if the Booking Currency is different than Listing Country Currency. It does not include any fee or mark-up by Airbnb Payments. Airbnb Payments establishes th Base Exchange Rate using data from one or more third parties such as OANDA (www.oanda.com).

"**Booking Currency**" means the currency in which a Guest pays for his or her booking. The Guest will be able to see ( in some cases, select) their Booking Currency when checking out. The Booking Currency for a booking may be differe from the relevant Listing Country Currency.

"**Listing Country Currency**" means the default currency associated with the country in which the Listing is located. Fe example, the Listing Country Currency for a Listing located in New York would be U.S. dollars, and the Listing Country Currency for a Listing located in Japan would be Japanese Yen.

"**Payout**" means a payment initiated by Airbnb Payments to a Member for services (such as Listing Fees and Co-Host Services Fees) performed in connection with the Airbnb Platform.

"**Payment Method**" means a financial instrument that you have added to your Airbnb Account, such as a credit card, debit card, or PayPal account.

"**Payout Method**" means a financial instrument that you have added to your Airbnb Account, such as a PayPal accou direct deposit, a prepaid card, or a debit card (where available).

## 3. Modification of these Payments Terms

Airbnb Payments reserves the right to modify these Payments Terms at any time in accordance with this provision. If v make changes to these Payments Terms, we will post the revised Payments Terms on the Airbnb Platform and update "Last Updated" date at the top of these Payments Terms. We will also provide you with notice by email of the modifica at least thirty (30) days before the date they become effective, however, Members contracting with Airbnb Payments U will receive notice at least two (2) months prior to the effective date. If you disagree with the revised Payments Terms, may terminate this Agreement with immediate effect. We will inform you about your right of refusal and your right to terminate this Agreement in the notification email. If you do not terminate your Agreement before the date the revised Terms become effective, your continued use of the Payment Services will constitute acceptance of the revised Payme Terms.

## 4. Eligibility, Member Verification

4.1 You must be at least 18 years old and able to enter into legally binding contracts to use the Payment Services. By using the Payment Services you represent and warrant that you are 18 or older.

4.2 If you are agreeing to these Payments Terms on behalf of a company or other legal entity, you represent and warra that you have the authority to bind that company or other legal entity to these Payments Terms and, in such event, "yc and "your" will refer and apply to that company or other legal entity.

4.3 Airbnb Payments may make access to and use of certain areas or features of the Payment Services subject to cer conditions or requirements, such as completing a verification process or meeting specific eligibility criteria.

4.4 We may make inquiries we consider necessary to help verify or check your identity or prevent fraud. In some jurisdictions, we have a legal obligation to collect identity information to comply with anti-money laundering regulation This may include (i) asking you to provide a form of government identification (e.g., driver's license or passport), your c of birth, your address, and other information; (ii) requiring you to take steps to confirm ownership of your email addres Payment Methods or Payout Methods; or (iii) attempting to screen your information against third-party databases. Airb Payments reserves the right to close, suspend, or limit access to the Payment Services in the event we are unable to obtain or verify any of this information.

## 5. Account Registration

5.1 In order to use the Payment Services, you must have an Airbnb Account in good standing. If you or Airbnb closes Airbnb Account for any reason, you will no longer be able to use the Payment Services.

5.2 You may authorize a third party to use your Airbnb Account in accordance with the Airbnb Terms. You acknowledg and agree that anyone you authorize to use your Airbnb Account may use the Payment Services on your behalf and th you will be responsible for any payments made by such person.

## 6. Payment Methods and Payout Methods

6.1 When you add a Payment Method or Payout Method to your Airbnb Account, you will be asked to provide custom billing information such as name, billing address, and financial instrument information either to Airbnb Payments or its

third-party payment processor(s). You must provide accurate, current, and complete information when adding a Payment Method or Payout Method, and it is your obligation to keep your Payment Method and Payout Method up-to-date at all times. The information required for Payout Methods will include:

- for direct deposit, your address, name on the account, account type, routing number, and account number;
- for PayPal, your address, email address, and payout currency; and
- for Payoneer prepaid debit cards, your address, and Payoneer account information.

6.2 When you add or use a new Payment Method, Airbnb Payments may verify the Payment Method by authorizing a nominal amount, not to exceed one dollar ($1), or a similar sum in the Payment Method's local currency (e.g., one euro or one British pound). For further verification, we may also (i) authorize your Payment Method for one or two additional nominal amounts, each not to exceed two dollars ($2) or a similar sum in the Payment Method's local currency (e.g., two euros or two British pounds), and ask you to confirm these amounts, or (ii) require you to upload a billing statement. When you add a Payment Method during checkout, we will automatically save that Payment Method to your Airbnb Account so it can be used for a future transaction.

6.3 To verify your Payout Method, Airbnb Payments may send one or more payments of nominal amounts to your Payout Method. We may, and retain the right to, initiate refunds of these amounts from your Payout Method.

6.4 Please note that Payment Methods and Payout Methods may involve the use of third-party payment service providers. These service providers may charge you additional fees when processing payments and Payouts in connection with the Payment Services (including deducting charges from the Payout amount), and Airbnb Payments is not responsible for such fees and disclaims all liability in this regard. Your Payment Method or Payout Method may also be subject to additional terms and conditions imposed by the applicable third-party payment service provider; please review these terms and conditions before using your Payment Method or Payout Method.

6.5 You authorize Airbnb Payments to store your Payment Method information and charge your Payment Method as outlined in these Payments Terms. If your Payment Method's account information changes (e.g., account number, routing number, expiration date) as a result of re-issuance or otherwise, we may acquire that information from our financial services partner or your bank and update your Payment Method on file in your Airbnb Account.

6.6 You are solely responsible for the accuracy and completeness of your Payment Method and Payout Method information. Airbnb Payments is not responsible for any loss suffered by you as a result of incorrect Payment Method or Payout Method information provided by you.

## 7. Financial Terms for Hosts

### 7.1 Generally

Generally speaking, Airbnb Payments will collect the Total Fees from a Guest at the time the Guest's booking request is accepted by the host, or at any other time mutually agreed between the Guest and Airbnb Payments.

### 7.2. Payouts

7.2.1 In order to receive a Payout you must have a valid Payout Method linked to your Airbnb Account. Airbnb Payments will generally initiate Payouts to your selected Payout Method: (i) for Accommodations within 24 hours of the Guest's scheduled check-in time (or within 24 hours of 3:00pm local time - or 3:00pm UTC if local time is unknown - if the check in time is flexible or not specified); (ii) for Experiences and Events within 24 hours of the start of the Experience or Event; and (iii) for all other Host Services at the time specified via the Airbnb Platform. In certain jurisdictions or instances, Airbnb Payments may offer you a different time or trigger for payment. The time it takes to receive Payouts once released by Airbnb Payments may depend upon the Payout Method you select. Airbnb Payments may delay or cancel any Payout for purposes of preventing unlawful activity or fraud, risk assessment, security, or investigation.

7.2.2 Your Payout for a booking will be the Listing Fee less applicable Host Fees and Taxes.

7.2.3 Airbnb Payments will remit your Payouts in your currency of choice, depending upon your selections via the Airb Platform. If the currency of your Listing Fee at the time of booking is different from your selected Payout currency whe we initiate your Payout, we will apply the Base Exchange Rate to your Payout. Amounts may be rounded up or down a described in Section 10.5 ("Rounding Off").

7.2.4 For compliance or operational reasons, Airbnb Payments may limit the value of each individual Payout. If you are due an amount above that limit, Airbnb may initiate a series of Payouts (potentially over multiple days) in order to prov your full payout amount.

## 7.3 Co-Hosting

7.3.1 If a Host and a Co-Host agree on a Co-Host Services Fee, Airbnb Payments will automatically deduct the Co-Ho Services Fees from the Host's Listing Fee and pay that fee to the Co-Host at the same time Airbnb Payments initiates Host's Payout.

7.3.2 In the event that a refund is due to a Guest, Airbnb Payments will automatically deduct the amount of the refund a pro-rata basis, from the next Payout due to each of the Host and the Co-Host.

7.4 If you owe any amount to Airbnb (e.g., as a result of your bookings, Booking Modifications, cancellations or other actions as a Guest, Host or Co-Host), you authorize Airbnb Payments to collect these amounts from you by withholdir the amounts from your future Payouts and/or charging any Payment Method on file in your Airbnb Account. Any funds collected by Airbnb Payments will setoff the amount owed by you to Airbnb and extinguish your obligation to Airbnb. I addition to the amount due, if there are delinquent amounts or chargebacks associated with your Payment Method, yo may be charged fees that are incidental to our collection of these delinquent amounts and chargebacks. Such fees or charges may include collection fees, convenience fees or other third-party charges.

## 8. Financial Terms for Guests

8.1 You authorize Airbnb Payments to charge your Payment Method the Total Fees for any booking requested in connection with your Airbnb Account. Airbnb Payments will collect the Total Fees in the manner agreed between you a Airbnb Payments via the Airbnb Platform. Airbnb Payments will generally collect the Total Fees after the Host accepts booking request. However, if you pay with a push Payment Method (such as Boletos or Sofort), Airbnb Payments will collect the Total Fees at the time of your booking request. Airbnb Payments may offer alternative options for the timing and manner of payment; any additional fees for using offered payment options will be displayed via the Airbnb Platforr and included in the Total Fees, and you agree to pay such fees by selecting the payment option. If Airbnb Payments is unable to collect the Total Fees as scheduled, Airbnb Payments will collect the Total Fees at a later point. Once the payment transaction for your requested booking is successfully completed you will receive a confirmation email.

8.2 When you request to book a Listing, Airbnb Payments may also (i) obtain a pre-authorization via your Payment Me for the Total Fees or (ii) charge or authorize your Payment Method a nominal amount, not to exceed one dollar ($1), or similar sum in the currency in which you are transacting (e.g., one euro or one British pound), to verify your Payment Method.

8.3 If a requested booking is cancelled either because it is not accepted by the Host or you cancel the booking reques before it is accepted by the Host, any amounts collected by Airbnb Payments will be refunded to you, and any pre-authorization of your Payment Method will be released (if applicable). The timing to receive the refund or for the pre-authorization to be released will vary based on the Payment Method and any applicable payment system (e.g., Visa, MasterCard, etc.) rules.

8.4 You authorize Airbnb Payments to perform the Payment Method verifications described in Sections 6 and 8, and to charge your Payment Method for any bookings made in connection with your Airbnb Account. You hereby authorize Airbnb Payments to collect any amounts due by charging the Payment Method provided at checkout, either directly by Airbnb Payments or indirectly, via a third-party online payment processor, and/or by one or more of the payment meth available on the Airbnb Platform (such as gift cards).

8.5 If Airbnb Payments is unable collect any amounts due via your selected Payment Method, you authorize Airbnb Payments to charge any other Payments Methods on file in your Airbnb Account (unless you have previously removed authorization to charge such Payment Method(s)). You also authorize Airbnb Payments to charge any Payment Method file in your Airbnb Account in the event of a Damage Claim pursuant to Section 12 ("Damage to Accommodations and Security Deposits").

8.6 If you Overstay at an Accommodation, you authorize Airbnb Payments to charge any Payment Method(s) you have file in your Airbnb Account to collect Overstay Fees payable under the Airbnb Terms. In addition, Airbnb Payments ma recover any costs and expenses it incurs in collecting the Overstay Fees by charging any Payment Method(s) you have file in your Airbnb Account.

8.7 Airbnb Payments is not responsible for any fees that a Guest's third-party payment service provider may impose w Airbnb Payments charges the Guest's Payment Method, and Airbnb Payments disclaims all liability in this regard.

## 9. Appointment of Airbnb Payments as Limited Payment Collection Agent

9.1 Each Member collecting payment for services provided via the Airbnb Platform (such as Host Services or Co-Host Services, or transactions facilitated through the Resolution Center) ("**Providing Member**") hereby appoints Airbnb Payments as the Providing Member's payment collection agent solely for the limited purpose of accepting funds from Members purchasing such services ("**Purchasing Members**").

9.2 Each Providing Member agrees that payment made by a Purchasing Member through Airbnb Payments, shall be considered the same as a payment made directly to the Providing Member, and the Providing Member will provide the purchased services to the Purchasing Member in the agreed-upon manner as if the Providing Member has received th payment directly from the Purchasing Member. Each Providing Member agrees that Airbnb Payments may refund the Purchasing Member in accordance with the Airbnb Terms. Each Providing Member understands that Airbnb Payments obligation to pay the Providing Member is subject to and conditional upon successful receipt of the associated payme from Purchasing Members. Airbnb Payments guarantees payments to Providing Members only for such amounts that have been successfully received by Airbnb Payments from Purchasing Members in accordance with these Payments Terms. In accepting appointment as the limited payment collection agent of the Providing Member, Airbnb Payments assumes no liability for any acts or omissions of the Providing Member.

9.3 Each Purchasing Member acknowledges and agrees that, notwithstanding the fact that Airbnb Payments is not a p to the agreement between you and the Providing Member, Airbnb Payments acts as the Providing Member's payment collection agent for the limited purpose of accepting payments from you on behalf of the Providing Member. Upon you payment of the funds to Airbnb Payments, your payment obligation to the Providing Member for the agreed upon amo is extinguished, and Airbnb Payments is responsible for remitting the funds to the Providing Member in the manner described in these Payments Terms, which constitute Airbnb Payments' agreement with the Purchasing Member. In th event that Airbnb Payments does not remit any such amounts, the Providing Member will have recourse only against Airbnb Payments and not the Purchasing Member directly.

## 10. General Financial Terms

### 10.1 Service Fees and Other Fees

10.1.1 Airbnb Payments collects the Service Fees charged by Airbnb pursuant to the Airbnb Terms. Where applicable, Airbnb Payments may also collect Taxes (such as VAT in Europe) in respect of the Host Fees and Guest Fees. Airbnb Payments deducts the Host Fees from the Listing Fees before remitting the Payout to the Host as described in these Payments Terms. Guest Fees are included in the Total Fees collected by Airbnb Payments.

10.1.2 More information about when Services Fees apply and how they are calculated can be found on our Service Fe page. Airbnb Payments may charge additional fees for use of certain Payment Services and any applicable fees will be disclosed to Members via the Airbnb Platform.

## 10.2 Cancellations and Refunds

10.2.1 If a Guest cancels a confirmed booking, Airbnb Payments will refund the amount of the Total Fees due to the Guest pursuant to the Listing's cancellation policy and as otherwise in accordance with the Airbnb Terms (including the Guest Refund Policy or Extenuating Circumstances Policy). Airbnb Payments will also initiate a Payout of any portion of the Total Fees due to the Host under the applicable cancellation policy.

10.2.2 If a Host cancels a confirmed booking, Airbnb Payments will provide the Guest a full refund of the Total Fees within a commercially reasonable time of the cancellation. In some instances, Airbnb may allow the Guest to apply the refund to a new booking, in which case Airbnb Payments will credit the amount against the Guest's subsequent booking at the Guest's direction.

10.2.3 If, as a Host, you cancel a confirmed booking, you agree that Airbnb Payments may collect any cancellation fee imposed pursuant to the Airbnb Terms. In these instances, Airbnb Payments will treat your cancellation as a payment authorization.

10.2.4 If a Host modifies or cancels an Experience, Event, or other Host Service, Airbnb Payments will provide Guests a refund in accordance with the Airbnb Terms.

10.2.5 All refunds may be subject to the Airbnb Terms, Extenuating Circumstances Policy, and Guest Refund Policy. If a Guest or Airbnb decides for any reason to cancel a confirmed booking pursuant to the Airbnb Terms, Guest Refund Policy, or Extenuating Circumstances Policy, you agree that Airbnb Payments will not have any liability for such cancellations or refunds aside from its obligations to remit refunds or Payouts pursuant to these Payments Terms.

10.2.6 If, as a Host, your Guest cancels a confirmed booking or Airbnb decides that it is necessary to cancel a confirmed booking, and Airbnb issues a refund to the Guest in accordance with the Guest Refund Policy, Extenuating Circumstances Policy, or other applicable cancellation policy, you agree that in the event you have already been paid, Airbnb Payments will be entitled to recover the amount of any such refund from you, including by subtracting such refund amount out from any future Payouts due to you.

## 10.3 Resolution Center

You agree that Airbnb Payments may collect from you any amount paid through the Resolution Center in connection with your Airbnb Account by charging the Payment Method associated with the relevant booking or any other Payment Method on file in your Airbnb Account, or by withholding the amount from your future Payouts. Airbnb Payments will process such payments otherwise in accordance with these Payments Terms.

## 10.4 Recurring Payments

10.4.1 For certain bookings (such as for Accommodation Bookings of twenty-eight (28) nights or more), Airbnb Payments may require a Guest to make recurring, incremental payments toward the Total Fees owed ("**Recurring Payments**"). More information on Recurring Payments (including the amount and the frequency of payments) will be made available via the Airbnb Platform if applicable to a booking.

10.4.3 If Recurring Payments apply to a confirmed booking, then the Guest authorizes Airbnb Payments to collect the Total Fees, and the Host agrees that Airbnb Payments will initiate Payouts, in the increments and at the frequency agreed to and identified via the Airbnb Platform.

10.4.4 Guests may stop payment of a Recurring Payment by notifying Airbnb Payments orally or in writing at least three (3) business days before the scheduled date of the payment. Airbnb Payments may require that you give written confirmation of a stop-payment order within fourteen (14) days of an oral notification. If you fail to provide written confirmation within fourteen (14) days as requested, Airbnb Payments is not obligated to honor your request to stop any future Recurring Payments. If you have any questions regarding your Recurring Payments, please contact Airbnb Payments pursuant to Section 26.

## 10.5 Rounding Off

10.5.1 Airbnb Payments may, in its sole discretion, round up or round down amounts that are payable from or to Mem to the nearest whole functional base unit in which the currency is denominated (i.e., to the nearest dollar, euro or other supported currency); for example, Airbnb Payments may round up an amount of $101.50 to $102.00, and round down amount of $101.49 to $101.00.

10.5.2 For currencies denominated in large numbers, Airbnb Payments may determine the functional base unit in whic those currencies are denominated to be 10, 100 or 1,000 of the currency; the corresponding examples for such curren would be for Airbnb Payments to round up an amount of 1,045 up to 1,050 and 1,044 down to 1,040, or 35,450 up to 35,500 and 35,449 down to 35,400, or 837,500 up to 838,000 and 837,499 down to 837,000.

## 10.6 Payment Processing Errors

We will take steps to rectify any payment processing errors that we become aware of. These steps may include crediti or debiting (as appropriate) the same Payout Method or Payment Method used for the original Payout to or payment b you, so that you end up receiving or paying the correct amount.

## 10.7 Booking Modifications

If, as a Guest, you owe additional amounts to Airbnb due to a Booking Modification, you agree that Airbnb Payments collect such amounts by charging the Payment Method used to make your booking (or, if that Payment Method is not available, through any other authorized Payment Method in your Airbnb Account). If, as a Host, you owe Airbnb any amounts due to a Booking Modification, you agree that Airbnb Payments may collect those amounts pursuant to Sect 7 ("Financial Terms for Hosts") and as otherwise permitted under these Payments Terms.

## 10.8 Collections

If Airbnb Payments is unable to collect any amounts you owe under these Payments Terms, Airbnb Payments may eng in collection efforts to recover such amounts from you. Airbnb Payments will deem any owed amounts overdue when: for authorized charges, ninety (90) days have elapsed after Airbnb Payments first attempts to charge the Member's Payment Method or the associated services have been provided, whichever is later; and (b) for withholdings from a Ho future Payouts, one hundred and eighty (180) days have elapsed after the adjustment is made to the Host's account o associated services have been provided, whichever is later. Any overdue amounts not collected within one hundred an eighty (180) days after they become overdue will be deemed to be in default. You hereby explicitly agree that all communication in relation to amounts owed will be made by electronic mail or by phone, as provided to Airbnb and/or Airbnb Payments by you. Such communication may be made by Airbnb, Airbnb Payments, or by anyone on their beha including but not limited to a third-party collection agent.

## 10.9 Airbnb Travel Credits

Airbnb Travel Credits may be redeemed for applicable bookings via the Airbnb Platform as specified in the Airbnb Refe Program Terms & Conditions or other terms and conditions provided with the Travel Credit. You may only redeem Airb Travel Credits after the Airbnb Travel Credits are reflected in your Airbnb Account.

# 11. Taxes

11.1 In any jurisdiction where Airbnb facilitates Collection and Remittance pursuant to the Airbnb Terms, you hereby instruct and authorize Airbnb Payments to collect Occupancy Taxes from Guests on the Host's behalf at the time the Listing Fees are collected, and to remit such Occupancy Taxes to the Tax Authority. The amount of Occupancy Taxes, any, collected and remitted by Airbnb Payments will be visible to and separately stated to both Guests and Hosts on t respective transaction documents. You expressly agree to release, defend, indemnify, and hold Airbnb Payments and affiliates and subsidiaries, and their officers, directors, employees, and agents, harmless from and against any claims, liabilities, damages, losses, debts, obligations, and expenses, including, without limitation, reasonable legal and/or

accounting fees, arising out of or in any way related to Occupancy Taxes, including, without limitation, the applicability calculation, collection or remittance of Occupancy Taxes in any amount or at all as to your transactions or Accommodations.

11.2 You agree that any claim or cause of action relating to Airbnb Payments' facilitation of Collection and Remittance shall not extend to any supplier or vendor that may be used by Airbnb in connection with facilitation of Collection and Remittance of Occupancy Taxes, if any. Guests and Hosts agree that we may seek additional amounts from you in the event that the Taxes collected and/or remitted are insufficient to fully discharge your obligations to the Tax Authority, a agree that your sole remedy for Occupancy Taxes collected is a refund of Occupancy Taxes collected by Airbnb from applicable Tax Authority in accordance with applicable procedures set by that Tax Authority.

## 12. Damage to Accommodations and Security Deposits

12.1 If you as a Guest (i) agree to pay the Host in connection with a Damage Claim, or (ii) Airbnb determines that you a responsible for damaging an Accommodation or any personal or other property located at an Accommodation pursua the Airbnb Terms, you authorize Airbnb Payments to charge the Payment Method used to make the booking in order t collect any Security Deposit associated with the Listing, as well as any amount of the Damage Claim exceeding any Security Deposit. If the Listing does not have a Security Deposit, Airbnb Payments may charge the Payment Method u to make the booking for the amount of the Damage Claim. If we are unable to collect from your Payment Method used make the booking, you agree that Airbnb Payments may charge any other Payment Method on file (and not otherwise unauthorized) in your Airbnb Account at the time of the Damage Claim.

12.2 Airbnb Payments also reserves the right to otherwise collect payment from you and pursue any remedies availabl Airbnb Payments in situations in which you are responsible for a Damage Claim, including, but not limited to, in relatio any payment requests made by Hosts under the Airbnb Host Guarantee.

12.3 Security Deposits, if required by a Host, may be applied to any Overstay Fees due from a Guest.

## 13. Currency Conversion

13.1 Airbnb Payments will do a currency conversion in the following situations:

- Where a Guest submits a booking request for a Listing using a Booking Currency that is different from the Listing Country Currency, Airbnb Payments will calculate the Total Fees in the Booking Currency by applying either the Ba Exchange Rate or the Adjusted Exchange Rate to the Total Fees in the Listing Country Currency at the time of the booking request. Any fees that are based on a percentage of the applicable Listing Fees (such as Guest Fees), wil calculated based on the Listing Fees in the Booking Currency (i.e., after conversion from the Listing Country Currency). The Base Exchange Rate will be applied if Airbnb is unable to process your transaction in the default currency of your Payment Method; in all other cases, the Adjusted Exchange Rate will apply.
- When a confirmed booking is modified or cancelled, and a currency conversion has been applied, the Guest's payment will be processed using the same Base Exchange Rate or Adjusted Exchange Rate applied at the time o original booking.

13.2 When you as a Guest submit a booking request for a Listing, and such request will be subject to a currency conversion, you will be able to view the exchange rate applied to do the currency conversion before you checkout.

## 14. Prohibited Activities

You are solely responsible for compliance with any and all laws, rules, regulations, and Tax obligations that may apply your use of the Payment Services. In connection with your use of the Payment Services, you may not and you agree th you will not and will not assist or enable others to:

- breach or circumvent any applicable laws or regulations, agreements with third parties, third-party rights, or the Airbnb Terms, Policies, or Standards;

- use the Payment Services for any commercial or other purposes that are not expressly permitted by these Paymer Terms;
- register or use any Payment Method or Payout Method with your Airbnb Account that is not yours or you do not h authorization to use;
- avoid, bypass, remove, deactivate, impair, descramble, or otherwise circumvent any technological measure implemented by Airbnb Payments or any of Airbnb Payments' providers or any other third party to protect the Payment Services;
- take any action that damages or adversely affects, or could damage or adversely affect, the performance or prope functioning of the Payment Services;
- attempt to decipher, decompile, disassemble, or reverse engineer any of the software used to provide the Paymer Services; or
- violate or infringe anyone else's rights or otherwise cause harm to anyone.

## 15. Intellectual Property Ownership, Rights Notices

15.1 The Payment Services are protected by copyright, trademark, and other laws of the United States and foreign countries. You acknowledge and agree that the Payment Services, including all associated intellectual property rights, the exclusive property of Airbnb, Airbnb Payments and its licensors. You will not remove, alter or obscure any copyrigh trademark, service mark or other proprietary rights notices incorporated in or accompanying the Payment Services. All trademarks, service marks, logos, trade names, and any other proprietary designations of Airbnb or Airbnb Payments used on or in connection with the Payment Services are trademarks or registered trademarks of Airbnb or Airbnb Payments in the United States and abroad. Trademarks, service marks, logos, trade names, and any other proprietary designations of third parties used on or in connection with Payment Services are used for identification purposes only may be the property of their respective owners.

15.2 You will not use, copy, adapt, modify, prepare derivative works based upon, distribute, license, sell, transfer, publ display, publicly perform, transmit, broadcast, or otherwise exploit the Payment Services, except as expressly permitte these Payments Terms. No licenses or rights are granted to you by implication or otherwise under any intellectual prop rights owned or controlled by Airbnb, Airbnb Payments, or its licensors, except for the licenses and rights expressly granted in these Payments Terms.

## 16. Feedback

We welcome and encourage you to provide feedback, comments, and suggestions for improvements to the Payment Services ("**Feedback**"). You may submit Feedback by emailing us, through the "Contact" section of the Airbnb Platfor or pursuant to Section 26 ("Contacting Airbnb Payments"). Any Feedback you submit to us will be considered non-confidential and non-proprietary to you. By submitting Feedback to us, you grant us a non-exclusive, worldwide, royal free, irrevocable, sub-licensable, perpetual license to use and publish those ideas and materials for any purpose, witho compensation to you.

## 17. Disclaimers

**17.1 If you choose to use the Payment Services, you do so voluntarily and at your sole risk. The Payment Servic are provided "as is", without warranty of any kind, either express or implied.**

**17.2 Notwithstanding Airbnb Payments' appointment as the limited payment collection agent of Providing Members for the purposes of accepting payments from Purchasing Members through the Airbnb Platform, Airl Payments explicitly disclaims all liability for any act or omission of any Member or other third party. Airbnb Payments does not have any duties or obligations as agent for each Providing Member except to the extent expressly set forth in these Payments Terms, and any additional duties or obligations as may be implied by law expressly excluded.**

**17.3 If we choose to conduct identity verification on any Member, to the extent permitted by applicable law, we disclaim warranties of any kind, either express or implied, that such checks will identify prior misconduct by a**

Member or guarantee that a Member will not engage in misconduct in the future.

17.4 The foregoing disclaimers apply to the maximum extent permitted by law. You may have other statutory rights. However, the duration of statutorily required warranties, if any, shall be limited to the maximum extent permitted by law.

## 18. Liability

18.1 You acknowledge and agree that, to the maximum extent permitted by law, the entire risk arising out of yo access to and use of the Payment Services remains with you. If you permit or authorize another person to use your Airbnb Account in any way, you are responsible for the actions taken by that person. Neither Airbnb Payments nor any other party involved in creating, producing, or delivering the Payment Services will be liable any incidental, special, exemplary, or consequential damages, including lost profits, loss of data or loss of goodwill, service interruption, computer damage or system failure or the cost of substitute products or service or for any damages for personal or bodily injury or emotional distress arising out of or in connection with (i) the Payments Terms, (ii) from the use of or inability to use the Payment Services, or (iii) from any communications, interactions, or meetings with other Members or other persons with whom you communicate, interact, transac meet with as a result of your use of the Payment Services, whether based on warranty, contract, tort (including negligence), product liability, or any other legal theory, and whether or not Airbnb Payments has been informed the possibility of such damage, even if a limited remedy set forth herein is found to have failed of its essential purpose. Except for our obligations to pay amounts to applicable Providing Members pursuant to these Payme Terms or an approved payment request under the Airbnb Host Guarantee, in no event will Airbnb Payments' aggregate liability arising out of or in connection with these Payments Terms and your use of the Payment Services including, but not limited to, from your use of or inability to use the Payment Services, exceed the amounts you have paid or owe for bookings via the Airbnb Platform as a Guest in the twelve (12) month period prior to the event giving rise to the liability, or if you are a Host or Co-Host, the amounts paid by Airbnb Paymen to you in the twelve (12) month period prior to the event giving rise to the liability, or one hundred U.S. dollars (US$100), if no such payments have been made, as applicable. The limitations of damages set forth above are fundamental elements of the basis of the bargain between Airbnb Payments and you. Some jurisdictions do no allow the exclusion or limitation of liability for consequential or incidental damages, so the above limitation ma not apply to you. If you reside outside of the U.S., this does not affect Airbnb Payments' liability for death or personal injury arising from its negligence, nor for fraudulent misrepresentation, misrepresentation as to a fundamental matter, or any other liability which cannot be excluded or limited under applicable law.

18.2 If you reside in the EU, Section 18.1 does not apply, and Airbnb Payments is liable under statutory provisio for intent and gross negligence by us, our legal representatives, directors, or other vicarious agents. The same applies to the assumption of guarantees or any other strict liability, or in case of a culpable injury to life, limb, o health. Airbnb Payments is liable for any negligent breaches of essential contractual obligations by us, our lega representatives, directors, or other vicarious agents. Essential contractual obligations are such duties of Airbn Payments in whose proper fulfillment you regularly trust and must trust for the proper execution of the contrac but the amount shall be limited to the typically occurring foreseeable damage. Any additional liability of Airbnb Payments is excluded.

## 19. Indemnification

You agree to release, defend (at Airbnb's option), indemnify, and hold Airbnb Payments and its affiliates and subsidiari and their officers, directors, employees, and agents, harmless from and against any claims, liabilities, damages, losses and expenses, including, without limitation, reasonable legal and accounting fees, arising out of or in any way connect with (i) your breach of these Payments Terms; (ii) your improper use of the Payment Services; (iii) Airbnb Payments' Collection and Remittance of Occupancy Taxes; or (iv) your breach of any laws, regulations, or third-party rights.

## 20. Termination, Suspension, and other Measures

20.1 You may terminate this Agreement at any time via the "Cancel Account" feature on the Airbnb Platform or by send us an email, or by following the termination procedures specified in the Airbnb Terms. Terminating this Agreement will serve as notice to cancel your Airbnb Account pursuant to the Airbnb Terms. If you cancel your Airbnb Account as a H Airbnb Payments will provide a full refund to any Guests with confirmed booking(s). If you cancel your Airbnb Account a Guest, Airbnb Payments will initiate a refund for any confirmed booking(s) based on the Listing's cancellation policy.

20.2 Without limiting our rights specified below, Airbnb Payments may terminate this Agreement for convenience at an time by giving you thirty (30) days' notice via email to your registered email address (or two (2) months' prior notice for Members contracting with Airbnb Payments UK).

20.3 Airbnb Payments may immediately, without notice terminate this Agreement if (i) you have materially breached yo obligations under this Agreement; (ii) you have provided inaccurate, fraudulent, outdated, or incomplete information; (i you have violated applicable laws, regulations, or third-party rights; or (iv) Airbnb Payments believes in good faith that such action is reasonably necessary to protect other Members, Airbnb, Airbnb Payments, or third parties (for example the case of fraudulent behavior of a Member).

20.4 In addition, Airbnb Payments may limit or temporarily or permanently suspend your use of or access to the Paym Services (i) to comply with applicable law, or the order or request of a court, law enforcement, or other administrative agency or governmental body, or if (ii) you have breached these Payments Terms, the Airbnb Terms, applicable laws, regulations or third-party rights, (iii) you have provided inaccurate, fraudulent, outdated, or incomplete information regarding a Payment Method or Payout Method, or (iv) Airbnb Payments believes in good faith that such action is reasonably necessary to protect the personal safety or property of Airbnb, its Members, Airbnb Payments, or third par or to prevent fraud or other illegal activity.

20.5 In case of non-material breaches and where appropriate, you will be given notice of any measure by Airbnb Payments and an opportunity to resolve the issue to Airbnb Payments' reasonable satisfaction.

20.6 If you are a Host and we take any of the measures described in this Section we may refund your Guests in full for all confirmed bookings, irrespective of preexisting cancellation policies, and you will not be entitled to any compensation for pending or confirmed bookings that were cancelled.

20.7 If your access to or use of the Payment Services has been limited or this Agreement has been terminated by us, y may not register a new Airbnb Account or attempt to access and use the Payment Services through other an Airbnb Account of another Member.

20.8 Unless you reside in Germany, if you or we terminate this Agreement, the clauses of these Payments Terms that reasonably should survive termination of these Payments Terms will remain in effect.

## 21. Airbnb Payments Contracting Entity

21.1 Generally speaking, the Airbnb Payments entity with whom you are contracting for the Payment Services is determined for each payment or payout based on the jurisdiction where the Payment Method or Payout Method was issued. The jurisdictions and the corresponding Airbnb Payments contracting entity are set forth below:

| Jurisdiction | Local Contracting Entity |
| --- | --- |
| United States | Airbnb Payments, Inc. |
| China | Airbnb China |
| India | Airbnb Payments India Pvt. Ltd. |
| All others | Airbnb Payments UK Ltd. |

21.2 For purposes of these Payments Terms, the People's Republic of China does not include Hong Kong, Macau, and Taiwan ("**China**"). The above contracting entity rules are subject to the following exceptions:

- if you use a Payment Method or Payout Method issued in China and book a Listing or create a Listing outside of China, or book a Listing in China with a Host who is not a resident of China, you are contracting with Airbnb Payments UK related to that activity;
- If you use a Payment Method issued in India and book a Listing with a Host whose Payout Method is not issued in India, you are contracting with Airbnb Payments UK for that booking;
- if you use a Payout Method issued in India and accept a booking from a Guest with a Payment Method that is not issued in India, you are contracting with Airbnb Payments UK for that booking; and
- if you use a Payment Method or Payout Method issued in any jurisdiction other than the United States or India and not contracting with Airbnb China, you are contracting with Airbnb Payments UK

21.3 If your Airbnb Payments contracting entity under this Section 21 is Airbnb China, you will nevertheless contract w Airbnb Payments UK for Payment Services related to any bookings confirmed prior to December 7, 2016 at 10:00am U

## 22. Applicable Law and Jurisdiction

22.1 If you are contracting with Airbnb Payments US, these Payments Terms will be interpreted in accordance with the laws of the State of California and the United States of America, without regard to conflict-of-law provisions. Judicial proceedings (other than small claims actions) that are excluded from the Arbitration Agreement in Section 23 must be brought in state or federal court in San Francisco, California, unless we both agree to some other location. You and we both consent to venue and personal jurisdiction in San Francisco, California.

22.2 If you are contracting with Airbnb China, these Payments Terms will be governed by and construed in accordance with the laws of China ("**China Laws**"). Any dispute arising from or in connection with these Payments Terms shall be submitted to the China International Economic and Trade Arbitration Commission (CIETAC) for arbitration in Beijing wh shall be conducted in accordance with CIETAC's arbitration rules in effect at the time of applying for arbitration, provic that this section shall not be construed to limit any rights which Airbnb Payments may have to apply to any court of competent jurisdiction for an order requiring you to perform or be prohibited from performing certain acts and other provisional relief permitted under China Laws or any other laws that may apply to you. The arbitration proceedings sha be conducted in English. The arbitral award rendered is final and binding upon both parties.

22.3 If you are contracting with Airbnb Payments UK, these Payments Terms will be interpreted in accordance with English law. The application of the United Nations Convention on Contracts for the International Sale of Goods (CISG) excluded. The choice of law does not impact your rights as a consumer according to the consumer protection regulati of your country of residence. If you are acting as a consumer you agree to submit to the non-exclusive jurisdiction of t English courts. Judicial proceedings that you are able to bring against us arising from or in connection with these Payments Terms may only be brought in a court located in England or a court with jurisdiction in your place of residen If Airbnb Payments wishes to enforce any of its rights against you as a consumer, we may do so only in the courts of t jurisdiction in which you are a resident. If you are acting as a business, you agree to submit to the exclusive jurisdictio the English courts.

22.4 If you are contracting with Airbnb Payments India, these Payments Terms will be interpreted in accordance with t laws of India. Any dispute arising from or in connection with these Payments Terms shall be submitted to the Internatio Chamber of Commerce ("**ICC**") for arbitration in New Delhi, which shall be the seat and venue of arbitration. Such arbitration shall be conducted in accordance with the arbitration rules of the ICC in effect at the time of applying for arbitration, provided that this section shall not be construed to limit any rights which Airbnb Payments may have to ap to any court of competent jurisdiction for an order requiring you to perform or be prohibited from performing certain ac and other provisional relief permitted under the laws of India or any other laws that may apply to you. In the event one more of the parties to the dispute are non-resident, the parties agree to exclude (for the avoidance of any doubt) the applicability of the provisions of Part I (save and except Section 9, Section 27, Section 37(1)(a) and Section 37(3) there of the Indian Arbitration and Conciliation Act 1996 to any arbitration under this section. The arbitration proceedings sh be conducted in English. The arbitral award rendered is final and binding upon both parties. Each party shall bear its c costs in relation to the arbitration.

## 23. Dispute Resolution and Arbitration Agreement

23.1 This Dispute Resolution and Arbitration Agreement shall apply if you (i) are contracting with Airbnb Payments US; (ii) bring any claim against any Airbnb Payments entity in the United States (to the extent not in conflict with Section 22

23.2 *Overview of Dispute Resolution Process*. Airbnb Payments is committed to participating in a consumer-friendly dispute resolution process. To that end, these Payments Terms provide for a two-part process for individuals to whom Section 23.1 applies: (1) an informal negotiation directly with Airbnb's customer service team, and (2) a binding arbitra administered by the American Arbitration Association ("**AAA**") using its specially designed Consumer Arbitration Rules modified by this Section 23. Specifically, the process provides:

- Claims can be filed with AAA online (www.adr.org);
- Arbitrators must be neutral and no party may unilaterally select an arbitrator;
- Arbitrators must disclose any bias, interest in the result of the arbitration, or relationship with any party;
- Parties retain the right to seek relief in small claims court for certain claims, at their option;
- The initial filing fee for the consumer is capped at $200;
- The consumer gets to elect the hearing location and can elect to participate live, by phone, video conference, or, f claims under $25,000, by the submission of documents;
- The arbitrator can grant any remedy that the parties could have received in court to resolve the party's individual claim.

23.3 *Pre-Arbitration Dispute Resolution and Notification*. Prior to initiating an arbitration, you and Airbnb Payments eac agree to notify the other party of the dispute and attempt to negotiate an informal resolution to it first. We will contact at the email address you have provided to us; you can contact Airbnb's customer service team by emailing us. If after good faith effort to negotiate one of us feels the dispute has not and cannot be resolved informally, the party intending pursue arbitration agrees to notify the other party via email prior to initiating the arbitration. In order to initiate arbitration claim must be filed with the AAA and the written Demand for Arbitration (available at www.adr.org) provided to the othe party, as specified in the AAA Rules.

**23.4 *Agreement to Arbitrate*. You and Airbnb Payments mutually agree that any dispute, claim or controversy arising out of or relating to these Payments Terms or the breach, termination, enforcement or interpretation thereof, or to the use of the Payment Services (collectively, "Disputes") will be settled by binding arbitration (the "Arbitration Agreement"). If there is a dispute about whether this Arbitration Agreement can be enforced or app to our Dispute, you and Airbnb Payments agree that the arbitrator will decide that issue.**

23.5 *Exceptions to Arbitration Agreement*. You and Airbnb Payments each agree that the following claims are exceptio to the Arbitration Agreement and will be brought in a judicial proceeding in a court of competent jurisdiction: (i) Any cl related to actual or threatened infringement, misappropriation or violation of a party's copyrights, trademarks, trade secrets, patents, or other intellectual property rights; (ii) Any claim seeking emergency injunctive relief based on exiger circumstances (e.g., imminent danger or commission of a crime, hacking, cyber-attack).

23.6 *Arbitration Rules and Governing Law*. This Arbitration Agreement evidences a transaction in interstate commerce thus the Federal Arbitration Act governs the interpretation and enforcement of this provision. The arbitration will be administered by AAA in accordance with the Consumer Arbitration Rules (the "**AAA Rules**") then in effect, except as modified here. The AAA Rules are available at www.adr.org or by calling the AAA at 1–800–778–7879.

23.7 *Modification to AAA Rules - Arbitration Hearing/Location*. In order to make the arbitration most convenient to you Airbnb Payments agrees that any required arbitration hearing may be conducted, at your option, (a) in the county whe you reside; (b) in San Francisco County; (c) in any other location to which you and Airbnb Payments both agree; (d) via phone or video conference; or (e) for any claim or counterclaim under $25,000, by solely the submission of documents the arbitrator.

23.8 *Modification of AAA Rules - Attorney's Fees and Costs*. You may be entitled to seek an award of attorney fees an expenses if you prevail in arbitration, to the extent provided under applicable law and the AAA rules. Unless the arbitra determines that your claim was frivolous or filed for the purpose of harassment, Airbnb Payments agrees it will not see

and hereby waives all rights it may have under applicable law or the AAA rules, to recover attorneys' fees and expense it prevails in arbitration.

23.9 *Arbitrator's Decision*. The arbitrator's decision will include the essential findings and conclusions upon which the arbitrator based the award. Judgment on the arbitration award may be entered in any court with proper jurisdiction. Th arbitrator may award declaratory or injunctive relief only on an individual basis and only to the extent necessary to pro relief warranted by the claimant's individual claim.

**23.10** *Jury Trial Waiver*. **You and Airbnb Payments acknowledge and agree that we are each waiving the right to trial by jury as to all arbitrable Disputes.**

**23.11** *No Class Actions or Representative Proceedings*. **You and Airbnb Payments acknowledge and agree that are each waiving the right to participate as a plaintiff or class member in any purported class action lawsuit, cl wide arbitration, private attorney-general action, or any other representative proceeding as to all Disputes. Further, unless you and Airbnb Payments both otherwise agree in writing, the arbitrator may not consolidate m than one party's claims and may not otherwise preside over any form of any class or representative proceeding this paragraph is held unenforceable with respect to any Dispute, then the entirety of the Arbitration Agreemen will be deemed void with respect to such Dispute.**

23.12 *Severability*. Except as provided in Section 23.11, in the event that any portion of this Arbitration Agreement is deemed illegal or unenforceable, such provision shall be severed and the remainder of the Arbitration Agreement shall given full force and effect.

23.13 *Changes*. Notwithstanding the provisions of Section 3 ("Modification of these Payments Terms"), if Airbnb Paym changes this Section 23 ("Dispute Resolution and Arbitration Agreement") after the date you last accepted these Payments Terms (or accepted any subsequent changes to these Payments Terms), you may reject any such change b sending us written notice (including by email) within thirty (30) days of the date such change became effective, as indicated in the "Last Updated" date above or in the date of Airbnb Payments' email to you notifying you of such chan By rejecting any change, you are agreeing that you will arbitrate any Dispute between you and Airbnb Payments in accordance with the provisions of the "Dispute Resolution" section as of the date you last accepted these Payments Terms (or accepted any subsequent changes to these Payments Terms).

23.14 *Survival*. Except as provided in Section 23.12 and subject to Section 20.8, this Section 23 will survive any termination of these Payments Terms and will continue to apply even if you stop using the Payment Services or termin your Airbnb Account.

# 24. General Provisions

24.1 Except as they may be supplemented by additional terms and conditions, policies, guidelines, or standards, thes Payments Terms constitute the entire Agreement between Airbnb Payments and you regarding the subject matter here and supersede any and all prior oral or written understandings or agreements between Airbnb Payments and you regarding the Payment Services.

24.2 No joint venture, partnership, employment, or agency relationship exists between you or Airbnb Payments as a re of this Agreement or your use of the Payment Services.

24.3 If any provision of these Payments Terms is held to be invalid or unenforceable, such provision will be struck and not affect the validity and enforceability of the remaining provisions.

24.4 Airbnb Payments' failure to enforce any right or provision in these Payments Terms will not constitute a waiver of such right or provision unless acknowledged and agreed to by us in writing. Except as expressly set forth in these Payments Terms, the exercise by either party of any of its remedies under these Payments Terms will be without preju to its other remedies under these Payments Terms or otherwise permitted under law.

24.5 You may not assign, transfer, or delegate this Agreement and your rights and obligations hereunder without Airbn Payments' prior written consent. Airbnb Payments may without restriction assign, transfer, or delegate this Agreement

any rights and obligations, at its sole discretion, with thirty (30) days' prior notice (or two (2) months' prior notice for Members contracting with Airbnb Payments UK). Your right to terminate this Agreement at any time remains unaffecte

24.6 This Agreement does not and is not intended to confer any rights or remedies upon any person other than the parties. Notwithstanding the foregoing, the parties agree that the payment card networks are third-party beneficiaries this Agreement for purposes of enforcing provisions related to payments, but that their consent or agreement is not necessary for any changes or modifications to this Agreement.

24.7 Unless specified otherwise, any notices or other communications permitted or required under this Agreement, wi in writing and given by Airbnb Payments via email, Airbnb Platform notification, or messaging service (including SMS a WeChat). For notices made to Members residing outside of Germany, the date of receipt will be deemed the date on which Airbnb transmits the notice.

24.8 If you are contracting with Airbnb Payments UK you can access the European Commission's online dispute resolution platform here: http://ec.europa.eu/consumers/odr. Please note that Airbnb Payments UK is not committed obliged to use an alternative dispute resolution entity to resolve disputes with consumers.

## 25. Additional Clauses for Users Contracting with Airbnb Payments UK

The following paragraphs will apply if you are contracting with Airbnb Payments UK:

### 25.1 Payment Service User

25.1.1 The Payment Services include the payment collection service provided to Hosts contracting with Airbnb Payme UK. The payment collection service constitutes a "payment service" regulated under the Payment Services Regulation and for these purposes Airbnb Payments UK treats Hosts as the "payment service user."

25.1.2 By agreeing to these Payments Terms you as Host have consented to Airbnb Payments UK's payment of each Payout to your chosen Payout Method. Hosts may change a Payout Method up to one (1) day before the time agreed the Payout as set out in Section 7.2. Airbnb Payments UK will be deemed to have received the Host's payment order the Host on the same date Airbnb Payments UK agrees to initiate the Payout in accordance with Section 7.2.

25.1.3 Airbnb Payments UK will endeavor to ensure that Hosts based in the EEA will receive each Payout by the end the business day following Airbnb Payments UK's initiation of the Payout.

25.2 *Communication*. Airbnb Payments will provide the Host notice via email when we initiate each Payout. We will als provide notice to a Host's registered email address if the Payout is returned to us because of an error. It is your responsibility as a Host to ensure that you provide us with a current, accurate, and valid email address.

### 25.3 Resolution Procedures for Diverted Payouts

25.3.1 If you as a Host believe that a Payout properly due to you has been or may be diverted without your permission ("**Diverted Payout**") because your password or other credentials to log into your Airbnb Account ("**Credentials**") are l or stolen, you should notify Airbnb Payments UK pursuant to Section 26 immediately. As a Host you may be liable for losses relating to any Diverted Payout arising from the use of lost, stolen, or misappropriated Credentials (including the loss of a mobile phone on which you have installed the Application) or where you have failed to keep your Credentials safe, up to a maximum of £50. Provided that you notify us of any Diverted Payout without delay and at the very latest within 13 months of the date of the payment, you may be entitled to a refund of that payment.

25.3.2 We will not be liable for any loss arising from: (i) Diverted Payouts where you acted fraudulently or where, with intent or gross negligence, you failed to use the Airbnb Platform and/or Payment Services in accordance with the Airb Terms or these Payments Terms (including the obligation to keep your Credentials safe); (ii) or any payout transaction which we facilitated in accordance with information provided by you where the information you provided was incorrec

25.3.3 If you as Host claim not to have received a Payout properly due to you via your chosen Payout Method, Airbnb Payments UK will (if requested) make immediate efforts to trace the payment and will notify you of the outcome. Unless we can prove that the payment was received by you via your chosen Payout Method, we will refund the amount.

25.3.4 Any complaints about the Payment Services should be made to Airbnb Payments UK pursuant to Section 26. Complaints that are made in accordance with this section that relate to the provision of Payment Services by Airbnb Payments UK will be eligible for referral to the Financial Ombudsman and will be subject to the Rules of the Financial Ombudsman Service. The UK Financial Ombudsman Service offer a free complaints resolution service to individuals, micro-enterprises, small charities, and trustees of small trusts. You can contact the UK Financial Ombudsman by (i) telephone from inside the UK: 0300 123 9123 or 0800 023 4567; from other countries: +44 20 7964 0500, on Monday Friday, 8am to 8pm and on Saturday 9am to 1pm; (ii) post: South Quay Plaza, 183 Marsh Wall, London E14 9SR; or (iii email: enquiries@financial-ombudsman.org.uk. The UK Financial Ombudsman Service is also available in a number of different languages and if you need it you will be put in touch with a translator when you contact the UK Financial Ombudsman Service.

25.4 Section 8, **"Financial Terms for Guests"**, shall be amended by adding the following: "*You acknowledge that if you Airbnb Account is located in Brazil and you are paying by credit card, you may pay for your booking in multiple installm as long as your credit card supports installments and is issued in Brazil. The number of installments may vary, but will b presented to you before you complete your booking transaction. You also acknowledge that the Total Fees may be increased in case you choose to pay for your booking using credit card installments.*"

## 26. Contacting Airbnb Payments

You may contact Airbnb Payments regarding the Payment Services using the information below:

| Entity | Contact Information |
| --- | --- |
| Airbnb Payments, Inc. | 888 Brannan Street, 4th Floor<br>San Francisco, CA 94103<br>United States of America<br><br>+1 855 424 7262. |
| Airbnb Payments UK Ltd. | Suite 1, 3rd Floor<br>11-12 St. James's Square<br>London, SW1Y 4LB<br>United Kingdom<br><br>+44 203 318 1111<br><br>Company Number: 09392688<br><br>*Airbnb Payments UK Limited is authorised and regulated by the Financial Conduct Authority as an Electronic Money Institution with reference number 900596.* |
| Airbnb Internet (Beijing) Co., Ltd. | Unit 1422, Level 14, China World Office 1, 1 Jianguomenwai Avenue, Chaoyang District, Beijing 100004<br><br>(中国北京市朝阳区建国门外大街1号国贸写字楼1座14层1422室 邮编100004) |

| 安彼迎网络（北京）有限公司 | +86 400 889 7054 |
|---|---|

| Airbnb Payments India Pvt. Ltd. | Level 9, Spaze i-Tech Park<br>A1 Tower, Sector-49, Sohna Road<br>Gurugram INDIA 122018<br><br>+91 000 800 4405 103 |
|---|---|

These Payments Terms are available at www.airbnb.com/terms/payments_terms. Airbnb Payments will provide a copy of these Payments Terms on request. If you have any questions about these Payments Terms, please email us.

# EXHIBIT G

**Terms of Service**

Nondiscrimination
Policy

Payments Terms of
Service

Privacy Policy

Host Guarantee

Guest Refund

Copyright Policy

Cookie Policy

Experiences Guest
Release and
Waiver

Gift Cards

Money
Transmission
License Disclosures

# Updated Terms of Service

We've recently updated our: (1) Terms of Service, (2) Payments Terms of Service, and (3) Privacy Policy (collectively, "**Terms**"). If you signed up for an account prior to January 21, 2019, we'll ask you to agree to the new Terms of Service and Payments Terms of Service when you use Airbnb on or after March 27, 2019; until March 27, 2019 the prior Terms of Service and Payments Terms of Service will continue to apply to you. The updated Privacy Policy will automatically come into effect for all existing users on March 27, 2019. Your continued use of the Airbnb Platform from that day on will be subject to the new Privacy Policy. Please read these Terms carefully. If you signed up for an account on or after January 21, 2019, the updated Terms apply to you. Learn more about what's changing

**If your country of residence is outside of the EEA or the United Kingdom, your agreement with Airbnb comprises the Terms of Service for Non-European Users.**

**If your country of residence is within the European Economic Area ("EEA") or the United Kingdom, your agreement with Airbnb comprises the Terms of Service for European Users.**

# Terms of Service

**Please read these Terms of Service ("Terms") carefully as they contain important information about your legal rights, remedies and obligations. By accessing or using the Airbnb Platform, you agree to comply with and be bound by these Terms.**

**Please note: Section 19 of these Terms contains an arbitration clause and class action waiver that applies to all Airbnb Members. If your country of residence is the United States, this provision applies to all disputes with Airbnb. If your country of residence is outside of the United States, this provision applies to any action you bring against Airbnb in the United States. It affects how disputes with Airbnb are resolved. By accepting these Terms, you agree to be bound by this arbitration clause and class action waiver. Please read it carefully.**

Last Updated: January 21, 2019

Thank you for using Airbnb!

These Terms constitute a legally binding agreement ("**Agreement**") between you and Airbnb (as defined below) governing your access to and use of the Airbnb website, including any subdomains thereof, and any other websites through which Airbnb makes its services available (collectively, "**Site**"), our mobile, tablet and other smart device applications, and application program interfaces (collectively, "**Application**") and all associated services (collectively, "**Airbnb Services**"). The Site, Application and Airbnb Services together are hereinafter collectively referred to as the "**Airbnb Platform**". Our Host Guarantee Terms, Japan Host Insurance Terms, Guest Refund Policy, Nondiscrimination Policy and other Policies applicable to your use of the Airbnb Platform are incorporated by reference into this Agreement.

When these Terms mention "**Airbnb**," "**we**," "**us**," or "**our**," it refers to the Airbnb company you are contracting with. Your contracting entity will generally be determined based on your country of residence or establishment.

- If your country of residence or establishment is the United States, you are contracting with Airbnb, Inc., 888 Brannan Street, 4th Floor, San Francisco, CA 94103, United States.
- If your country of residence or establishment is outside of the United States, the People's Republic of China (which for purposes of these Terms does not include Hong Kong, Macau and Taiwan) (hereinafter "**China**"), Japan and the European Economic Area, you are contracting with Airbnb Ireland UC ("**Airbnb Ireland**"), The Watermarque Building, South Lotts Road, Ringsend, Dublin 4, Ireland.
- If your country of residence or establishment is in the European Economic Area or the United Kingdom, you are contracting with Airbnb Ireland UC ("**Airbnb Ireland**"), The Watermarque Building, South Lotts Road, Ringsend, Dublin 4, Ireland and your Agreement with Airbnb is subject to the Terms of Service for European Users.
- If your country of residence or establishment is China, you are contracting with Airbnb Internet (Beijing) Co., Ltd. ("**Airbnb China**") except where you book a Host Service (as defined below) or when you create a Listing located outside of China, in which case you are contracting with Airbnb Ireland for that transaction.
- If your country of residence or establishment is Japan, you are contracting with Airbnb Global Services Limited ("**Airbnb GSL**"), 25-28 North Wall Quay, Dublin 1, D01 H104, Ireland, except where you book a Host Service (as defined below) or when you create a Listing located outside of Japan, in which case you are contracting with Airbnb Ireland for that transaction.

If you change your country of residence or establishment, the Airbnb company you contract with will be determined by your new country of

residence or establishment as specified above, from the date on which your country of residence changes.

Our collection and use of personal information in connection with your access to and use of the Airbnb Platform is described in our Privacy Policy.

Any and all payment processing services through or in connection with your use of the Airbnb Platform ("**Payment Services**") are provided to you by one or more Airbnb Payments entities (individually and collectively, as appropriate, "**Airbnb Payments**") as set out in the Payments Terms of Service ("**Payments Terms**").

Hosts alone are responsible for identifying, understanding, and complying with all laws, rules and regulations that apply to their Listings and Host Services (as defined below). For example, some cities have laws that restrict their ability to host paying guests for short periods or provide certain Host Services. In many cities, Hosts may have to register, get a permit or obtain a license before providing certain Host Services (such as preparing food, serving alcohol for sale, guiding tours or operating a vehicle). Host are alone responsible for identifying and obtaining any required licenses, permits, or registrations for any Host Services they offer. Certain types of Host Services may be prohibited altogether. Penalties may include fines or other enforcement. We provide some information in our Help Center to help you identify some of the obligations that apply to you. If you have questions about how local laws apply to your Listing(s) and Host Service(s) on Airbnb, you should always seek legal guidance.

## Table of Contents

1. Scope of Airbnb Services
2. Eligibility, Using the Airbnb Platform, Member Verification
3. Modification of these Terms
4. Account Registration
5. Content
6. Service Fees
7. Terms specific for Hosts
8. Terms specific for Guests
9. Booking Modifications, Cancellations and Refunds, Resolution Center
10. Ratings and Reviews
11. Damage to Accommodations, Disputes between Members
12. Rounding off, Currency conversion
13. Taxes
14. Prohibited Activities
15. Term and Termination, Suspension and other Measures
16. Disclaimers
17. Liability
18. Indemnification
19. Dispute Resolution
20. Feedback

21. Applicable Law and Jurisdiction

22. General Provisions

# 1. Scope of Airbnb Services

1.1 The Airbnb Platform is an online marketplace that enables registered users ("**Members**") and certain third parties who offer services (Members and third parties who offer services are "**Hosts**" and the services they offer are "**Host Services**") to publish such Host Services on the Airbnb Platform ("**Listings**") and to communicate and transact directly with Members that are seeking to book such Host Services (Members using Host Services are "**Guests**"). Host Services may include the offering of vacation or other properties for use ("**Accommodations**"), single or multi-day activities in various categories ("**Experiences**"), access to unique events and locations ("**Events**"), and a variety of other travel and non-travel related services.

1.2 As the provider of the Airbnb Platform, Airbnb does not own, create, sell, resell, provide, control, manage, offer, deliver, or supply any Listings or Host Services, nor is Airbnb an organiser or retailer of travel packages under Directive (EU) 2015/2302. Hosts alone are responsible for their Listings and Host Services. When Members make or accept a booking, they are entering into a contract directly with each other. Airbnb is not and does not become a party to or other participant in any contractual relationship between Members, nor is Airbnb a real estate broker or insurer. Airbnb is not acting as an agent in any capacity for any Member, except as specified in the Payments Terms.

1.3 While we may help facilitate the resolution of disputes, Airbnb has no control over and does not guarantee (i) the existence, quality, safety, suitability, or legality of any Listings or Host Services, (ii) the truth or accuracy of any Listing descriptions, Ratings, Reviews, or other Member Content (as defined below), or (iii) the performance or conduct of any Member or third party. Airbnb does not endorse any Member, Listing or Host Services. Any references to a Member being "verified" (or similar language) only indicate that the Member has completed a relevant verification or identification process and nothing else. Any such description is not an endorsement, certification or guarantee by Airbnb about any Member, including of the Member's identity or background or whether the Member is trustworthy, safe or suitable. You should always exercise due diligence and care when deciding whether to stay in an Accommodation, participate in an Experience or Event or use other Host Services, accept a booking request from a Guest, or communicate and interact with other Members, whether online or in person. Verified Images (as defined below) are intended only to indicate a photographic representation of a Listing at the time the photograph was taken, and are therefore not an endorsement by Airbnb of any Host or Listing.

1.4 If you choose to use the Airbnb Platform as a Host or Co-Host (as defined below), your relationship with Airbnb is limited to being an independent, third-party contractor, and not an employee, agent, joint

venturer or partner of Airbnb for any reason, and you act exclusively on your own behalf and for your own benefit, and not on behalf, or for the benefit, of Airbnb. Airbnb does not, and shall not be deemed to, direct or control you generally or in your performance under these Terms specifically, including in connection with your provision of the Host Services. You acknowledge and agree that you have complete discretion whether to list Host Services or otherwise engage in other business or employment activities.

1.5 To promote the Airbnb Platform and to increase the exposure of Listings to potential Guests, Listings and other Member Content may be displayed on other websites, in applications, within emails, and in online and offline advertisements. To assist Members who speak different languages, Listings and other Member Content may be translated, in whole or in part, into other languages. Airbnb cannot guarantee the accuracy or quality of such translations and Members are responsible for reviewing and verifying the accuracy of such translations. The Airbnb Platform may contain translations powered by Google. Google disclaims all warranties related to the translations, express or implied, including any warranties of accuracy, reliability, and any implied warranties for merchantability, fitness for a particular purpose and non-infringement.

1.6 The Airbnb Platform may contain links to third-party websites or resources ("**Third-Party Services**"). Such Third-Party Services may be subject to different terms and conditions and privacy practices. Airbnb is not responsible or liable for the availability or accuracy of such Third-Party Services, or the content, products, or services available from such Third-Party Services. Links to such Third-Party Services are not an endorsement by Airbnb of such Third-Party Services.

1.7 Due to the nature of the Internet, Airbnb cannot guarantee the continuous and uninterrupted availability and accessibility of the Airbnb Platform. Airbnb may restrict the availability of the Airbnb Platform or certain areas or features thereof, if this is necessary in view of capacity limits, the security or integrity of our servers, or to carry out maintenance measures that ensure the proper or improved functioning of the Airbnb Platform. Airbnb may improve, enhance and modify the Airbnb Platform and introduce new Airbnb Services from time to time.

## 2. Eligibility, Using the Airbnb Platform, Member Verification

2.1 In order to access and use the Airbnb Platform or register an Airbnb Account you must be an individual at least 18 years old or a duly organized, validly existing business, organization or other legal entity in good standing under the laws of the country you are established and able to enter into legally binding contracts.

2.2 You will comply with any applicable export control laws in your local jurisdiction. You also represent and warrant that (i) neither you nor your Host

Service(s) are located or take place in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country, and (ii) you are not listed on any U.S. Government list of prohibited or restricted parties.

2.3 Airbnb may make access to and use of the Airbnb Platform, or certain areas or features of the Airbnb Platform, subject to certain conditions or requirements, such as completing a verification process, meeting specific quality or eligibility criteria, meeting Ratings or Reviews thresholds, or a Member's booking and cancellation history.

2.4 User verification on the Internet is difficult and we do not assume any responsibility for the confirmation of any Member's identity. Notwithstanding the above, for transparency and fraud prevention purposes, and as permitted by applicable laws, we may, but have no obligation to (i) ask Members to provide a form of government identification or other information or undertake additional checks designed to help verify the identities or backgrounds of Members, (ii) screen Members against third party databases or other sources and request reports from service providers, and (iii) where we have sufficient information to identify a Member, obtain reports from public records of criminal convictions or sex offender registrations or an equivalent version of background or registered sex offender checks in your local jurisdiction (if available).

2.5 The access to or use of certain areas and features of the Airbnb Platform may be subject to separate policies, standards or guidelines, or may require that you accept additional terms and conditions, before you can access the relevant areas or features of the Airbnb Platform. If there is a conflict between these Terms and terms and conditions applicable to a specific area or feature of the Airbnb Platform, the latter terms and conditions will take precedence with respect to your access to or use of that area or feature, unless specified otherwise in the latter terms and conditions.

2.6 If you access or download the Application from the Apple App Store, you agree to Apple's Licensed Application End User License Agreement. Some areas of the Airbnb Platform implement Google Maps/Earth mapping services, including Google Maps API(s). Your use of Google Maps/Earth is subject to the Google Maps/Google Earth Additional Terms of Service.

## 3. Modification of these Terms

Airbnb reserves the right to modify these Terms at any time in accordance with this provision. If we make changes to these Terms, we will post the revised Terms on the Airbnb Platform and update the "Last Updated" date at the top of these Terms. We will also provide you with notice of the modifications by email at least thirty (30) days before the date they become effective. If you disagree with the revised Terms, you may terminate this Agreement with immediate effect. We will inform you about your right to terminate the Agreement in the notification email. If you do not terminate your

Agreement before the date the revised Terms become effective, your continued access to or use of the Airbnb Platform will constitute acceptance of the revised Terms.

## 4. Account Registration

4.1 You must register an account ("**Airbnb Account**") to access and use certain features of the Airbnb Platform, such as publishing or booking a Listing. If you are registering an Airbnb Account for a business, organization or other legal entity, you represent and warrant that you have the authority to legally bind that entity and grant us all permissions and licenses provided in these Terms.

4.2 You can register an Airbnb Account using an email address and creating a password, or through your account with certain third-party social networking services, such as Facebook or Google ("**SNS Account**"). You have the ability to disable the connection between your Airbnb Account and your SNS Account at any time, by accessing the "Settings" section of the Airbnb Platform.

4.3 You must provide accurate, current and complete information during the registration process and keep your Airbnb Account and public Airbnb Account profile page information up-to-date at all times.

4.4 You may not register more than one (1) Airbnb Account unless Airbnb authorizes you to do so. You may not assign or otherwise transfer your Airbnb Account to another party.

4.5 You are responsible for maintaining the confidentiality and security of your Airbnb Account credentials and may not disclose your credentials to any third party. You must immediately notify Airbnb if you know or have any reason to suspect that your credentials have been lost, stolen, misappropriated, or otherwise compromised or in case of any actual or suspected unauthorized use of your Airbnb Account. You are liable for any and all activities conducted through your Airbnb Account, unless such activities are not authorized by you and you are not otherwise negligent (such as failing to report the unauthorized use or loss of your credentials).

4.6 Airbnb may enable features that allow you to authorize other Members or certain third parties to take certain actions that affect your Airbnb Account. For example, we may enable Members to link their Airbnb Accounts to businesses and take actions for those businesses, we may enable eligible Members or certain third parties to book Listings on behalf of other Members, or we may enable Hosts to add other Members as Co-Hosts (as defined below) to help manage their Listings. These features do not require that you share your credentials with any other person. No third party is authorized by Airbnb to ask for your credentials, and you shall not request the credentials of another Member.

## 5. Content

5.1 Airbnb may, at its sole discretion, enable Members to (i) create, upload, post, send, receive and store content, such as text, photos, audio, video, or other materials and information on or through the Airbnb Platform ("**Member Content**"); and (ii) access and view Member Content and any content that Airbnb itself makes available on or through the Airbnb Platform, including proprietary Airbnb content and any content licensed or authorized for use by or through Airbnb from a third party ("**Airbnb Content**" and together with Member Content, "**Collective Content**").

5.2 The Airbnb Platform, Airbnb Content, and Member Content may in its entirety or in part be protected by copyright, trademark, and/or other laws of the United States and other countries. You acknowledge and agree that the Airbnb Platform and Airbnb Content, including all associated intellectual property rights, are the exclusive property of Airbnb and/or its licensors or authorizing third-parties. You will not remove, alter or obscure any copyright, trademark, service mark or other proprietary rights notices incorporated in or accompanying the Airbnb Platform, Airbnb Content or Member Content. All trademarks, service marks, logos, trade names, and any other source identifiers of Airbnb used on or in connection with the Airbnb Platform and Airbnb Content are trademarks or registered trademarks of Airbnb in the United States and abroad. Trademarks, service marks, logos, trade names and any other proprietary designations of third parties used on or in connection with the Airbnb Platform, Airbnb Content, and/or Collective Content are used for identification purposes only and may be the property of their respective owners.

5.3 You will not use, copy, adapt, modify, prepare derivative works of, distribute, license, sell, transfer, publicly display, publicly perform, transmit, broadcast or otherwise exploit the Airbnb Platform or Collective Content, except to the extent you are the legal owner of certain Member Content or as expressly permitted in these Terms. No licenses or rights are granted to you by implication or otherwise under any intellectual property rights owned or controlled by Airbnb or its licensors, except for the licenses and rights expressly granted in these Terms.

5.4 Subject to your compliance with these Terms, Airbnb grants you a limited, non-exclusive, non-sublicensable, revocable, non-transferable license to (i) download and use the Application on your personal device(s); and (ii) access and view any Collective Content made available on or through the Airbnb Platform and accessible to you, solely for your personal and non-commercial use.

5.5 By creating, uploading, posting, sending, receiving, storing, or otherwise making available any Member Content on or through the Airbnb Platform, you grant to Airbnb a non-exclusive, worldwide, royalty-free, irrevocable, perpetual (or for the term of the protection), sub-licensable and transferable license to such Member Content to access, use, store, copy, modify, prepare derivative works of, distribute, publish, transmit, stream, broadcast, and

otherwise exploit in any manner such Member Content to provide and/or promote the Airbnb Platform, in any media or platform. Insofar as Member Content (including Verified Images) includes personal information, such Member Content will only be used for these purposes if such use complies with applicable data protection laws in accordance with our Privacy Policy. Unless you provide specific consent, Airbnb does not claim any ownership rights in any Member Content and nothing in these Terms will be deemed to restrict any rights that you may have to use or exploit your Member Content.

5.6 Airbnb may offer Hosts the option of having professional photographers take photographs of their Host Services, which are made available by the photographer to Hosts to include in their Listings with or without a watermark or tag bearing the words "Airbnb.com Verified Photo" or similar wording ("**Verified Images**"). You are responsible for ensuring that your Host Service is accurately represented in the Verified Images and you will stop using the Verified Images on or through the Airbnb Platform if they no longer accurately represent your Listing, if you stop hosting the Host Service featured, or if your Airbnb Account is terminated or suspended for any reason. You acknowledge and agree that Airbnb shall have the right to use any Verified Images in accordance with Section 5.5 for advertising, marketing and/or any other business purposes in any media or platform, whether in relation to your Listing or otherwise, without further notice or compensation to you. Where Airbnb is not the exclusive owner of Verified Images, by using such Verified Images on or through the Airbnb Platform, you grant to Airbnb an exclusive, worldwide, royalty-free, irrevocable, perpetual (or for the term of the protection), sub-licensable and transferable license to use such Verified Images for advertising, marketing and/or any other business purposes in any media or platform, whether in relation to your Listing or otherwise, without further notice or compensation to you. Airbnb in turn grants you a limited, non-exclusive, non-sublicensable, revocable, non-transferable license to use Verified Images outside of the Airbnb Platform solely for your personal and non-commercial use.

5.7 You are solely responsible for all Member Content that you make available on or through the Airbnb Platform. Accordingly, you represent and warrant that: (i) you either are the sole and exclusive owner of all Member Content that you make available on or through the Airbnb Platform or you have all rights, licenses, consents and releases that are necessary to grant to Airbnb the rights in and to such Member Content, as contemplated under these Terms; and (ii) neither the Member Content nor your posting, uploading, publication, submission or transmittal of the Member Content or Airbnb's use of the Member Content (or any portion thereof) as contemplated under these Terms will infringe, misappropriate or violate a third party's patent, copyright, trademark, trade secret, moral rights or other proprietary or intellectual property rights, or rights of publicity or privacy, or result in the violation of any applicable law or regulation.

5.8 You will not post, upload, publish, submit or transmit any Member Content that: (i) is fraudulent, false, misleading (directly or by omission or

failure to update information) or deceptive; (ii) is defamatory, libelous, obscene, pornographic, vulgar or offensive; (iii) promotes discrimination, bigotry, racism, hatred, harassment or harm against any individual or group; (iv) is violent or threatening or promotes violence or actions that are threatening to any other person or animal; (v) promotes illegal or harmful activities or substances; or (vi) violates Airbnb's Content Policy or any other Airbnb policy. Airbnb may, without prior notice, remove or disable access to any Member Content that Airbnb finds to be in violation of applicable law, these Terms or Airbnb's then-current Policies or Standards, or otherwise may be harmful or objectionable to Airbnb, its Members, third parties, or property.

5.9 Airbnb respects copyright law and expects its Members to do the same. If you believe that any content on the Airbnb Platform infringes copyrights you own, please notify us in accordance with our Copyright Policy.

## 6. Service Fees

6.1 Airbnb may charge fees to Hosts ("**Host Fees**") and/or Guests ("**Guest Fees**") (collectively, "**Service Fees**") in consideration for the use of the Airbnb Platform. More information about when Service Fees apply and how they are calculated can be found on our Service Fees page.

6.2 Any applicable Service Fees (including any applicable Taxes) will be displayed to a Host or Guest prior to publishing or booking a Listing. Airbnb reserves the right to change the Service Fees at any time, and will provide Members adequate notice of any fee changes before they become effective. Such fee changes will not affect any bookings made prior to the effective date of the fee change.

6.3 You are responsible for paying any Service Fees that you owe to Airbnb. The applicable Service Fees (including any applicable Taxes) are collected by Airbnb Payments. Airbnb Payments will deduct any Host Fees from the Listing Fee before remitting the payout to the Host. Any Guest Fees are included in the Total Fees collected by Airbnb Payments. Except as otherwise provided on the Airbnb Platform, Service Fees are non-refundable.

## 7. Terms specific for Hosts

### 7.1 Terms applicable to all Listings

7.1.1 When creating a Listing through the Airbnb Platform you must (i) provide complete and accurate information about your Host Service (such as listing description, location, and calendar availability), (ii) disclose any deficiencies, restrictions (such as house rules) and requirements that apply (such as any minimum age, proficiency or fitness requirements for an Experience) and (iii) provide any other pertinent information requested by Airbnb. You are responsible for keeping your Listing information (including calendar availability) up-to-date at all times.

7.1.2 You are solely responsible for setting a price (including any Taxes if applicable, or charges such as cleaning fees) for your Listing ("**Listing Fee**"). Once a Guest requests a booking of your Listing, you may not request that the Guest pays a higher price than in the booking request.

7.1.3 Any terms and conditions included in your Listing, in particular in relation to cancellations, must not conflict with these Terms or the relevant cancellation policy for your Listing.

7.1.4 Airbnb may enable certain Hosts to participate in its "**Open Homes Program**." The Open Homes Program enables Hosts to provide Listings to certain Guests, such as refugees or evacuees, for free. You acknowledge that if you choose to participate in the Open Homes Program, your ability to restrict your Listing to certain Guests, such as Guests with previous positive Reviews, may be limited.

7.1.5 Pictures, animations or videos (collectively, "**Images**") used in your Listings must accurately reflect the quality and condition of your Host Services. Airbnb reserves the right to require that Listings have a minimum number of Images of a certain format, size and resolution.

7.1.6 The placement and ranking of Listings in search results on the Airbnb Platform may vary and depend on a variety of factors, such as Guest search parameters and preferences, Host requirements, price and calendar availability, number and quality of Images, customer service and cancellation history, Reviews and Ratings, type of Host Service, and/or ease of booking. More information about the factors that determine how your Listing appears in search results can be found on our help center.

7.1.7 When you accept or have pre-approved a booking request by a Guest, you are entering into a legally binding agreement with the Guest and are required to provide your Host Service(s) to the Guest as described in your Listing when the booking request is made. You also agree to pay the applicable Host Fee and any applicable Taxes.

7.1.8 Airbnb recommends that Hosts obtain appropriate insurance for their Host Services. Please review any respective insurance policy carefully, and in particular make sure that you are familiar with and understand any exclusions to, and any deductibles that may apply for, such insurance policy, including, but not limited to, whether or not your insurance policy will cover the actions or inactions of Guests (and the individuals the Guest has booked for, if applicable) while staying at your Accommodation or participating in your Experience, Event or other Host Service.

## 7.2 Listing Accommodations

7.2.1 Unless expressly allowed by Airbnb, you may not list more than one Accommodation per Listing.

7.2.2 If you choose to require a security deposit for your Accommodation,

you must specify this in your Listing ("**Security Deposit**"). Hosts are not allowed to ask for a Security Deposit (i) after a booking has been confirmed or (ii) outside of the Airbnb Platform.

7.2.3 You represent and warrant that any Listing you post and the booking of, or a Guest's stay at, an Accommodation will (i) not breach any agreements you have entered into with any third parties, such as homeowners association, condominium, or other agreements, and (ii) comply with all applicable laws (such as zoning laws), Tax requirements, and other rules and regulations (including having all required permits, licenses and registrations). As a Host, you are responsible for your own acts and omissions and are also responsible for the acts and omissions of any individuals who reside at or are otherwise present at the Accommodation at your request or invitation, excluding the Guest and any individuals the Guest invites to the Accommodation.

### 7.3 Listing Experiences, Events and other Host Services

Hosts who list Experiences, Events and Host Services other than Accommodations agree to and are subject to the Additional Terms for Experience Hosts.

### 7.4 Co-Hosts

7.4.1 Airbnb may enable Hosts to authorize other Members ("**Co-Hosts**") to administer the Host's Listing(s), and to bind the Host and take certain actions in relation to the Listing(s) as permitted by the Host, such as accepting booking requests, messaging and welcoming Guests, and updating the Listing Fee and calendar availability (collectively, "**Co-Host Services**"). Any agreement formed between Host and Co-Host may not conflict with these Terms, the Payments Terms, or any other Policies applicable to your Host Service(s). Co-Hosts may only act in an individual capacity and not on behalf of a company or other organization, unless expressly authorized by Airbnb. Airbnb reserves the right, in our sole discretion, to limit the number of Co-Hosts a Host may invite for each Listing and to limit the number of Listings a Co-Host may manage.

7.4.2 Hosts should exercise due diligence and care when deciding who to add as a Co-Host to their Listing(s). Hosts remain solely responsible and liable for any and all Listings and Member Content published on the Airbnb Platform, including any Listing created by a Co-Host on their behalf. Further, Hosts remain responsible and liable for their own acts and omissions, including, but not limited to, conduct that causes harm or damage to the Co-Host(s). Co-Hosts remain responsible and liable for their own acts and omissions when engaging in their roles and responsibilities as a Co-Host, including, but not limited to, conduct that causes harm or damage to the Host. In addition, both Host and Co-Host are jointly responsible and severally liable for third party claims, including Guest claims, arising from the acts and omissions of the other person as related to hosting activities,

communications with Guests, and the provision of any Co-Host Services.

7.4.3 Unless agreed otherwise by Host and Co-Host, Host and Co-Host may terminate the Co-Host agreement at any time. In addition, both Host and Co-Host acknowledge that their Co-hosting relationship will terminate in the event that Airbnb (i) terminates the Co-Host service or (ii) terminates either party's participation in the Co-Host service. When the Co-Host agreement is terminated, the Host will remain responsible for all of the Co-Host's actions prior to the termination, including the responsibility to fulfill any pending or future bookings initiated prior to the termination. When a Member is removed as a Co-Host, that Member will no longer have access to any Host or Guest information related to the applicable Host's Listing(s).

7.4.4 As a Co-Host, you will not be reviewed by Guests, meaning that your Co-Host activities will not affect your Reviews or Ratings for other Listings for which you are a Host. Instead, the Host of such Listing(s) will be reviewed by Guests (including potentially on the basis of the Co-Host's conduct and performance). Hosts acknowledge that Reviews and Ratings from Guests for their Listing(s) may be impacted by a Co-Host's conduct and performance.

## 8. Terms specific for Guests

### 8.1 Terms applicable to all bookings

8.1.1 Subject to meeting any requirements (such as completing any verification processes) set by Airbnb and/or the Host, you can book a Listing available on the Airbnb Platform by following the respective booking process. All applicable fees, including the Listing Fee, Security Deposit (if applicable), Guest Fee and any applicable Taxes (collectively, "**Total Fees**") will be presented to you prior to booking a Listing. You agree to pay the Total Fees for any booking requested in connection with your Airbnb Account.

8.1.2 Upon receipt of a booking confirmation from Airbnb, a legally binding agreement is formed between you and your Host, subject to any additional terms and conditions of the Host that apply, including in particular the applicable cancellation policy and any rules and restrictions specified in the Listing. Airbnb Payments will collect the Total Fees at the time of the booking request or upon the Host's confirmation pursuant to the Payments Terms. For certain bookings, Guests may be required to pay or have the option to pay in multiple installments.

8.1.3 If you book a Host Service on behalf of additional guests, you are required to ensure that every additional guest meets any requirements set by the Host, and is made aware of and agrees to these Terms and any terms and conditions, rules and restrictions set by the Host. If you are booking for an additional guest who is a minor, you represent and warrant that you are legally authorized to act on behalf of the minor. Minors may only participate in an Experience, Event or other Host Service if accompanied by an adult who is responsible for them.

8.1.4 Airbnb may enable a Guest who is booking a Listing on behalf of one or more additional guests (the "**Organizer**") to split the payment of the Total Fees for an eligible booking on a pro-rata basis between the Organizer and at least one other additional guest (each a "**Co-Payer**") (the "**Group Payment Service**"). In order to participate in the Group Payment Service, each Co-Payer must have or register an Airbnb Account prior to making a payment. All payments via the Group Payment Service are handled by Airbnb Payments and are subject to the Group Payment Terms of Service.

## 8.2 Booking Accommodations

8.2.1 You understand that a confirmed booking of an Accommodation ("**Accommodation Booking**") is a limited license granted to you by the Host to enter, occupy and use the Accommodation for the duration of your stay, during which time the Host (only where and to the extent permitted by applicable law) retains the right to re-enter the Accommodation, in accordance with your agreement with the Host.

8.2.2 You agree to leave the Accommodation no later than the checkout time that the Host specifies in the Listing or such other time as mutually agreed upon between you and the Host. If you stay past the agreed upon checkout time without the Host's consent ("**Overstay**"), you no longer have a license to stay in the Accommodation and the Host is entitled to make you leave in a manner consistent with applicable law. In addition, you agree to pay, if requested by the Host, for each twenty-four (24) hour period (or any portion thereof) that you Overstay, an additional nightly fee of up to two (2) times the average nightly Listing Fee originally paid by you to cover the inconvenience suffered by the Host, plus all applicable Guest Fees, Taxes, and any legal expenses incurred by the Host to make you leave (collectively, "**Overstay Fees**"). Overstay Fees for late checkouts on the checkout date that do not impact upcoming bookings may be limited to the additional costs incurred by the Host as a result of such Overstay. If you Overstay at an Accommodation, you authorize Airbnb (via Airbnb Payments) to charge you to collect Overstay Fees. A Security Deposit, if required by a Host, may be applied to any Overstay Fees due for a Guest's Overstay.

## 8.3 Booking Experiences, Events and other Host Services

8.3.1 You should carefully review the description of any Experience, Event or other Host Service you intend to book to ensure you (and any additional guests you are booking for) meet any minimum age, proficiency, fitness or other requirements which the Host has specified in their Listing. At your sole discretion you may want to inform the Host of any medical or physical conditions, or other circumstances that may impact your and any additional guest's ability to participate in any Experience, Event or other Host Service. In addition, certain laws, like the minimum legal drinking age in the location of the Experience, Event or other Host Service, may also apply. You are responsible for identifying, understanding, and complying with all laws, rules and regulations that apply to your participation in an Experience, Event or

other Host Service.

8.3.2 Before and during an Experience, Event or other Host Service you must at all times adhere to the Hosts' instructions.

8.3.3 You may not bring any additional individuals to an Experience, Event or other Host Service unless such an individual was added by you as an additional guest during the booking process on the Airbnb Platform.

**8.4 Airbnb Travel Credits**

Airbnb Travel Credits may be redeemed for eligible bookings via the Airbnb Platform as specified in the terms and conditions provided with the Travel Credit. You may only redeem Airbnb Travel Credits after the Airbnb Travel Credits are reflected in your Airbnb Account.

## 9. Booking Modifications, Cancellations and Refunds, Resolution Center

9.1 Hosts and Guests are responsible for any modifications to a booking that they make via the Airbnb Platform or direct Airbnb customer service to make ("**Booking Modifications**"), and agree to pay any additional Listing Fees, Host Fees or Guest Fees and/or Taxes associated with such Booking Modifications.

9.2 Guests can cancel a confirmed booking at any time pursuant to the Listing's cancellation policy set by the Host, and Airbnb Payments will refund the amount of the Total Fees due to the Guest in accordance with such cancellation policy. Unless extenuating circumstances exist, any portion of the Total Fees due to the Host under the applicable cancellation policy will be remitted to the Host by Airbnb Payments pursuant to the Payments Terms.

9.3 If a Host cancels a confirmed booking, the Guest will receive a full refund of the Total Fees for such booking. In some instances, Airbnb may allow the Guest to apply the refund to a new booking, in which case Airbnb Payments will credit the amount against the Guest's subsequent booking at the Guest's direction. Further, Airbnb may publish an automated review on the Listing cancelled by the Host indicating that a booking was cancelled. In addition, Airbnb may (i) keep the calendar for the Listing unavailable or blocked for the dates of the cancelled booking, and/or (ii) impose a cancellation fee, unless the Host has a valid reason for cancelling the booking pursuant to Airbnb's Extenuating Circumstances Policy or has legitimate concerns about the Guest's behavior.

9.4 For Experiences, Events and other Host Services, if weather poses a safety risk to Guests, or if it prevents a Host from carrying out a Host Service that takes place primarily outdoors, Hosts may cancel the Host Service. Hosts may also cancel the Host Service if other conditions exist that would prevent the Host from offering the Host Service safely.

9.5 In certain circumstances, Airbnb may decide, in its sole discretion, that it

is necessary to cancel a pending or confirmed booking and initiate corresponding refunds and payouts. This may be for reasons set forth in Airbnb's Extenuating Circumstances Policy or (i) where Airbnb believes in good faith, while taking the legitimate interests of both parties into account, this is necessary to avoid significant harm to Airbnb, other Members, third parties or property, or (ii) for any of the reasons set out in these Terms.

9.6 If a Guest who books an Accommodation suffers a Travel Issue as defined in the Guest Refund Policy, Airbnb may determine, in its sole discretion, to refund the Guest part or all of the Total Fees in accordance with the Guest Refund Policy. If a Guest who books an Experience, Event or other Host Service suffers a Travel Issue as defined in the Experiences Guest Refund Policy, Airbnb may determine, in its sole discretion, to refund the Guest part or all of the Total Fees in accordance with the Experiences Guest Refund Policy.

9.7 If a Guest or Airbnb cancels a confirmed booking, and the Guest receives a refund in accordance with the Guest Refund Policy, Experiences Guest Refund Policy, Extenuating Circumstances Policy, or the applicable cancellation policy set by the Host and mentioned in the Listing, after the Host has already been paid, Airbnb Payments will be entitled to recover the amount of any such refund from the Host, including by subtracting such refund amount out from any future Payouts due to the Host.

9.8 Except as otherwise set out in these Terms, Members may use the Resolution Center to send or request money for refunds, additional Host Services or Damage Claims related to bookings. You agree to pay all amounts sent through the Resolution Center in connection with your Airbnb Account, and Airbnb Payments will handle all such payments.

## 10. Ratings and Reviews

10.1 Within a certain timeframe after completing a booking, Guests and Hosts can leave a public review ("**Review**") and submit a star rating ("**Rating**") about each other. Ratings or Reviews reflect the opinions of individual Members and do not reflect the opinion of Airbnb. Ratings and Reviews are not verified by Airbnb for accuracy and may be incorrect or misleading.

10.2 Ratings and Reviews by Guests and Hosts must be accurate and may not contain any offensive or defamatory language. Ratings and Reviews are subject to Section 5 and must comply with Airbnb's Content Policy and Extortion Policy.

10.3 Members are prohibited from manipulating the Ratings and Reviews system in any manner, such as instructing a third party to write a positive or negative Review about another Member.

10.4 Ratings and Reviews are part of a Member's public profile and may also be surfaced elsewhere on the Airbnb Platform (such as the Listing page)

together with other relevant information such as number of bookings, number of cancellations, average response time and other information.

## 11. Damage to Accommodations, Disputes between Members

11.1 As a Guest, you are responsible for leaving the Accommodation (including any personal or other property located at the Accommodation) in the condition it was in when you arrived. You are responsible for your own acts and omissions and are also responsible for the acts and omissions of any individuals whom you invite to, or otherwise provide access to, the Accommodation, excluding the Host (and the individuals the Host invites to the Accommodation, if applicable).

11.2 If a Host claims and provides evidence that you as a Guest have damaged an Accommodation or any personal or other property at an Accommodation ("**Damage Claim**"), the Host can seek payment from you through the Resolution Center. If a Host escalates a Damage Claim to Airbnb, you will be given an opportunity to respond. If you agree to pay the Host, or Airbnb determines in its sole discretion that you are responsible for the Damage Claim, Airbnb via Airbnb Payments will, after the end of your stay, collect any such sums from you and/or against the Security Deposit (if applicable) required to cover the Damage Claim pursuant to the Payments Terms. Airbnb also reserves the right to otherwise collect payment from you and pursue any remedies available to Airbnb in this regard in situations in which you are responsible for a Damage Claim, including, but not limited to, in relation to any payment requests made by Hosts under the Airbnb Host Guarantee or Japan Host Insurance.

11.3 Members agree to cooperate with and assist Airbnb in good faith, and to provide Airbnb with such information and take such actions as may be reasonably requested by Airbnb, in connection with any Damage Claims or other complaints or claims made by Members relating to (i) Accommodations or any personal or other property located at an Accommodation (including, without limitation, payment requests made under the Airbnb Host Guarantee or Japan Host Insurance), (ii) Experiences, (iii) Co-Host agreements, or (iv) a Group Payment Booking. A Member shall, upon Airbnb's reasonable request and at no cost to the Member, participate in mediation or a similar resolution process with another Member, which process will be conducted by Airbnb or a third party selected by Airbnb or its insurer, with respect to losses for which a Member is requesting payment from Airbnb (including but not limited to payments under the Airbnb Host Guarantee or payment under Japan Host Insurance).

11.4 If you are a Guest or a Co-Host, you understand and agree that Airbnb may make a claim under your homeowner's, renter's or other insurance policy related to any damage or loss that you may have caused, or been responsible for, to any personal or other property (including an Accommodation) of the Host (including without limitation amounts paid by

Airbnb under the Airbnb Host Guarantee or amounts paid under Japan Host Insurance). You agree to cooperate with and assist Airbnb in good faith, and to provide Airbnb with such information as may be reasonably requested by Airbnb, to make a claim under your homeowner's, renter's or other insurance policy, including, but not limited to, executing documents and taking such further acts as Airbnb may reasonably request to assist Airbnb in accomplishing the foregoing.

## 12. Rounding off

Airbnb generally supports payment amounts that are payable from or to Guests or Hosts to the smallest unit supported by a given currency (i.e., U.S. cents, Euro cents or other supported currencies). Where Airbnb's third-party payment services provider does not support payments in the smaller unit supported by a given currency, Airbnb may, in its sole discretion, round up or round down the displayed amounts that are payable from or to Guests or Hosts to the nearest whole functional base unit in which the currency is denominated (i.e. to the nearest dollar, Euro or other supported currency); for example, Airbnb may round up an amount of $101.50 to $102.00, and round down an amount of $101.49 to $101.00.

## 13. Taxes

13.1 As a Host you are solely responsible for determining your obligations to report, collect, remit or include in your Listing Fees any applicable VAT or other indirect sales taxes, occupancy tax, tourist or other visitor taxes or income taxes ("**Taxes**").

13.2 Tax regulations may require us to collect appropriate Tax information from Hosts, or to withhold Taxes from payouts to Hosts, or both. If a Host fails to provide us with the required documentation under applicable law (e.g., a tax number) that we determine to be sufficient to alleviate our obligation (if any) to withhold Taxes from payouts to you, we reserve the right to withhold payouts up to the tax-relevant amount as required by law, until resolution.

13.3 You understand that any appropriate governmental agency, department and/or authority ("**Tax Authority**") where your Accommodation is located may require Taxes to be collected from Guests or Hosts on Listing Fees, and to be remitted to the respective Tax Authority. The laws in jurisdictions may vary, but these Taxes may be required to be collected and remitted as a percentage of the Listing Fees set by Hosts, a set amount per day, or other variations, and are sometimes called "transient occupancy taxes," "hotel taxes," "lodging taxes," "city taxes," "room taxes" or "tourist taxes" ("**Occupancy Taxes**").

13.4 In certain jurisdictions, Airbnb may decide in its sole discretion to facilitate collection and remittance of Occupancy Taxes from or on behalf of Guests or Hosts, in accordance with these Terms ("**Collection and Remittance**") if such jurisdiction asserts Airbnb or Hosts have an Occupancy

Tax collection and remittance obligation. In any jurisdiction in which we decide to facilitate direct Collection and Remittance, you hereby instruct and authorize Airbnb (via Airbnb Payments) to collect Occupancy Taxes from Guests on the Host's behalf at the time Listing Fees are collected, and to remit such Occupancy Taxes to the Tax Authority. In other jurisdictions Airbnb may decide in its sole discretion to collect Occupancy Taxes and remit such Taxes to eligible and qualifying Hosts, based on tax information supplied by the Host, for ultimate reporting and remittance by such Host to the Tax Authority ("**Pass-Through Tax Feature**"). Such Hosts using the Pass-Through Tax Feature will be solely responsible for informing Airbnb about the correct Occupancy Tax amount to be collected from the Guest in accordance with applicable law and directly remitting the Occupancy Taxes to the relevant Tax Authority. Airbnb does not assume any liability for the failure of a participating Host to comply with any applicable tax reporting or remittance obligations. The amount of Occupancy Taxes, if any, collected and remitted by Airbnb will be visible to and separately stated to both Guests and Hosts on their respective transaction documents. Where Airbnb is facilitating Collection and Remittance, Hosts are not permitted to collect any Occupancy Taxes being collected by Airbnb relating to their Accommodations in that jurisdiction.

13.5 You agree that any claim or cause of action relating to Airbnb's facilitation of Collection and Remittance of Occupancy Taxes shall not extend to any supplier or vendor that may be used by Airbnb in connection with facilitation of Collection and Remittance, if any. Guests and Hosts agree that we may seek additional amounts from you in the event that the Taxes collected and/or remitted are insufficient to fully discharge your obligations to the Tax Authority, and agree that your sole remedy for Occupancy Taxes collected is a refund of Occupancy Taxes collected by Airbnb from the applicable Tax Authority in accordance with applicable procedures set by that Tax Authority.

13.6 Airbnb reserves the right, with prior notice to Hosts, to cease the Collection and Remittance in any jurisdiction for any reason at which point Hosts and Guests are once again solely responsible and liable for the collection and/or remittance of any and all Occupancy Taxes that may apply to Accommodations in that jurisdiction.

## 14. Prohibited Activities

14.1 You are solely responsible for compliance with any and all laws, rules, regulations, and Tax obligations that may apply to your use of the Airbnb Platform. In connection with your use of the Airbnb Platform, you will not and will not assist or enable others to:

- breach or circumvent any applicable laws or regulations, agreements with third-parties, third-party rights, or our Terms, Policies or Standards;
- use the Airbnb Platform or Collective Content for any commercial or other purposes that are not expressly permitted by these Terms or in a manner

that falsely implies Airbnb endorsement, partnership or otherwise
misleads others as to your affiliation with Airbnb;

- copy, store or otherwise access or use any information, including
personally identifiable information about any other Member, contained on
the Airbnb Platform in any way that is inconsistent with Airbnb's Privacy
Policy or these Terms or that otherwise violates the privacy rights of
Members or third parties;

- use the Airbnb Platform in connection with the distribution of unsolicited
commercial messages ("spam");

- offer, as a Host, any Accommodation that you do not yourself own or
have permission to make available as a residential or other property
through the Airbnb Platform;

- unless Airbnb explicitly permits otherwise, book any Listing if you will not
actually be using the Host Services yourself;

- contact another Member for any purpose other than asking a question
related to a your own booking, Listing, or the Member's use of the Airbnb
Platform, including, but not limited to, recruiting or otherwise soliciting
any Member to join third-party services, applications or websites, without
our prior written approval;

- use the Airbnb Platform to request, make or accept a booking
independent of the Airbnb Platform, to circumvent any Service Fees or
for any other reason;

- request, accept or make any payment for Listing Fees outside of the
Airbnb Platform or Airbnb Payments. If you do so, you acknowledge and
agree that you: (i) would be in breach of these Terms; (ii) accept all risks
and responsibility for such payment, and (iii) hold Airbnb harmless from
any liability for such payment;

- discriminate against or harass anyone on the basis of race, national
origin, religion, gender, gender identity, physical or mental disability,
medical condition, marital status, age or sexual orientation, or otherwise
engage in any violent, harmful, abusive or disruptive behavior;

- misuse or abuse any Listings or services associated with the Airbnb
Open Homes program as determined by Airbnb in its sole discretion.

- use, display, mirror or frame the Airbnb Platform or Collective Content, or
any individual element within the Airbnb Platform, Airbnb's name, any
Airbnb trademark, logo or other proprietary information, or the layout and
design of any page or form contained on a page in the Airbnb Platform,
without Airbnb's express written consent;

- dilute, tarnish or otherwise harm the Airbnb brand in any way, including
through unauthorized use of Collective Content, registering and/or using
Airbnb or derivative terms in domain names, trade names, trademarks or
other source identifiers, or registering and/or using domains names, trade
names, trademarks or other source identifiers that closely imitate or are
confusingly similar to Airbnb domains, trademarks, taglines, promotional
campaigns or Collective Content;

- use any robots, spider, crawler, scraper or other automated means or
processes to access, collect data or other content from or otherwise
interact with the Airbnb Platform for any purpose;

avoid, bypass, remove, deactivate, impair, descramble, or otherwise attempt to circumvent any technological measure implemented by Airbnb or any of Airbnb's providers or any other third party to protect the Airbnb Platform;

- attempt to decipher, decompile, disassemble or reverse engineer any of the software used to provide the Airbnb Platform;

- take any action that damages or adversely affects, or could damage or adversely affect the performance or proper functioning of the Airbnb Platform;

- export, re-export, import, or transfer the Application except as authorized by United States law, the export control laws of your jurisdiction, and any other applicable laws; or

- violate or infringe anyone else's rights or otherwise cause harm to anyone.

14.2 You acknowledge that Airbnb has no obligation to monitor the access to or use of the Airbnb Platform by any Member or to review, disable access to, or edit any Member Content, but has the right to do so to (i) operate, secure and improve the Airbnb Platform (including without limitation for fraud prevention, risk assessment, investigation and customer support purposes); (ii) ensure Members' compliance with these Terms; (iii) comply with applicable law or the order or requirement of a court, law enforcement or other administrative agency or governmental body; (iv) respond to Member Content that it determines is harmful or objectionable; or (v) as otherwise set forth in these Terms. Members agree to cooperate with and assist Airbnb in good faith, and to provide Airbnb with such information and take such actions as may be reasonably requested by Airbnb with respect to any investigation undertaken by Airbnb or a representative of Airbnb regarding the use or abuse of the Airbnb Platform.

14.3 If you feel that any Member you interact with, whether online or in person, is acting or has acted inappropriately, including but not limited to anyone who (i) engages in offensive, violent or sexually inappropriate behavior, (ii) you suspect of stealing from you, or (iii) engages in any other disturbing conduct, you should immediately report such person to the appropriate authorities and then to Airbnb by contacting us with your police station and report number (if available). You agree that any report you make will not obligate us to take any action (beyond that required by law, if any).

## 15. Term and Termination, Suspension and other Measures

15.1 This Agreement shall be effective for a 30-day term, at the end of which it will automatically and continuously renew for subsequent 30-day terms until such time when you or Airbnb terminate the Agreement in accordance with this provision.

15.2 You may terminate this Agreement at any time by sending us an email. If you cancel your Airbnb Account as a Host, any confirmed booking(s) will be automatically cancelled and your Guests will receive a full refund. If you

cancel your Airbnb Account as a Guest, any confirmed booking(s) will be automatically cancelled and any refund will depend upon the terms of the Listing's cancellation policy.

15.3 Without limiting our rights specified below, Airbnb may terminate this Agreement for convenience at any time by giving you thirty (30) days' notice via email to your registered email address.

15.4 Airbnb may immediately, without notice, terminate this Agreement and/or stop providing access to the Airbnb Platform if (i) you have materially breached your obligations under these Terms, the Payments Terms, our Policies or Standards, (ii) you have violated applicable laws, regulations or third party rights, or (iii) Airbnb believes in good faith that such action is reasonably necessary to protect the personal safety or property of Airbnb, its Members, or third parties (for example in the case of fraudulent behavior of a Member).

15.5 In addition, Airbnb may take any of the following measures (i) to comply with applicable law, or the order or request of a court, law enforcement or other administrative agency or governmental body, or if (ii) you have breached these Terms, the Payments Terms, our Policies or Standards, applicable laws, regulations, or third party rights, (iii) you have provided inaccurate, fraudulent, outdated or incomplete information during the Airbnb Account registration, Listing process or thereafter, (iv) you and/or your Listings or Host Services at any time fail to meet any applicable quality or eligibility criteria, (v) you have repeatedly received poor Ratings or Reviews or Airbnb otherwise becomes aware of or has received complaints about your performance or conduct, (vi) you have repeatedly cancelled confirmed bookings or failed to respond to booking requests without a valid reason, or (vii) Airbnb believes in good faith that such action is reasonably necessary to protect the personal safety or property of Airbnb, its Members, or third parties, or to prevent fraud or other illegal activity:

- refuse to surface, delete or delay any Listings, Ratings, Reviews, or other Member Content;
- cancel any pending or confirmed bookings;
- limit your access to or use of the Airbnb Platform;
- temporarily or permanently revoke any special status associated with your Airbnb Account;
- temporarily or in case of severe or repeated offenses permanently suspend your Airbnb Account and stop providing access to the Airbnb Platform.

In case of non-material breaches and where appropriate, you will be given notice of any intended measure by Airbnb and an opportunity to resolve the issue to Airbnb's reasonable satisfaction.

15.6 If we take any of the measures described above (i) we may refund your Guests in full for any and all confirmed bookings that have been cancelled, irrespective of preexisting cancellation policies, and (ii) you will not be entitled

to any compensation for pending or confirmed bookings that were cancelled.

15.7 When this Agreement has been terminated, you are not entitled to a restoration of your Airbnb Account or any of your Member Content. If your access to or use of the Airbnb Platform has been limited or your Airbnb Account has been suspended or this Agreement has been terminated by us, you may not register a new Airbnb Account or access and use the Airbnb Platform through an Airbnb Account of another Member.

15.8 Sections 5 and 16 to 22 of these Terms shall survive any termination or expiration of this Agreement.

## 16. Disclaimers

**If you choose to use the Airbnb Platform or Collective Content, you do so voluntarily and at your sole risk. The Airbnb Platform and Collective Content is provided "as is", without warranty of any kind, either express or implied.**

**You agree that you have had whatever opportunity you deem necessary to investigate the Airbnb Services, laws, rules, or regulations that may be applicable to your Listings and/or Host Services you are receiving and that you are not relying upon any statement of law or fact made by Airbnb relating to a Listing.**

**If we choose to conduct identity verification or background checks on any Member, to the extent permitted by applicable law, we disclaim warranties of any kind, either express or implied, that such checks will identify prior misconduct by a Member or guarantee that a Member will not engage in misconduct in the future.**

**You agree that some Experiences, Events, other Host Services, or the Group Payment Service may carry inherent risk, and by participating in such services, you choose to assume those risks voluntarily. For example, some Host Services may carry risk of illness, bodily injury, disability, or death, and you freely and willfully assume those risks by choosing to participate in those Host Services. You assume full responsibility for the choices you make before, during and after your participation in a Host Service or the Group Payment Service. If you are bringing a minor as an additional guest, you are solely responsible for the supervision of that minor throughout the duration of your Host Service and to the maximum extent permitted by law, you agree to release and hold harmless Airbnb from all liabilities and claims that arise in any way from any injury, death, loss or harm that occurs to that minor during the Host Service or in any way related to your Host Service.**

**The foregoing disclaimers apply to the maximum extent permitted by law. You may have other statutory rights. However, the duration of statutorily required warranties, if any, shall be limited to the maximum**

extent permitted by law.

## 17. Liability

You acknowledge and agree that, to the maximum extent permitted by law, the entire risk arising out of your access to and use of the Airbnb Platform and Collective Content, your publishing or booking of any Listing via the Airbnb Platform, your stay at any Accommodation, participation in any Experience or Event or use of any other Host Service, participation in the Group Payment Service, or any other interaction you have with other Members whether in person or online remains with you. Neither Airbnb nor any other party involved in creating, producing, or delivering the Airbnb Platform or Collective Content will be liable for any incidental, special, exemplary or consequential damages, including lost profits, loss of data or loss of goodwill, service interruption, computer damage or system failure or the cost of substitute products or services, or for any damages for personal or bodily injury or emotional distress arising out of or in connection with (i) these Terms, (ii) from the use of or inability to use the Airbnb Platform or Collective Content, (iii) from any communications, interactions or meetings with other Members or other persons with whom you communicate, interact or meet with as a result of your use of the Airbnb Platform, or (iv) from your publishing or booking of a Listing, including the provision or use of a Listing's Host Services, whether based on warranty, contract, tort (including negligence), product liability or any other legal theory, and whether or not Airbnb has been informed of the possibility of such damage, even if a limited remedy set forth herein is found to have failed of its essential purpose. Except for our obligations to pay amounts to applicable Hosts pursuant to these Terms or an approved payment request under the Airbnb Host Guarantee or Japan Host Insurance, in no event will Airbnb's aggregate liability arising out of or in connection with these Terms and your use of the Airbnb Platform including, but not limited to, from your publishing or booking of any Listings via the Airbnb Platform, or from the use of or inability to use the Airbnb Platform or Collective Content and in connection with any Accommodation, Experiences, Event,other Host Service, the Group Payment Service, or interactions with any other Members, exceed the amounts you have paid or owe for bookings via the Airbnb Platform as a Guest in the twelve (12) month period prior to the event giving rise to the liability, or if you are a Host, the amounts paid by Airbnb to you in the twelve (12) month period prior to the event giving rise to the liability, or one hundred U.S. dollars (US$100), if no such payments have been made, as applicable. The limitations of damages set forth above are fundamental elements of the basis of the bargain between Airbnb and you. Some jurisdictions do not allow the exclusion or limitation of liability for consequential or incidental damages, so the above limitation may not apply to you. If you reside outside of the U.S., this does not

**affect Airbnb's liability for death or personal injury arising from its negligence, nor for fraudulent misrepresentation, misrepresentation as to a fundamental matter or any other liability which cannot be excluded or limited under applicable law.**

## 18. Indemnification

To the maximum extent permitted by applicable law, you agree to release, defend (at Airbnb's option), indemnify, and hold Airbnb and its affiliates and subsidiaries, including but not limited to, Airbnb Payments, and their officers, directors, employees and agents, harmless from and against any claims, liabilities, damages, losses, and expenses, including, without limitation, reasonable legal and accounting fees, arising out of or in any way connected with (i) your breach of these Terms or our Policies or Standards, (ii) your improper use of the Airbnb Platform or any Airbnb Services, (iii) your interaction with any Member, stay at an Accommodation, participation in an Experience, Event or other Host Service, participation in the Group Payment Service, including without limitation any injuries, losses or damages (whether compensatory, direct, incidental, consequential or otherwise) of any kind arising in connection with or as a result of such interaction, stay, participation or use, (iv) Airbnb's Collection and Remittance of Occupancy Taxes, or (v) your breach of any laws, regulations or third party rights.

## 19. Dispute Resolution and Arbitration Agreement

19.1 This Dispute Resolution and Arbitration Agreement shall apply if your (i) country of residence or establishment is in the United States; or (ii) your country of residence or establishment is not in the United States, but bring any claim against Airbnb in the United States (to the extent not in conflict with Section 21).

19.2 *Overview of Dispute Resolution Process.* Airbnb is committed to participating in a consumer-friendly dispute resolution process. To that end, these Terms provide for a two-part process for individuals to whom Section 19.1 applies: (1) an informal negotiation directly with Airbnb's customer service team, and (2) a binding arbitration administered by the American Arbitration Association ("**AAA**") using its specially designed Consumer Arbitration Rules (as modified by this Section 19 and except as provided in Section 19.6). Specifically, the Consumer Arbitration Rules provide:

- Claims can be filed with AAA online (www.adr.org);
- Arbitrators must be neutral and no party may unilaterally select an arbitrator;
- Arbitrators must disclose any bias, interest in the result of the arbitration, or relationship with any party;
- Parties retain the right to seek relief in small claims court for certain claims, at their option;
- The initial filing fee for the consumer is capped at $200;
- The consumer gets to elect the hearing location and can elect to

participate live, by phone, video conference, or, for claims under $25,000, by the submission of documents;

- The arbitrator can grant any remedy that the parties could have received in court to resolve the party's individual claim.

19.3 *Pre-Arbitration Dispute Resolution and Notification.* Prior to initiating an arbitration, you and Airbnb each agree to notify the other party of the dispute and attempt to negotiate an informal resolution to it first. We will contact you at the email address you have provided to us; you can contact Airbnb's customer service team by emailing us. If after a good faith effort to negotiate one of us feels the dispute has not and cannot be resolved informally, the party intending to pursue arbitration agrees to notify the other party via email prior to initiating the arbitration. In order to initiate arbitration, a claim must be filed with the AAA and the written Demand for Arbitration (available at www.adr.org) provided to the other party, as specified in the AAA Rules.

**19.4 *Agreement to Arbitrate.* You and Airbnb mutually agree that any dispute, claim or controversy arising out of or relating to these Terms or the applicability, breach, termination, validity, enforcement or interpretation thereof, or to the use of the Airbnb Platform, the Host Services, the Group Payment Service, or the Collective Content (collectively, "Disputes") will be settled by binding individual arbitration (the "Arbitration Agreement"). If there is a dispute about whether this Arbitration Agreement can be enforced or applies to our Dispute, you and Airbnb agree that the arbitrator will decide that issue.**

19.5 *Exceptions to Arbitration Agreement.* You and Airbnb each agree that the following claims are exceptions to the Arbitration Agreement and will be brought in a judicial proceeding in a court of competent jurisdiction: (i) Any claim related to actual or threatened infringement, misappropriation or violation of a party's copyrights, trademarks, trade secrets, patents, or other intellectual property rights; (ii) Any claim seeking emergency injunctive relief based on exigent circumstances (e.g., imminent danger or commission of a crime, hacking, cyber-attack).

19.6 *Arbitration Rules and Governing Law.* This Arbitration Agreement evidences a transaction in interstate commerce and thus the Federal Arbitration Act governs the interpretation and enforcement of this provision. The arbitration will be administered by AAA in accordance with the Consumer Arbitration Rules and/or other AAA arbitration rules determined to be applicable by the AAA (the "**AAA Rules**") then in effect, except as modified here. The AAA Rules are available at www.adr.org or by calling the AAA at 1–800–778–7879.

19.7 *Modification to AAA Rules - Arbitration Hearing/Location.* In order to make the arbitration most convenient to you, Airbnb agrees that any required arbitration hearing may be conducted, at your option, (a) in the county where you reside; (b) in San Francisco County; (c) in any other location to which you and Airbnb both agree; (d) via phone or video conference; or (e) for any claim or counterclaim under $25,000, by solely the submission of documents

to the arbitrator.

19.8 *Modification of AAA Rules - Attorney's Fees and Costs.* You and Airbnb agree that Airbnb will be responsible for payment of the balance of any initial filing fee under the AAA Rules in excess of $200 for claims of $75,000 or less. You may be entitled to seek an award of attorney fees and expenses if you prevail in arbitration, to the extent provided under applicable law and the AAA rules. Unless the arbitrator determines that your claim was frivolous or filed for the purpose of harassment, Airbnb agrees it will not seek, and hereby waives all rights it may have under applicable law or the AAA Rules, to recover attorneys' fees and expenses if it prevails in arbitration.

19.9 *Arbitrator's Decision.* The arbitrator's decision will include the essential findings and conclusions upon which the arbitrator based the award. Judgment on the arbitration award may be entered in any court with proper jurisdiction. The arbitrator may award declaratory or injunctive relief only on an individual basis and only to the extent necessary to provide relief warranted by the claimant's individual claim.

**19.10 *Jury Trial Waiver.* You and Airbnb acknowledge and agree that we are each waiving the right to a trial by jury as to all arbitrable Disputes.**

**19.11 *No Class Actions or Representative Proceedings.* You and Airbnb acknowledge and agree that, to the fullest extent permitted by law, we are each waiving the right to participate as a plaintiff or class member in any purported class action lawsuit, class-wide arbitration, private attorney general action, or any other representative proceeding as to all Disputes. Further, unless you and Airbnb both otherwise agree in writing, the arbitrator may not consolidate more than one party's claims and may not otherwise preside over any form of any class or representative proceeding. If the "class action lawsuit" waiver or the "class-wide arbitration" waiver in this Section 19.11 is held unenforceable with respect to any Dispute, then the entirety of the Arbitration Agreement will be deemed void with respect to such Dispute and the Dispute must proceed in court. If the "private attorney general action" waiver or the "representative proceeding" waiver in this Section 19.11 is held unenforceable with respect to any Dispute, those waivers may be severed from this Arbitration Agreement and you and Airbnb agree that any private attorney general claims and representative claims in the Dispute will be severed and stayed, pending the resolution of any arbitrable claims in the Dispute in individual arbitration.**

19.12 *Severability.* Except as provided in Section 19.11, in the event that any portion of this Arbitration Agreement is deemed illegal or unenforceable, such provision shall be severed and the remainder of the Arbitration Agreement shall be given full force and effect.

19.13 *Changes.* Notwithstanding the provisions of Section 3 ("Modification of these Terms"), if Airbnb changes this Section 19 ("Dispute Resolution and Arbitration Agreement") after the date you last accepted these Terms (or

accepted any subsequent changes to these Terms), you may reject any such change by sending us written notice (including by email) within thirty (30) days of the date such change became effective, as indicated in the "Last Updated" date above or in the date of Airbnb's email to you notifying you of such change. Rejecting a new change, however, does not revoke or alter your prior consent to any earlier agreements to arbitrate any Dispute between you and Airbnb (or your prior consent to any subsequent changes thereto), which will remain in effect and enforceable as to any Dispute between you and Airbnb.

19.14 *Survival.* Except as provided in Section 19.12 and subject to Section 15.8, this Section 19 will survive any termination of these Terms and will continue to apply even if you stop using the Airbnb Platform or terminate your Airbnb Account.

## 20. Feedback

We welcome and encourage you to provide feedback, comments and suggestions for improvements to the Airbnb Platform ("**Feedback**"). You may submit Feedback by emailing us, through the "Contact" section of the Airbnb Platform, or by other means of communication. Any Feedback you submit to us will be considered non-confidential and non-proprietary to you. By submitting Feedback to us, you grant us a non-exclusive, worldwide, royalty-free, irrevocable, sub-licensable, perpetual license to use and publish those ideas and materials for any purpose, without compensation to you.

## 21. Applicable Law and Jurisdiction

21.1 If your country of residence or establishment is the United States, these Terms will be interpreted in accordance with the laws of the State of California and the United States of America, without regard to conflict-of-law provisions. Judicial proceedings (other than small claims actions) that are excluded from the Arbitration Agreement in Section 19 must be brought in state or federal court in San Francisco, California, unless we both agree to some other location. You and we both consent to venue and personal jurisdiction in San Francisco, California.

21.2 If your country of residence or establishment is China these Terms will be interpreted in accordance with the laws of China ("**China Laws**"). Any dispute arising from or in connection with this Agreement shall be submitted to the China International Economic and Trade Arbitration Commission (CIETAC) for arbitration in Beijing which shall be conducted in accordance with CIETAC's arbitration rules in effect at the time of applying for arbitration, provided that this section shall not be construed to limit any rights which Airbnb may have to apply to any court of competent jurisdiction for an order requiring you to perform or be prohibited from performing certain acts and other provisional relief permitted under China Laws or any other laws that may apply to you. The arbitration proceedings shall be conducted in English. The arbitral award rendered is final and binding upon both parties.

21.3 If your country of residence or establishment is outside of the United States and China, these Terms will be interpreted in accordance with Irish law. The application of the United Nations Convention on Contracts for the International Sale of Goods (CISG) is excluded. The choice of law does not impact your rights as a consumer according to the consumer protection regulations of your country of residence. If you are acting as a consumer, you agree to submit to the non-exclusive jurisdiction of the Irish courts. Judicial proceedings that you are able to bring against us arising from or in connection with these Terms may only be brought in a court located in Ireland or a court with jurisdiction in your place of residence. If Airbnb wishes to enforce any of its rights against you as a consumer, we may do so only in the courts of the jurisdiction in which you are a resident. If you are acting as a business, you agree to submit to the exclusive jurisdiction of the Irish courts.

## 22. General Provisions

22.1 Except as they may be supplemented by additional terms and conditions, policies, guidelines or standards, these Terms constitute the entire Agreement between Airbnb and you pertaining to the subject matter hereof, and supersede any and all prior oral or written understandings or agreements between Airbnb and you in relation to the access to and use of the Airbnb Platform.

22.2 No joint venture, partnership, employment, or agency relationship exists between you and Airbnb as a result of this Agreement or your use of the Airbnb Platform.

22.3 These Terms do not and are not intended to confer any rights or remedies upon any person other than the parties.

22.4 If any provision of these Terms is held to be invalid or unenforceable, such provision will be struck and will not affect the validity and enforceability of the remaining provisions.

22.5 Airbnb's failure to enforce any right or provision in these Terms will not constitute a waiver of such right or provision unless acknowledged and agreed to by us in writing. Except as expressly set forth in these Terms, the exercise by either party of any of its remedies under these Terms will be without prejudice to its other remedies under these Terms or otherwise permitted under law.

22.6 You may not assign, transfer or delegate this Agreement and your rights and obligations hereunder without Airbnb's prior written consent. Airbnb may without restriction assign, transfer or delegate this Agreement and any rights and obligations hereunder, at its sole discretion, with 30 days prior notice. Your right to terminate this Agreement at any time remains unaffected.

22.7 Unless specified otherwise, any notices or other communications to Members permitted or required under this Agreement, will be provided

electronically and given by Airbnb via email, Airbnb Platform notification, or messaging service (including SMS and WeChat). If your booking is in respect of a Listing in Japan, you agree and acknowledge that such notifications via electronic means in lieu of a written statement, satisfies Airbnb's obligations under Article 59 Paragraph 1 of the Japanese Housing Accommodation Business Act.

22.8 If you have any questions about these Terms please email us.

# Terms of Service for European Users

Download version

**Please read these Terms of Service for European Users ("Terms") carefully as they contain important information about your legal rights, remedies and obligations. By accessing or using the Airbnb Platform, you agree to comply with and be bound by these Terms.**

**Please note: Section 19 of these Terms contains an arbitration clause and class action waiver that applies to all claims brought against Airbnb in the United States. It affects how disputes with Airbnb are resolved. By accepting these Terms, you agree to be bound by this arbitration clause and class action waiver. Please read it carefully.**

**You can access the European Commission's online dispute resolution platform here: http://ec.europa.eu/consumers/odr. Please note that Airbnb is not committed nor obliged to use an alternative dispute resolution entity to resolve disputes with consumers.**

Last Updated: January 21, 2019

Thank you for using Airbnb!

These Terms constitute a legally binding agreement ("**Agreement**") between you and Airbnb (as defined below) governing your access to and use of the Airbnb website, including any subdomains thereof, and any other websites through which Airbnb makes its services available (collectively, "**Site**"), our mobile, tablet and other smart device applications, and application program interfaces (collectively, "**Application**") and all associated services (collectively, "**Airbnb Services**"). The Site, Application and Airbnb Services together are hereinafter collectively referred to as the "**Airbnb Platform**". Our Host Guarantee Terms, Guest Refund Policy, Nondiscrimination Policy and other Policies applicable to your use of the Airbnb Platform are incorporated by reference into this Agreement.

When these Terms mention "**Airbnb**," "**we**," "**us**," or "**our**," it refers to Airbnb Ireland UC ("**Airbnb Ireland**"), The Watermarque Building, South Lotts Road,

Ringsend, Dublin 4, Ireland. .

If you change your country of residence or establishment to a country outside of the EEA, the Airbnb company you contract with and the applicable Terms of Service will be determined by your new country of residence or establishment as specified in the Terms of Service for Non-European Users, from the date on which your country of residence or establishment changes.

Our collection and use of personal information in connection with your access to and use of the Airbnb Platform is described in our Privacy Policy.

Any and all payment processing services through or in connection with your use of the Airbnb Platform ("**Payment Services**") are provided to you by one or more Airbnb Payments entities (individually and collectively, as appropriate, "**Airbnb Payments**") as set out in the Payments Terms of Service ("**Payments Terms**").

Hosts alone are responsible for identifying, understanding, and complying with all laws, rules and regulations that apply to their Listings and Host Services (as defined below). For example, some cities have laws that restrict their ability to host paying guests for short periods or provide certain Host Services. In many cities, Hosts may have to register, get a permit or obtain a license before providing certain Host Services (such as preparing food, serving alcohol for sale, guiding tours or operating a vehicle). Host are alone responsible for identifying and obtaining any required licenses, permits, or registrations for any Host Services they offer. Certain types of Host Services may be prohibited altogether. Penalties may include fines or other enforcement. We provide some information in our Help Center to help you identify some of the obligations that apply to you. If you have questions about how local laws apply to your Listing(s) and Host Service(s) on Airbnb, you should always seek legal guidance.

## Table of Contents

1. Scope of Airbnb Services
2. Eligibility, Using the Airbnb Platform, Member Verification
3. Modification of these Terms
4. Account Registration
5. Content
6. Service Fees
7. Terms specific for Hosts
8. Terms specific for Guests
9. Booking Modifications, Cancellations and Refunds, Resolution Center
10. Ratings and Reviews
11. Damage to Accommodations, Disputes between Members
12. Rounding off, Currency conversion
13. Taxes
14. Prohibited Activities
15. Term and Termination, Suspension and other Measures

16. Disclaimers
17. Liability
18. Indemnification
19. Dispute Resolution
20. Feedback
21. Applicable Law and Jurisdiction
22. General Provisions

## 1. Scope of Airbnb Services

1.1 The Airbnb Platform is an online marketplace that enables registered users ("**Members**") and certain third parties who offer services (Members and third parties who offer services are "**Hosts**" and the services they offer are "**Host Services**") to publish such Host Services on the Airbnb Platform ("**Listings**") and to communicate and transact directly with Members that are seeking to book such Host Services (Members using Host Services are "**Guests**"). Host Services may include the offering of vacation or other properties for use ("**Accommodations**"), single or multi-day activities in various categories ("**Experiences**"), access to unique events and locations ("**Events**"), and a variety of other travel and non-travel related services.

1.2 As the provider of the Airbnb Platform, Airbnb does not own, create, sell, resell, provide, control, manage, offer, deliver, or supply any Listings or Host Services, nor is Airbnb an organiser or retailer of travel packages under Directive (EU) 2015/2302. Hosts alone are responsible for their Listings and Host Services. When Members make or accept a booking, they are entering into a contract directly with each other. Airbnb is not and does not become a party to or other participant in any contractual relationship between Members, nor is Airbnb a real estate broker or insurer. Airbnb is not acting as an agent in any capacity for any Member, except as specified in the Payments Terms.

1.3 While we may help facilitate the resolution of disputes, Airbnb has no control over and does not guarantee (i) the existence, quality, safety, suitability, or legality of any Listings or Host Services, (ii) the truth or accuracy of any Listing descriptions, Ratings, Reviews, or other Member Content (as defined below), or (iii) the performance or conduct of any Member or third party. Airbnb does not endorse any Member, Listing or Host Services. Any references to a Member being "verified" (or similar language) only indicate that the Member has completed a relevant verification or identification process and nothing else. Any such description is not an endorsement, certification or guarantee by Airbnb about any Member, including of the Member's identity or background or whether the Member is trustworthy, safe or suitable. You should always exercise due diligence and care when deciding whether to stay in an Accommodation, participate in an Experience or Event or use other Host Services, accept a booking request from a Guest, or communicate and interact with other Members, whether online or in person. Verified Images (as defined below) are intended only to indicate a photographic representation of a Listing at the time the photograph was taken, and are therefore not an endorsement by Airbnb of any Host or

Listing.

1.4 If you choose to use the Airbnb Platform as a Host or Co-Host (as defined below), your relationship with Airbnb is limited to being an independent, third-party contractor, and not an employee, agent, joint venturer or partner of Airbnb for any reason, and you act exclusively on your own behalf and for your own benefit, and not on behalf, or for the benefit, of Airbnb. Airbnb does not, and shall not be deemed to, direct or control you generally or in your performance under these Terms specifically, including in connection with your provision of the Host Services. You acknowledge that you have complete discretion whether to list Host Services or otherwise engage in other business or employment activities.

1.5 To promote the Airbnb Platform and to increase the exposure of Listings to potential Guests, Listings and other Member Content may be displayed on other websites, in applications, within emails, and in online and offline advertisements in accordance with Section 5. To assist Members who speak different languages, Airbnb may make automated tools available to enable Members to translate Listings and other Member Content, in whole or in part, into other languages. Members are free to use these tools at their own discretion. Airbnb cannot guarantee the accuracy or quality of such translations and Members are responsible for reviewing and verifying the accuracy of such translations.

1.6 The Airbnb Platform may contain links to third-party websites or resources ("**Third-Party Services**"). Such Third-Party Services may be subject to different terms and conditions and privacy practices. Airbnb is not responsible or liable for the availability or accuracy of such Third-Party Services, or the content, products, or services available from such Third-Party Services. Links to such Third-Party Services are not an endorsement by Airbnb of such Third-Party Services.

1.7 Airbnb is not responsible for outages or disruptions of the Internet and telecommunications infrastructure which are beyond our control and can lead to interruptions in the availability of the Airbnb Platform. Airbnb may, temporarily and under consideration of the Members' legitimate interests (e.g. by providing prior notice), restrict the availability of the Airbnb Platform or certain areas or features thereof, if this is necessary in view of capacity limits, the security or integrity of our servers, or to carry out maintenance measures that ensure the proper or improved functioning of the Airbnb Platform. Section 17 (Liability) remains unaffected. Airbnb may improve, enhance and modify the Airbnb Platform and introduce new Airbnb Services from time to time. Airbnb will provide notice to Members of any changes to the Airbnb Platform, unless such changes are of minor nature without having a material effect on the parties' contractual obligations.

## 2. Eligibility, Using the Airbnb Platform, Member Verification

2.1 In order to access and use the Airbnb Platform or register an Airbnb Account you must be an individual at least 18 years old or a duly organized, validly existing business, organization or other legal entity in good standing under the laws of the country you are registered and able to enter into legally binding contracts.

2.2 You will comply with any applicable export control laws in your local jurisdiction. You also represent and warrant that (i) neither you nor your Host Service(s) are located or take place in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country, and (ii) you are not listed on any U.S. Government list of prohibited or restricted parties.

2.3 Airbnb may make access to and use of the Airbnb Platform, or certain areas or features of the Airbnb Platform, subject to certain conditions or requirements, such as completing a verification process, meeting specific quality or eligibility criteria, meeting Ratings or Reviews thresholds, or a Member's booking and cancellation history.

2.4 User verification on the Internet is difficult and we do not assume any responsibility for the confirmation of any Member's identity. Notwithstanding the above, for transparency and fraud prevention purposes, and as permitted by applicable laws, we may, but have no obligation to (i) ask Members to provide a form of government identification or other information or undertake additional checks designed to help verify the identities or backgrounds of Members, (ii) screen Members against third party databases or other sources and request reports from service providers, and (iii) where we have sufficient information to identify a Member, obtain reports from public records of criminal convictions or sex offender registrations or an equivalent version of background or registered sex offender checks in your local jurisdiction (if available).

2.5 The access to or use of certain areas and features of the Airbnb Platform may be subject to separate policies, standards or guidelines, or may require that you accept additional terms and conditions,before you can access the relevant areas or features of the Airbnb Platform. If there is a conflict between these Terms and terms and conditions applicable to a specific area or feature of the Airbnb Platform, the latter terms and conditions will take precedence with respect to your access to or use of that area or feature, unless specified otherwise in the latter terms and conditions.

2.6 If you access or download the Application from the Apple App Store, you agree to Apple's Licensed Application End User License Agreement. Some areas of the Airbnb Platform implement Google Maps/Earth mapping services, including Google Maps API(s). Your use of Google Maps/Earth is subject to the Google Maps/Google Earth Additional Terms of Service.

## 3. Modification of these Terms

Airbnb reserves the right to modify these Terms at any time in accordance

with this provision. If we make changes to these Terms, we will post the revised Terms on the Airbnb Platform and update the "Last Updated" date at the top of these Terms. We will also provide you with notice of the modifications by email at least thirty (30) days before the date they become effective. If you disagree with the revised Terms, you may terminate this Agreement with immediate effect. We will inform you about your right to terminate the Agreement in the notification email. If you do not terminate your Agreement before the date the revised Terms become effective, your continued access to or use of the Airbnb Platform will constitute acceptance of the revised Terms.

## 4. Account Registration

4.1 You must register an account ("**Airbnb Account**") to access and use certain features of the Airbnb Platform, such as publishing or booking a Listing. If you are registering an Airbnb Account for a business, organization or other legal entity, you represent and warrant that you have the authority to legally bind that entity and grant us all permissions and licenses provided in these Terms.

4.2 You can register an Airbnb Account using an email address and creating a password, or through your account with certain third-party social networking services, such as Facebook or Google ("**SNS Account**"). You have the ability to disable the connection between your Airbnb Account and your SNS Account at any time, by accessing the "Settings" section of the Airbnb Platform.

4.3 You must provide accurate, current and complete information during the registration process and keep your Airbnb Account and public Airbnb Account profile page information up-to-date at all times.

4.4 You may not register more than one (1) Airbnb Account unless Airbnb authorizes you to do so. You may not assign or otherwise transfer your Airbnb Account to another party.

4.5 You are responsible for maintaining the confidentiality and security of your Airbnb Account credentials and may not disclose your credentials to any third party. You must immediately notify Airbnb if you know or have any reason to suspect that your credentials have been lost, stolen, misappropriated, or otherwise compromised or in case of any actual or suspected unauthorized use of your Airbnb Account. You are liable for any and all activities conducted through your Airbnb Account, unless such activities are not authorized by you and you are not otherwise negligent (such as failing to report the unauthorized use or loss of your credentials).

4.6 Airbnb may enable features that allow you to authorize other Members or certain third parties to take certain actions that affect your Airbnb Account. For example, we may enable Members to link their Airbnb Accounts to businesses and take actions for those businesses, we may enable eligible Members or certain third parties to book Listings on behalf of other Members,

or we may enable Hosts to add other Members as Co-Hosts (as defined below) to help manage their Listings. These features do not require that you share your credentials with any other person. No third party is authorized by Airbnb to ask for your credentials, and you shall not request the credentials of another Member.

## 5. Content

5.1 Airbnb may enable Members to (i) create, upload, post, send, receive and store content, such as text, photos, audio, video, or other materials and information on or through the Airbnb Platform ("**Member Content**"); and (ii) access and view Member Content and any content that Airbnb itself makes available on or through the Airbnb Platform, including proprietary Airbnb content and any content licensed or authorized for use by or through Airbnb from a third party ("**Airbnb Content**" and together with Member Content, "**Collective Content**").

5.2 The Airbnb Platform, Airbnb Content, and Member Content may in its entirety or in part be protected by copyright, trademark, and/or other laws of the United States and other countries. You acknowledge and agree that the Airbnb Platform and Airbnb Content, including all associated intellectual property rights, are the exclusive property of Airbnb and/or its licensors or authorizing third-parties. You will not remove, alter or obscure any copyright, trademark, service mark or other proprietary rights notices incorporated in or accompanying the Airbnb Platform, Airbnb Content or Member Content. All trademarks, service marks, logos, trade names, and any other source identifiers of Airbnb used on or in connection with the Airbnb Platform and Airbnb Content are trademarks or registered trademarks of Airbnb in the United States and abroad. Trademarks, service marks, logos, trade names and any other proprietary designations of third parties used on or in connection with the Airbnb Platform, Airbnb Content, and/or Collective Content are used for identification purposes only and may be the property of their respective owners.

5.3 You will not use, copy, adapt, modify, prepare derivative works of, distribute, license, sell, transfer, publicly display, publicly perform, transmit, broadcast or otherwise exploit the Airbnb Platform or Collective Content, except to the extent you are the legal owner of certain Member Content or as expressly permitted in these Terms. No licenses or rights are granted to you by implication or otherwise under any intellectual property rights owned or controlled by Airbnb or its licensors, except for the licenses and rights expressly granted in these Terms.

5.4 Subject to your compliance with these Terms, Airbnb grants you a limited, non-exclusive, non-sublicensable, revocable, non-transferable license to (i) download and use the Application on your personal device(s); and (ii) access and view any Collective Content made available on or through the Airbnb Platform and accessible to you, solely for your personal and non-commercial use.

5.5 By uploading, posting or otherwise making available any Member Content on or through the Airbnb Platform, you grant to Airbnb a non-exclusive, worldwide, royalty-free, irrevocable, perpetual (or for the term of the protection), sub-licensable and transferable license to such Member Content to access, use, store, copy, modify, prepare derivative works of, distribute, publish, transmit, stream, broadcast, and otherwise exploit in any manner such Member Content to provide and/or promote the Airbnb Platform, in any media or platform. Insofar as Member Content (including Verified Images) includes personal information, such Member Content will only be used for these purposes if such use complies with applicable data protection laws in accordance with our Privacy Policy. Unless you provide specific consent, Airbnb does not claim any ownership rights in any Member Content and nothing in these Terms will be deemed to restrict any rights that you may have to use or exploit your Member Content.

5.6 Airbnb may offer Hosts the option of having professional photographers take photographs of their Host Services, which are made available by the photographer to Hosts to include in their Listings with or without a watermark or tag bearing the words "Airbnb.com Verified Photo" or similar wording ("**Verified Images**"). You are responsible for ensuring that your Host Service is accurately represented in the Verified Images and you will stop using the Verified Images on or through the Airbnb Platform if they no longer accurately represent your Listing, if you stop hosting the Host Service featured, or if your Airbnb Account is terminated or suspended for any reason. You acknowledge and agree that Airbnb shall have the right to use any Verified Images in accordance with Section 5.5 for advertising, marketing or publicity purposes, including limited use by permitted third parties, in any media or platform. Where Airbnb is not the exclusive owner of Verified Images, by using such Verified Images on or through the Airbnb Platform, you grant to Airbnb an exclusive, worldwide, royalty-free, irrevocable, perpetual (or for the term of the protection), sub-licensable and transferable license to use such Verified Images for advertising, marketing or publicity purposes in any media or platform. Airbnb in turn grants you a limited, non-exclusive, non-sublicensable, revocable, non-transferable license to use Verified Images outside of the Airbnb Platform solely for your personal and non-commercial use.

5.7 You are solely responsible for all Member Content that you make available on or through the Airbnb Platform. Accordingly, you represent and warrant that: (i) you either are the sole and exclusive owner of all Member Content that you make available on or through the Airbnb Platform or you have all rights, licenses, consents and releases that are necessary to grant to Airbnb the rights in and to such Member Content, as contemplated under these Terms; and (ii) neither the Member Content nor your posting, uploading, publication, submission or transmittal of the Member Content or Airbnb's use of the Member Content (or any portion thereof) as contemplated under these Terms will infringe, misappropriate or violate a third party's patent, copyright, trademark, trade secret, moral rights or other proprietary or

intellectual property rights, or rights of publicity or privacy, or result in the violation of any applicable law or regulation.

5.8 You will not post, upload, publish, submit or transmit any Member Content that: (i) is fraudulent, false, misleading (directly or by omission or failure to update information) or deceptive; (ii) is defamatory, libelous, obscene, pornographic, vulgar or offensive; (iii) promotes discrimination, bigotry, racism, hatred, harassment or harm against any individual or group; (iv) is violent or threatening or promotes violence or actions that are threatening to any other person or animal; (v) promotes illegal or harmful activities or substances; or (vi) violates Airbnb's Content Policy or any other Airbnb policy. Airbnb may remove or disable access to any Member Content that is in violation of applicable law, these Terms or Airbnb's then-current Policies or Standards, or otherwise may be harmful or objectionable to Airbnb, its Members, third parties, or property. Where Airbnb removes or disables Member Content, Airbnb will notify a Member and provide the reasons for such a measure, unless such notification would (i) prevent or impede the detection or prevention of fraud or other illegal activities, (ii) harm the legitimate interests of other Members or third parties, or (ii) contravene applicable laws. You may appeal such a decision by contacting customer service.

5.9 Airbnb respects copyright law and expects its Members to do the same. If you believe that any content on the Airbnb Platform infringes copyrights you own, please notify us in accordance with our Copyright Policy.

## 6. Service Fees

6.1 Airbnb may charge fees to Hosts ("**Host Fees**") and/or Guests ("**Guest Fees**") (collectively, "**Service Fees**") in consideration for the use of the Airbnb Platform. More information about when Service Fees apply and how they are calculated can be found on our Service Fees page.

6.2 Any applicable Service Fees (including any applicable Taxes) will be displayed to a Host or Guest prior to publishing or booking a Listing. Airbnb reserves the right to change the Service Fees at any time, and will provide Members adequate notice of any fee changes before they become effective. Such fee changes will not affect any bookings made prior to the effective date of the fee change.

6.3 You are responsible for paying any Service Fees that you owe to Airbnb. The applicable Service Fees (including any applicable Taxes) are collected by Airbnb Payments. Airbnb Payments will deduct any Host Fees from the Listing Fee before remitting the payout to the Host. Any Guest Fees are included in the Total Fees collected by Airbnb Payments. Except as otherwise provided on the Airbnb Platform, Service Fees are non-refundable.

## 7. Terms specific for Hosts

**7.1 Terms applicable to all Listings**

7.1.1 When creating a Listing through the Airbnb Platform you must (i) provide complete and accurate information about your Host Service (such as listing description, location, and calendar availability), (ii) disclose any deficiencies, restrictions (such as house rules) and requirements that apply (such as any minimum age, proficiency or fitness requirements for an Experience) and (iii) provide any other pertinent information requested by Airbnb. You are responsible for keeping your Listing information (including calendar availability) up-to-date at all times.

7.1.2 You are solely responsible for setting a price (including any Taxes if applicable, or charges such as cleaning fees) for your Listing ("**Listing Fee**"). Once a Guest requests a booking of your Listing, you may not request that the Guest pays a higher price than in the booking request.

7.1.3 Any terms and conditions included in your Listing, in particular in relation to cancellations, must not conflict with these Terms or the relevant cancellation policy for your Listing.

7.1.4 Airbnb may enable certain Hosts to participate in its "**Open Homes Program**." The Open Homes Program enables Hosts to provide Listings to certain Guests, such as refugees or evacuees, for free. You acknowledge that if you choose to participate in the Open Homes Program, your ability to restrict your Listing to certain Guests, such as Guests with previous positive Reviews, may be limited.

7.1.5 Pictures, animations or videos (collectively, "**Images**") used in your Listings must accurately reflect the quality and condition of your Host Services. Airbnb reserves the right to require that Listings have a minimum number of Images of a certain format, size and resolution.

7.1.6 The placement and ranking of Listings in search results on the Airbnb Platform may vary and depend on a variety of factors, such as Guest search parameters and preferences, Host requirements, price and calendar availability, number and quality of Images, customer service and cancellation history, Reviews and Ratings, type of Host Service, and/or ease of booking. More information about the factors that determine how your Listing appears in search results can be found on our help center.

7.1.7 When you accept or have pre-approved a booking request by a Guest, you are entering into a legally binding agreement with the Guest and are required to provide your Host Service(s) to the Guest as described in your Listing when the booking request is made. You also agree to pay the applicable Host Fee and any applicable Taxes.

7.1.8 Airbnb recommends that Hosts obtain appropriate insurance for their Host Services. Please review any respective insurance policy carefully, and in particular make sure that you are familiar with and understand any exclusions to, and any deductibles that may apply for, such insurance policy,

including, but not limited to, whether or not your insurance policy will cover the actions or inactions of Guests (and the individuals the Guest has booked for, if applicable) while staying at your Accommodation or participating in your Experience, Event or other Host Service.

## 7.2 Listing Accommodations

7.2.1 Unless expressly allowed by Airbnb, you may not list more than one Accommodation per Listing.

7.2.2 If you choose to require a security deposit for your Accommodation, you must specify this in your Listing ("**Security Deposit**"). Hosts are not allowed to ask for a Security Deposit (i) after a booking has been confirmed or (ii) outside of the Airbnb Platform.

7.2.3 Any Listing you post and the booking of, or a Guest's stay at, an Accommodation shall (i) not breach any agreements you have entered into with any third parties, such as homeowners association, condominium, or other agreements, and (ii) comply with all applicable laws (such as zoning laws), Tax requirements, and other rules and regulations (including having all required permits, licenses and registrations).

## 7.3 Listing Experiences, Events and other Host Services

Hosts who list Experiences, Events and Host Services other than Accommodations agree to and are subject to the Additional Terms for Experience Hosts.

## 7.4 Co-Hosts

7.4.1 Airbnb may enable Hosts to authorize other Members ("**Co-Hosts**") to administer the Host's Listing(s), and to bind the Host and take certain actions in relation to the Listing(s) as permitted by the Host, such as accepting booking requests, messaging and welcoming Guests, and updating the Listing Fee and calendar availability (collectively, "**Co-Host Services**"). Any agreement formed between Host and Co-Host may not conflict with these Terms, the Payments Terms, or any other Policies applicable to your Host Service(s). Co-Hosts may only act in an individual capacity and not on behalf of a company or other organization, unless expressly authorized by Airbnb. Airbnb reserves the right, in our sole discretion, to limit the number of Co-Hosts a Host may invite for each Listing and to limit the number of Listings a Co-Host may manage.

7.4.2 Hosts should exercise due diligence and care when deciding who to add as a Co-Host to their Listing(s). Hosts are responsible and liable for any and all Listings and Member Content published on the Airbnb Platform created by a Co-Host on their behalf. Further, Hosts remain responsible and liable for their own acts and omissions, including, but not limited to, conduct that causes harm or damage to the Co-Host(s). Co-Hosts remain responsible and liable for their own acts and omissions when engaging in their roles and

responsibilities as a Co-Host, including, but not limited to, conduct that causes harm or damage to the Host. In addition, both Host and Co-Host are jointly responsible and severally liable for third party claims, including Guest claims, arising from the acts and omissions of the other person as related to hosting activities, communications with Guests, and the provision of any Co-Host Services.

7.4.3 Unless agreed otherwise by Host and Co-Host, Host and Co-Host may terminate the Co-Host agreement at any time. In addition, both Host and Co-Host acknowledge that their Co-hosting relationship will terminate in the event that Airbnb (i) terminates the Co-Host service or (ii) terminates either party's participation in the Co-Host service. When the Co-Host agreement is terminated, the Host will remain responsible for all of the Co-Host's actions prior to the termination, including the responsibility to fulfill any pending or future bookings initiated prior to the termination, except in the event of gross misconduct or malicious behavior of the Co-Host. When a Member is removed as a Co-Host, that Member will no longer have access to any Host or Guest information related to the applicable Host's Listing(s).

7.4.4 As a Co-Host, you will not be reviewed by Guests, meaning that your Co-Host activities will not affect your Reviews or Ratings for other Listings for which you are a Host. Instead, the Host of such Listing(s) will be reviewed by Guests (including potentially on the basis of the Co-Host's conduct and performance). Hosts acknowledge that Reviews and Ratings from Guests for their Listing(s) may be impacted by a Co-Host's conduct and performance.

## 8. Terms specific for Guests

### 8.1 Terms applicable to all bookings

8.1.1 Subject to meeting any requirements (such as completing any verification processes) set by Airbnb and/or the Host, you can book a Listing available on the Airbnb Platform by following the respective booking process. All applicable fees, including the Listing Fee, Security Deposit (if applicable), Guest Fee and any applicable Taxes (collectively, "**Total Fees**") will be presented to you prior to booking a Listing. You agree to pay the Total Fees for any booking requested in connection with your Airbnb Account.

8.1.2 Upon receipt of a booking confirmation from Airbnb, a legally binding agreement is formed between you and your Host, subject to any additional terms and conditions of the Host that apply, including in particular the applicable cancellation policy and any rules and restrictions specified in the Listing. Airbnb Payments will collect the Total Fees at the time of the booking request or upon the Host's confirmation pursuant to the Payments Terms. For certain bookings, Guests may be required to pay or have the option to pay in multiple installments.

8.1.3 If you book a Host Service on behalf of additional guests, you are required to ensure that every additional guest meets any requirements set by

the Host, and is made aware of and agrees to these Terms and any terms and conditions, rules and restrictions set by the Host. If you are booking for an additional guest who is a minor, you represent and warrant that you are legally authorized to act on behalf of the minor. Minors may only participate in an Experience, Event or other Host Service if accompanied by an adult who is responsible for them.

8.1.4 Airbnb may enable a Guest who is booking a Listing on behalf of one or more additional guests (the "**Organizer**") to split the payment of the Total Fees for an eligible booking on a pro-rata basis between the Organizer and at least one other additional guest (each a "**Co-Payer**") (the "**Group Payment Service**"). In order to participate in the Group Payment Service, each Co-Payer must have or register an Airbnb Account prior to making a payment. All payments via the Group Payment Service are handled by Airbnb Payments and are subject to the Group Payment Terms of Service.

## 8.2 Booking Accommodations

8.2.1 You understand that a confirmed booking of an Accommodation ("**Accommodation Booking**") is a limited license granted to you by the Host to enter, occupy and use the Accommodation for the duration of your stay, during which time the Host (only where and to the extent permitted by applicable law) retains the right to re-enter the Accommodation, in accordance with your agreement with the Host.

8.2.2 You agree to leave the Accommodation no later than the checkout time that the Host specifies in the Listing or such other time as mutually agreed upon between you and the Host. If you stay past the agreed upon checkout time without the Host's consent ("**Overstay**"), you no longer have a license to stay in the Accommodation and the Host is entitled to make you leave in a manner consistent with applicable law. In addition, you agree to pay, if requested by the Host, for each twenty-four (24) hour period (or any portion thereof) that you Overstay, an additional nightly fee of up to two (2) times the average nightly Listing Fee originally paid by you to cover the inconvenience suffered by the Host, plus all applicable Guest Fees, Taxes, and any legal expenses incurred by the Host to make you leave (collectively, "**Overstay Fees**"). Overstay Fees for late checkouts on the checkout date that do not impact upcoming bookings may be limited to the additional costs incurred by the Host as a result of such Overstay. If you Overstay at an Accommodation, you authorize Airbnb (via Airbnb Payments) to charge you to collect Overstay Fees. A Security Deposit, if required by a Host, may be applied to any Overstay Fees due for a Guest's Overstay.

## 8.3 Booking Experiences, Events and other Host Services

8.3.1 You should carefully review the description of any Experience, Event or other Host Service you intend to book to ensure you (and any additional guests you are booking for) meet any minimum age, proficiency, fitness or other requirements which the Host has specified in their Listing. At your sole

discretion you may want to inform the Host of any medical or physical conditions, or other circumstances that may impact your and any additional guest's ability to participate in any Experience, Event or other Host Service. In addition, certain laws, like the minimum legal drinking age in the location of the Experience, Event or other Host Service, may also apply.

8.3.2 Before and during an Experience, Event or other Host Service you must at all times adhere to the Hosts' instructions.

8.3.3 You may not bring any additional individuals to an Experience, Event or other Host Service unless such an individual was added by you as an additional guest during the booking process on the Airbnb Platform.

**8.4 Airbnb Travel Credits**

Airbnb Travel Credits may be redeemed for eligible bookings via the Airbnb Platform as specified in the terms and conditions provided with the Travel Credit. You may only redeem Airbnb Travel Credits after the Airbnb Travel Credits are reflected in your Airbnb Account.

## 9. Booking Modifications, Cancellations and Refunds, Resolution Center

9.1 Hosts and Guests are responsible for any modifications to a booking that they make via the Airbnb Platform or direct Airbnb customer service to make ("**Booking Modifications**"), and agree to pay any additional Listing Fees, Host Fees or Guest Fees and/or Taxes associated with such Booking Modifications.

9.2 Guests can cancel a confirmed booking at any time pursuant to the Listing's cancellation policy set by the Host, and Airbnb Payments will refund the amount of the Total Fees due to the Guest in accordance with such cancellation policy. Unless extenuating circumstances exist, any portion of the Total Fees due to the Host under the applicable cancellation policy will be remitted to the Host by Airbnb Payments pursuant to the Payments Terms.

9.3 If a Host cancels a confirmed booking, the Guest will receive a full refund of the Total Fees for such booking. In some instances, Airbnb may allow the Guest to apply the refund to a new booking, in which case Airbnb Payments will credit the amount against the Guest's subsequent booking at the Guest's direction. Further, Airbnb may publish an automated review on the Listing cancelled by the Host indicating that a booking was cancelled. In addition, Airbnb may (i) keep the calendar for the Listing unavailable or blocked for the dates of the cancelled booking, and/or (ii) impose a cancellation fee, unless the Host has a valid reason for cancelling the booking pursuant to Airbnb's Extenuating Circumstances Policy or has legitimate concerns about the Guest's behavior.

9.4 For Experiences, Events and other Host Services, if weather poses a safety risk to Guests, or if it prevents a Host from carrying out a Host Service

that takes place primarily outdoors, Hosts may cancel the Host Service. Hosts may also cancel the Host Service if other conditions exist that would prevent the Host from offering the Host Service safely.

9.5 In certain circumstances, Airbnb may cancel a pending or confirmed booking on behalf of a Host or Guest and initiate corresponding refunds and payouts. This may be for reasons set forth in Airbnb's Extenuating Circumstances Policy or for the reasons set out in Section 15 of these Terms. Where Airbnb cancels a booking, Airbnb will, notify Members and provide the reasons for such a measure, unless such notification would (i) prevent or impede the detection or prevention of fraud or other illegal activities, (ii) harm the legitimate interests of other Members or third parties, or (iii) contravene applicable laws. You may appeal a cancellation by contacting customer service.

9.6 If a Guest who books an Accommodation suffers a Travel Issue as defined in the Guest Refund Policy, Airbnb may determine to refund the Guest part or all of the Total Fees in accordance with the Guest Refund Policy. If a Guest who books an Experience, Event or other Host Service suffers a Travel Issue as defined in the Experiences Guest Refund Policy, Airbnb may determine, in its sole discretion, to refund the Guest part or all of the Total Fees in accordance with the Experiences Guest Refund Policy.

9.7 If a Guest or Airbnb cancels a confirmed booking, and the Guest receives a refund in accordance with the Guest Refund Policy, Experiences Guest Refund Policy, Extenuating Circumstances Policy, or the applicable cancellation policy set by the Host and mentioned in the Listing, after the Host has already been paid, Airbnb Payments will be entitled to recover the amount of any such refund from the Host, including by subtracting such refund amount out from any future Payouts due to the Host.

9.8 Except as otherwise set out in these Terms, Members may use the Resolution Center to send or request money for refunds, additional Host Services, Co-Host Services or Damage Claims related to bookings. You agree to pay all amounts sent through the Resolution Center in connection with your Airbnb Account, and Airbnb Payments will handle all such payments.

## 10. Ratings and Reviews

10.1 Within a certain timeframe after completing a booking, Guests and Hosts can leave a public review ("**Review**") and submit a star rating ("**Rating**") about each other. Ratings or Reviews reflect the opinions of individual Members and do not reflect the opinion of Airbnb. Ratings and Reviews are not verified by Airbnb for accuracy and may be incorrect or misleading.

10.2 Ratings and Reviews by Guests and Hosts must be accurate and may not contain any offensive or defamatory language. Ratings and Reviews are subject to Section 5 and must comply with Airbnb's Content Policy and

Extortion Policy.

10.3 Members are prohibited from manipulating the Ratings and Reviews system in any manner, such as instructing a third party to write a positive or negative Review about another Member.

10.4 Ratings and Reviews are part of a Member's public profile and may also be surfaced elsewhere on the Airbnb Platform (such as the Listing page) together with other relevant information such as number of bookings, number of cancellations, average response time and other information.

## 11. Damage to Accommodations, Disputes between Members

11.1 As a Guest, you are responsible for leaving the Accommodation (including any personal or other property located at the Accommodation) in the condition it was in when you arrived. You are responsible for your own acts and omissions and are also responsible for the acts and omissions of any individuals whom you invite to, or otherwise provide access to, the Accommodation, excluding the Host (and the individuals the Host invites to the Accommodation, if applicable).

11.2 If a Host claims and provides evidence that you as a Guest have culpably damaged an Accommodation or any personal or other property at an Accommodation ("**Damage Claim**"), the Host can seek payment from you through the Resolution Center. If a Host escalates a Damage Claim to Airbnb, you will be given an opportunity to respond. If you agree to pay the Host, or Airbnb determines under consideration of any applicable statutory rules on the burden of proof that you are responsible for the Damage Claim, Airbnb via Airbnb Payments will, after the end of your stay, collect any such sums from you and/or against the Security Deposit (if applicable) required to cover the Damage Claim pursuant to the Payments Terms. Airbnb also reserves the right to otherwise collect payment from you and pursue any remedies available to Airbnb in this regard in situations in which you are responsible for a Damage Claim, including, but not limited to, in relation to any payment requests made by Hosts under the Airbnb Host Guarantee. You may appeal a decision taken by Airbnb on the basis of this Section 11.2 by contacting customer support. Any decisions made by Airbnb in relation to a Damage Claim do not affect your contractual or statutory rights. Your right to take legal action before a court of law remains unaffected.

11.3 Members agree to cooperate with and assist Airbnb in good faith, and to provide Airbnb with such information and take such actions as may be reasonably requested by Airbnb, in connection with any Damage Claims or other complaints or claims made by Members relating to (i) Accommodations or any personal or other property located at an Accommodation (including, without limitation, payment requests made under the Airbnb Host Guarantee), (ii) Experiences, (iii) Co-Host agreements, or (iv) a Group Payment Booking. A Member shall, upon Airbnb's reasonable request and at

no cost to the Member, participate in mediation or a similar resolution process with another Member, which process will be conducted by Airbnb or a third party selected by Airbnb or its insurer, with respect to losses for which a Member is requesting payment from Airbnb (including but not limited to payments under the Airbnb Host Guarantee). Members are entitled to terminate their participation in the mediation or similar resolution process at any time. A Member's right to take legal action before a court of law remains unaffected.

## 12. Rounding off

Airbnb generally supports payment amounts that are payable from or to Guests or Hosts to the smallest unit supported by a given currency (i.e., U.S. cents, Euro cents or other supported currencies). Where Airbnb's third-party payment services provider does not support payments in the smaller unit supported by a given currency, Airbnb may, in its sole discretion, round up or round down the displayed amounts that are payable from or to Guests or Hosts to the nearest whole functional base unit in which the currency is denominated (i.e. to the nearest dollar, Euro or other supported currency); for example, Airbnb may round up an amount of $101.50 to $102.00, and round down an amount of $101.49 to $101.00.

## 13. Taxes

13.1 As a Host you are solely responsible for determining your obligations to report, collect, remit or include in your Listing Fees any applicable VAT or other indirect sales taxes, occupancy tax, tourist or other visitor taxes or income taxes ("**Taxes**").

13.2 Tax regulations may require us to collect appropriate Tax information from Hosts, or to withhold Taxes from payouts to Hosts, or both. If a Host fails to provide us with the required documentation under applicable law (e.g. a tax number) to alleviate our obligation (if any) to withhold Taxes from payouts to you, we reserve the right to withhold payouts up to the tax-relevant amount as required by law until resolution.

13.3 You understand that any appropriate governmental agency, department and/or authority ("**Tax Authority**") where your Accommodation is located may require Taxes to be collected from Guests or Hosts on Listing Fees, and to be remitted to the respective Tax Authority. The laws in jurisdictions may vary, but these Taxes may be required to be collected and remitted as a percentage of the Listing Fees set by Hosts, a set amount per day, or other variations, and are sometimes called "transient occupancy taxes," "hotel taxes," "lodging taxes," "city taxes," "room taxes" or "tourist taxes" ("**Occupancy Taxes**").

13.4 In certain jurisdictions, Airbnb may decide in its sole discretion to facilitate collection and remittance of Occupancy Taxes from or on behalf of Guests or Hosts, in accordance with these Terms ("**Collection and**

**Remittance**") if such jurisdiction asserts Airbnb or Hosts have an Occupancy Tax collection and remittance obligation. In any jurisdiction in which we decide to facilitate direct Collection and Remittance, you hereby instruct and authorize Airbnb (via Airbnb Payments) to collect Occupancy Taxes from Guests on the Host's behalf at the time Listing Fees are collected, and to remit such Occupancy Taxes to the Tax Authority. In other jurisdictions Airbnb may decide in its sole discretion to collect Occupancy Taxes and remit such Taxes to eligible and qualifying Hosts, based on tax information supplied by the Host, for ultimate reporting and remittance by such Host to the Tax Authority ("**Pass-Through Tax Feature**"). Such Hosts using the Pass-Through Tax Feature will be solely responsible for informing Airbnb about the correct Occupancy Tax amount to be collected from the Guest in accordance with applicable law and directly remitting the Occupancy Taxes to the relevant Tax Authority. Airbnb does not assume any liability for the failure of a participating Host to comply with any applicable tax reporting or remittance obligations.The amount of Occupancy Taxes, if any, collected and remitted by Airbnb will be visible to and separately stated to both Guests and Hosts on their respective transaction documents. Where Airbnb is facilitating Collection and Remittance, Hosts are not permitted to collect any Occupancy Taxes being collected by Airbnb relating to their Accommodations in that jurisdiction.

13.5 Guests and Hosts agree that we may seek additional amounts from you in the event that the Taxes collected and/or remitted are insufficient to fully discharge your obligations to the Tax Authority, and agree that your sole remedy for Occupancy Taxes collected is a refund of Occupancy Taxes collected by Airbnb from the applicable Tax Authority in accordance with applicable procedures set by that Tax Authority.

13.6 Airbnb reserves the right, with prior notice to Hosts, to cease the Collection and Remittance in any jurisdiction for any reason at which point Hosts and Guests are once again solely responsible and liable for the collection and/or remittance of any and all Occupancy Taxes that may apply to Accommodations in that jurisdiction.

## 14. Prohibited Activities

14.1 You are solely responsible for compliance with any and all laws, rules, regulations, and Tax obligations that may apply to your use of the Airbnb Platform. In connection with your use of the Airbnb Platform, you will not and will not assist or enable others to:

- breach or circumvent any applicable laws or regulations, agreements with third-parties, third-party rights, or our Terms, Policies or Standards;
- use the Airbnb Platform or Collective Content for any commercial or other purposes that are not expressly permitted by these Terms or in a manner that falsely implies Airbnb endorsement, partnership or otherwise misleads others as to your affiliation with Airbnb;
- copy, store or otherwise access or use any information, including

personally identifiable information about any other Member, contained on the Airbnb Platform in any way that is inconsistent with Airbnb's Privacy Policy or these Terms or that otherwise violates the privacy rights of Members or third parties;

- use the Airbnb Platform in connection with the distribution of unsolicited commercial messages ("spam");
- offer, as a Host, any Accommodation that you do not yourself own or have permission to make available as a residential or other property through the Airbnb Platform;
- unless Airbnb explicitly permits otherwise, book any Listing if you will not actually be using the Host Services yourself;
- contact another Member for any purpose other than asking a question related to your own booking, Listing, or the Member's use of the Airbnb Platform, including, but not limited to, recruiting or otherwise soliciting any Member to join third-party services, applications or websites, without our prior written approval;
- use the Airbnb Platform to request, make or accept a booking independent of the Airbnb Platform, to circumvent any Service Fees or for any other reason;
- request, accept or make any payment for Listing Fees outside of the Airbnb Platform or Airbnb Payments. If you do so, you: (i) accept all risks and responsibility for such payment, and (ii) hold Airbnb harmless from any liability for such payment;
- discriminate against or harass anyone on the basis of race, national origin, religion, gender, gender identity, physical or mental disability, medical condition, marital status, age or sexual orientation, or otherwise engage in any violent, harmful, abusive or disruptive behavior;
- misuse or abuse any Listings or services associated with the Airbnb Open Homes program;
- use, display, mirror or frame the Airbnb Platform or Collective Content, or any individual element within the Airbnb Platform, Airbnb's name, any Airbnb trademark, logo or other proprietary information, or the layout and design of any page or form contained on a page in the Airbnb Platform, without Airbnb's express written consent;
- dilute, tarnish or otherwise harm the Airbnb brand in any way, including through unauthorized use of Collective Content, registering and/or using Airbnb or derivative terms in domain names, trade names, trademarks or other source identifiers, or registering and/or using domains names, trade names, trademarks or other source identifiers that closely imitate or are confusingly similar to Airbnb domains, trademarks, taglines, promotional campaigns or Collective Content;
- use any robots, spider, crawler, scraper or other automated means or processes to access, collect data or other content from or otherwise interact with the Airbnb Platform for any purpose;
- avoid, bypass, remove, deactivate, impair, descramble, or otherwise attempt to circumvent any technological measure implemented by Airbnb or any of Airbnb's providers or any other third party to protect the Airbnb Platform;

attempt to decipher, decompile, disassemble or reverse engineer any of the software used to provide the Airbnb Platform;

- take any action that damages or adversely affects, or could damage or adversely affect the performance or proper functioning of the Airbnb Platform;
- export, re-export, import, or transfer the Application except as authorized by United States law, the export control laws of your jurisdiction, and any other applicable laws; or
- violate or infringe anyone else's rights or otherwise cause harm to anyone.

14.2 You acknowledge that Airbnb has no general obligation to monitor Member Content nor to actively seek facts or circumstances indicating illegal activity, but has the right to review, disable access to, or edit any Member Content, in order to (i) operate, secure and improve the security of the Airbnb Platform (including without limitation for fraud prevention, risk assessment, investigation and customer support purposes); (ii) ensure Members' compliance with these Terms; (iii) comply with applicable law or the order or requirement of a court, law enforcement or other administrative agency or governmental body; (iv) respond to Member Content that it determines is harmful or objectionable; or (v) as otherwise set forth in these Terms. Members agree to cooperate with and assist Airbnb in good faith, and to provide Airbnb with such information and take such actions as may be reasonably requested by Airbnb with respect to any investigation undertaken by Airbnb or a representative of Airbnb regarding the use or abuse of the Airbnb Platform.

14.3 If you feel that any Member you interact with, whether online or in person, is acting or has acted inappropriately, including but not limited to anyone who (i) engages in offensive, violent or sexually inappropriate behavior, (ii) you suspect of stealing from you, or (iii) engages in any other disturbing conduct, you should immediately report such person to the appropriate authorities and then to Airbnb by contacting us with your police station and report number (if available). You agree that any report you make will not obligate us to take any action (beyond that required by law, if any).

## 15. Term and Termination, Suspension and other Measures

15.1 This Agreement shall be effective until such time when you or Airbnb terminate the Agreement in accordance with this provision.

15.2 You may terminate this Agreement at any time by sending us an email. If you cancel your Airbnb Account as a Host, any confirmed booking(s) will be automatically cancelled and your Guests will receive a full refund. If you cancel your Airbnb Account as a Guest, any confirmed booking(s) will be automatically cancelled and any refund will depend upon the terms of the Listing's cancellation policy.

15.3 Without limiting our rights specified below, Airbnb may terminate this

Agreement for convenience at any time by giving you thirty (30) days' notice via email to your registered email address.

15.4 Airbnb may immediately, without notice, terminate this Agreement and/or stop providing access to the Airbnb Platform if (i) you have materially breached your obligations under these Terms, the Payments Terms, our Policies or Standards, (ii) you have violated applicable laws, regulations or third party rights, or (iii) such action is necessary to protect the personal safety or property of Airbnb, its Members, or third parties (for example in the case of fraudulent behavior of a Member).

15.5 In addition, Airbnb may take any of the following measures (i) to comply with applicable law, or the order or request of a court, law enforcement or other administrative agency or governmental body, or if (ii) you have breached these Terms, the Payments Terms, our Policies or Standards, applicable laws, regulations, or third party rights, (iii) you have provided inaccurate, fraudulent, outdated or incomplete information during the Airbnb Account registration, Listing process or thereafter, (iv) you and/or your Listings or Host Services at any time fail to meet any applicable quality or eligibility criteria, (v) you have repeatedly received poor Ratings or Reviews or Airbnb otherwise becomes aware of or has received complaints about your performance or conduct, (vi) you have repeatedly cancelled confirmed bookings or failed to respond to booking requests without a valid reason, or (vii) such action is necessary to protect the personal safety or property of Airbnb, its Members, or third parties, or to prevent fraud or other illegal activity:

- refuse to surface, delete or delay any Listings, Ratings, Reviews, or other Member Content;
- cancel any pending or confirmed bookings;
- limit your access to or use of the Airbnb Platform;
- temporarily or permanently revoke any special status associated with your Airbnb Account;
- temporarily or in case of severe or repeated offenses permanently suspend your Airbnb Account and stop providing access to the Airbnb Platform.

In case of non-material breaches and where appropriate, you will be given notice of any intended measure by Airbnb and an opportunity to resolve the issue to Airbnb's reasonable satisfaction.

15.6 If we take any of the measures described above (i) we may refund your Guests in full for any and all confirmed bookings that have been cancelled, irrespective of preexisting cancellation policies, and (ii) you will not be entitled to any compensation for pending or confirmed bookings that were cancelled.

15.7 When this Agreement has been terminated, you are not entitled to a restoration of your Airbnb Account or any of your Member Content. If your access to or use of the Airbnb Platform has been limited or your Airbnb Account has been suspended or this Agreement has been terminated by us,

you may not register a new Airbnb Account or access and use the Airbnb Platform through an Airbnb Account of another Member.

15.8 If Airbnb takes any of the measures described in this Section 15 you may appeal such a decision by contacting our customer service.

## 16. Disclaimers

**Intentionally left blank**

## 17. Liability

**Airbnb is liable under statutory provisions for intent and gross negligence by us, our legal representatives, directors, or other vicarious agents. The same applies to the assumption of guarantees or any other strict liability, or in case of a culpable injury to life, limb, or health. Airbnb is liable for any negligent breaches of essential contractual obligations by us, our legal representatives, directors, or other vicarious agents; such liability is limited to the typically occurring foreseeable damages. Essential contractual obligations are such duties of Airbnb in whose proper fulfilment you regularly trust and must trust for the proper execution of the contract. Any additional liability of Airbnb is excluded.**

## 18. Indemnification

To the maximum extent permitted by applicable law, you agree to release, defend (at Airbnb's option), indemnify, and hold Airbnb and its affiliates and subsidiaries, including but not limited to, Airbnb Payments, and their officers, directors, employees and agents, harmless from and against any claims, liabilities, damages, losses, and expenses, including, without limitation, reasonable legal and accounting fees, arising out of or in any way connected with (i) your breach of these Terms or our Policies or Standards, (ii) your improper use of the Airbnb Platform or any Airbnb Services, (iii) your interaction with any Member, stay at an Accommodation, participation in an Experience, Event or other Host Service, participation in the Group Payment Service, including without limitation any injuries, losses or damages (whether compensatory, direct, incidental, consequential or otherwise) of any kind arising in connection with or as a result of such interaction, stay, participation or use, or (iv) your breach of any laws, regulations or third party rights. The indemnification obligation according to this Section 18 only applies if and to the extent that the claims, liabilities, damages, losses, and expenses have been adequately caused by your culpable breach of a contractual obligation.

## 19. Dispute Resolution and Arbitration Agreement

19.1 This Dispute Resolution and Arbitration Agreement shall apply if you bring any claim against Airbnb in the United States (to the extent not in conflict with Section 21).

19.2 *Overview of Dispute Resolution Process.* Airbnb is committed to participating in a consumer-friendly dispute resolution process. To that end, these Terms provide for a two-part process for individuals to whom Section 19.1 applies: (1) an informal negotiation directly with Airbnb's customer service team, and (2) a binding arbitration administered by the American Arbitration Association ("**AAA**") using its specially designed Consumer Arbitration Rules (as modified by this Section 19 and except as provided in Section 19.6). Specifically, the Consumer Arbitration Rules provide:

- Claims can be filed with AAA online (www.adr.org);
- Arbitrators must be neutral and no party may unilaterally select an arbitrator;
- Arbitrators must disclose any bias, interest in the result of the arbitration, or relationship with any party;
- Parties retain the right to seek relief in small claims court for certain claims, at their option;
- The initial filing fee for the consumer is capped at $200;
- The consumer gets to elect the hearing location and can elect to participate live, by phone, video conference, or, for claims under $25,000, by the submission of documents;
- The arbitrator can grant any remedy that the parties could have received in court to resolve the party's individual claim.

19.3 *Pre-Arbitration Dispute Resolution and Notification.* Prior to initiating an arbitration, you and Airbnb each agree to notify the other party of the dispute and attempt to negotiate an informal resolution to it first. We will contact you at the email address you have provided to us; you can contact Airbnb's customer service team by emailing us. If after a good faith effort to negotiate one of us feels the dispute has not and cannot be resolved informally, the party intending to pursue arbitration agrees to notify the other party via email prior to initiating the arbitration. In order to initiate arbitration, a claim must be filed with the AAA and the written Demand for Arbitration (available at www.adr.org) provided to the other party, as specified in the AAA Rules.

**19.4 *Agreement to Arbitrate*. You and Airbnb mutually agree that any dispute, claim or controversy arising out of or relating to these Terms or the applicability, breach, termination, validity, enforcement or interpretation thereof, or to the use of the Airbnb Platform, the Host Services, the Group Payment Service, or the Collective Content (collectively, "Disputes") will be settled by binding individual arbitration (the "Arbitration Agreement"). If there is a dispute about whether this Arbitration Agreement can be enforced or applies to our Dispute, you and Airbnb agree that the arbitrator will decide that issue.**

19.5 *Exceptions to Arbitration Agreement.* You and Airbnb each agree that the following claims are exceptions to the Arbitration Agreement and will be brought in a judicial proceeding in a court of competent jurisdiction: (i) Any claim related to actual or threatened infringement, misappropriation or violation of a party's copyrights, trademarks, trade secrets, patents, or other

intellectual property rights; (ii) Any claim seeking emergency injunctive relief based on exigent circumstances (e.g., imminent danger or commission of a crime, hacking, cyber-attack).

19.6 *Arbitration Rules and Governing Law*. This Arbitration Agreement evidences a transaction in interstate commerce and thus the Federal Arbitration Act governs the interpretation and enforcement of this provision. The arbitration will be administered by AAA in accordance with the Consumer Arbitration Rules and/or other AAA arbitration rules determined to be applicable by the AAA (the "**AAA Rules**") then in effect, except as modified here. The AAA Rules are available at www.adr.org or by calling the AAA at 1–800–778–7879.

19.7 *Modification to AAA Rules - Arbitration Hearing/Location*. In order to make the arbitration most convenient to you, Airbnb agrees that any required arbitration hearing may be conducted, at your option, (a) in the county where you reside; (b) in San Francisco County; (c) in any other location to which you and Airbnb both agree; (d) via phone or video conference; or (e) for any claim or counterclaim under $25,000, by solely the submission of documents to the arbitrator.

19.8 *Modification of AAA Rules - Attorney's Fees and Costs*. You and Airbnb agree that Airbnb will be responsible for payment of the balance of any initial filing fee under the AAA Rules in excess of $200 for claims of $75,000 or less. You may be entitled to seek an award of attorney fees and expenses if you prevail in arbitration, to the extent provided under applicable law and the AAA rules. Unless the arbitrator determines that your claim was frivolous or filed for the purpose of harassment, Airbnb agrees it will not seek, and hereby waives all rights it may have under applicable law or the AAA Rules, to recover attorneys' fees and expenses if it prevails in arbitration.

19.9 *Arbitrator's Decision*. The arbitrator's decision will include the essential findings and conclusions upon which the arbitrator based the award. Judgment on the arbitration award may be entered in any court with proper jurisdiction. The arbitrator may award declaratory or injunctive relief only on an individual basis and only to the extent necessary to provide relief warranted by the claimant's individual claim.

**19.10 *Jury Trial Waiver*. You and Airbnb acknowledge and agree that we are each waiving the right to a trial by jury as to all arbitrable Disputes.**

**19.11 *No Class Actions or Representative Proceedings*. You and Airbnb acknowledge and agree that, to the fullest extent permitted by law, we are each waiving the right to participate as a plaintiff or class member in any purported class action lawsuit, class-wide arbitration, private attorney-general action, or any other representative proceeding as to all Disputes. Further, unless you and Airbnb both otherwise agree in writing, the arbitrator may not consolidate more than one party's claims and may not otherwise preside over any form of any class or representative proceeding. If the "class action lawsuit" waiver or the**

**"class-wide arbitration" waiver in this Section 19.11 is held unenforceable with respect to any Dispute, then the entirety of the Arbitration Agreement will be deemed void with respect to such Dispute and the Dispute must proceed in court. If the "private attorney general action" waiver or the "representative proceeding" waiver in this Section 19.11 is held unenforceable with respect to any Dispute, those waivers may be severed from this Arbitration Agreement and you and Airbnb agree that any private attorney general claims and representative claims in the Dispute will be severed and stayed, pending the resolution of any arbitrable claims in the Dispute in individual arbitration.**

19.12 *Severability*. Except as provided in Section 19.11, in the event that any portion of this Arbitration Agreement is deemed illegal or unenforceable, such provision shall be severed and the remainder of the Arbitration Agreement shall be given full force and effect.

19.13 *Changes*. Notwithstanding the provisions of Section 3 ("Modification of these Terms"), if Airbnb changes this Section 19 ("Dispute Resolution and Arbitration Agreement") after the date you last accepted these Terms (or accepted any subsequent changes to these Terms), you may reject any such change by sending us written notice (including by email) within thirty (30) days of the date such change became effective, as indicated in the "Last Updated" date above or in the date of Airbnb's email to you notifying you of such change. Rejecting a new change, however, does not revoke or alter your prior consent to any earlier agreements to arbitrate any Dispute between you and Airbnb (or your prior consent to any subsequent changes thereto), which will remain in effect and enforceable as to any Dispute between you and Airbnb.

19.14 *Survival*. Except as provided in Section 19.12, this Section 19 will survive any termination of these Terms and will continue to apply even if you stop using the Airbnb Platform or terminate your Airbnb Account.

## 20. Feedback

We welcome and encourage you to provide feedback, comments and suggestions for improvements to the Airbnb Platform ("**Feedback**"). You may submit Feedback by emailing us, through the "Contact" section of the Airbnb Platform, or by other means of communication. Any Feedback you submit to us will be considered non-confidential and non-proprietary to you. By submitting Feedback to us, you grant us a non-exclusive, worldwide, royalty-free, irrevocable, sub-licensable, perpetual license to use and publish those ideas and materials for any purpose, without compensation to you.

## 21. Applicable Law and Jurisdiction

These Terms are governed by and construed in accordance with Irish law. If you are acting as a consumer and if mandatory statutory consumer protection regulations in your country of residence contain provisions that are

more beneficial for you, such provisions shall apply irrespective of the choice of Irish law. As a consumer, you may bring any judicial proceedings relating to these Terms before the competent court of your place of residence or the competent court of Airbnb's place of business in Ireland. If Airbnb wishes to enforce any of its rights against you as a consumer, we may do so only in the courts of the jurisdiction in which you are a resident. If you are acting as a business, you agree to submit to the exclusive jurisdiction of the Irish courts.

## 22. General Provisions

22.1 Except as they may be supplemented by additional terms and conditions, policies, guidelines or standards, these Terms constitute the entire Agreement between Airbnb and you pertaining to the subject matter hereof, and supersede any and all prior oral or written understandings or agreements between Airbnb and you in relation to the access to and use of the Airbnb Platform.

22.2 No joint venture, partnership, employment, or agency relationship exists between you and Airbnb as a result of this Agreement or your use of the Airbnb Platform.

22.3 These Terms do not and are not intended to confer any rights or remedies upon any person other than the parties.

22.4 If any provision of these Terms is held to be invalid or unenforceable, such provision will be struck and will not affect the validity and enforceability of the remaining provisions.

22.5 Airbnb's failure to enforce any right or provision in these Terms will not constitute a waiver of such right or provision unless acknowledged and agreed to by us in writing. Except as expressly set forth in these Terms, the exercise by either party of any of its remedies under these Terms will be without prejudice to its other remedies under these Terms or otherwise permitted under law.

22.6 You may not assign, transfer or delegate this Agreement and your rights and obligations hereunder without Airbnb's prior written consent. Airbnb may without restriction assign, transfer or delegate this Agreement and any rights and obligations hereunder, at its sole discretion, with 30 days prior notice. Your right to terminate this Agreement at any time remains unaffected.

22.7 Unless specified otherwise, any notices or other communications to Members permitted or required under this Agreement, will be provided electronically and given by Airbnb via email, Airbnb Platform notification, or messaging service (including SMS and WeChat). If your booking is in respect of a Listing in Japan, you agree and acknowledge that such notifications via electronic means in lieu of a written statement, satisfies Airbnb's obligations under Article 59 Paragraph 1 of the Japanese Housing Accommodation Business Act.

22.8 If you have any questions about these Terms please email us.

# EXHIBIT H

Terms of Service

Nondiscrimination
Policy

**Payments Terms
of Service**

Privacy Policy

Host Guarantee

Guest Refund

Copyright Policy

Cookie Policy

Experiences Guest
Release and
Waiver

Gift Cards

Money
Transmission
License Disclosures

# Payments Terms of Service

**Please read these Payments Terms of Service ("Payments Terms") carefully as they contain important information about your legal rights, remedies and obligations. By using the Payment Services (as defined below), you agree to comply with and be bound by these Payments Terms.**

**Please note: Section 22 of these Payments Terms contains an arbitration clause and class action waiver that applies to all Airbnb Members. If your country of residence is the United States, this provision applies to all disputes with Airbnb Payments. If your country of residence is outside of the United States, this provision applies to any action you bring against Airbnb Payments in the United States. It affects how disputes with Airbnb Payments are resolved. By accepting these Payments Terms, you agree to be bound by this arbitration clause and class action waiver. Please read it carefully.**

**If your country of residence is within the European Economic Area ("EEA") you can access the European Commission's online dispute resolution platform here: http://ec.europa.eu/consumers/odr. Please note that Airbnb Payments is not committed or obliged to use an alternative dispute resolution entity to resolve disputes with consumers.**

Last Updated: January 21, 2019

These Payments Terms constitute a legally binding agreement ("**Agreement**") between you and Airbnb Payments (as defined below) governing the Payment Services (defined below) conducted through or in connection with the Airbnb Platform.

When these Payments Terms mention "**Airbnb Payments**," "**we**," "**us**," or "**our**," it refers to the Airbnb Payments company you are contracting with for Payment Services, which may be Airbnb Payments, Inc. ("**Airbnb Payments US**"), Airbnb Payments UK Ltd. ("**Airbnb Payments UK**"), Airbnb Internet (Beijing) Co., Ltd. ("**Airbnb China**"), Airbnb Payments India Pvt. Ltd.

("**Airbnb Payments India**"), Airbnb Payments Australia Pty. Ltd. ("**Airbnb Payments Australia**"), or Airbnb Payments Luxembourg S.A. ("**Airbnb Payments Luxembourg**").

Your contracting entity will be determined based on your country of residence subject to the exceptions described in the following:

| Country of residence | Contracting entity |
|---|---|
| United States | Airbnb Payments US |
| European Union | Airbnb Payments Luxembourg or Airbnb Payments UK for all transactions on and after March 25, 2019, as notified to you at the time of checkout or by other appropriate means. |
| China (for purposes of these Payments Terms, does not include Hong Kong, Macau and Taiwan) | Airbnb China except: <ul><li>where you book a Host Service outside of China; or</li><li>when you create a Listing located outside of China; or</li><li>you book a Listing in China with a Host who is not a resident of China,</li></ul> in which cases you are contracting with Airbnb Payments UK for that transaction. |
| India | Airbnb Payments India except: <ul><li>where you book a Host Service located outside of India; or</li><li>create a listing outside of India,</li></ul> in which case you are contracting with Airbnb Payments UK. <br><br> Notwithstanding anything to the contrary in this table, if you create a Listing in India, the following rules apply: <ul><li>if you accept a booking from a Guest who is a resident of India, regardless of your country of residence, you are contracting with Airbnb Payments India; and</li><li>if you accept a booking from a Guest who is not a resident of India, regardless of your country of residence, you are</li></ul> |

contracting with Airbnb Payments UK.

| Australia | Airbnb Payments UK, except where you book a Host Service located inside or outside of Australia, in which case you are contracting with Airbnb Payments Australia. |
| --- | --- |
| All other countries | Airbnb Payments UK |

If you change your country of residence, the Airbnb company you contract with will generally be determined by your new country of residence as specified above, from the date on which your country of residence changes. Please note, however, that the Airbnb Payments company with which you contract will stay the same for all bookings made prior to your change of residence.

The Airbnb Terms of Service ("**Airbnb Terms**") separately govern your use of the Airbnb Platform. All capitalized terms have the meaning set forth in the Airbnb Terms unless otherwise defined in these Payments Terms.

In certain situations, customers may be required to enter into unique payment processing agreements with Airbnb Payments. To the extent that there is a conflict between these Payment Terms and terms and conditions set forth in any relevant payment processing agreement, the latter terms and conditions will take precedence, unless specified otherwise.

Our collection and use of personal information in connection with your access to and use of the Payment Services is described in Airbnb's Privacy Policy.

## Table of Contents

1. Scope and Use of the Payment Services
2. Key Definitions
3. Modification of these Payments Terms
4. Eligibility, Member Verification
5. Account Registration
6. Payment Methods and Payout Methods
7. Financial Terms for Hosts
8. Financial Terms for Guests
9. Appointment of Airbnb Payments as Limited Payment Collection Agent
10. General Financial Terms
11. Security Deposits
12. Currency Conversion
13. Abandoned Property
14. Prohibited Activities
15. Intellectual Property Ownership, Rights Notices
16. Feedback

17. Disclaimers
18. Liability
19. Indemnification
20. Termination, Suspension, and other Measures
21. Applicable Law and Jurisdiction
22. Dispute Resolution and Arbitration Agreement
23. General Provisions
24. Additional Clauses for Users Contracting with Airbnb Payments UK
25. Additional Clauses for Users Contracting with Airbnb Payments Luxembourg
26. Additional Clauses for Users that are Businesses
27. Contacting Airbnb Payments

## 1. Scope and Use of the Payment Services

1.1 Airbnb Payments provides payments services to Members, including payment collection services, payments and payouts, in connection with and through the Airbnb Platform ("**Payment Services**"). Please note that "Payment Services" include Airbnb Payments services associated with free Listings provided through Airbnb's Open Homes Program.

1.2 Airbnb Payments may temporarily and under consideration of the Members' legitimate interests (e.g., by providing prior notice), restrict the availability of the Payment Services, or certain services or features thereof, to carry out maintenance measures that ensure the proper or improved functioning of the Payment Services. Airbnb Payments may improve, enhance and modify the Payment Services and introduce new Payment Services from time to time. Airbnb Payments will provide notice to Members of any changes to the Payment Services, unless such changes do not materially increase the Members' contractual obligations or decrease the Members' rights under these Payments Terms.

1.3 The Payment Services may contain links to third-party websites or resources ("**Third-Party Services**"). Such Third-Party Services are subject to different terms and conditions and privacy practices and Members should review them independently. Airbnb Payments is not responsible or liable for the availability or accuracy of such Third-Party Services, or the content, products, or services available from such Third-Party Services. Links to such Third-Party Services are not an endorsement by Airbnb Payments of such Third-Party Services.

1.4 You may not use the Payment Services except as authorized by United States law, the laws of the jurisdiction that is your country of residence, and any other applicable laws. In particular, but without limitation, the Payment Services may not be used to send or receive funds: (i) into any United States embargoed countries; or (ii) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Department of Commerce's Denied Persons List or Entity List. You represent and warrant that: (i) neither you nor your Host Services are located or take place in a country that is

subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country; and (ii) you are not listed on any U.S. Government list of prohibited or restricted parties. In addition to complying with the above, you must also comply with any relevant export control laws in your local jurisdiction.

1.5 Your access to or use of certain Payment Services may be subject to, or require you to accept, additional terms and conditions. If there is a conflict between these Payments Terms and terms and conditions applicable for a specific Payment Service, the latter terms and conditions will take precedence with respect to your use of or access to that Payment Service, unless specified otherwise.

## 2. Key Definitions

"**Payout**" means a payment initiated by Airbnb Payments to a Member for services (such as Listing Fees) performed in connection with the Airbnb Platform.

"**Payment Method**" means a financial instrument that you have added to your Airbnb Account, such as a credit card, debit card, or PayPal account.

"**Payout Method**" means a financial instrument that you have added to your Airbnb Account, such as a PayPal account, direct deposit, a prepaid card, or a debit card (where available).

## 3. Modification of these Payments Terms

Airbnb Payments reserves the right to modify these Payments Terms at any time in accordance with this provision. If we make changes to these Payments Terms, we will post the revised Payments Terms on the Airbnb Platform and update the "Last Updated" date at the top of these Payments Terms. We will also provide you with notice by email of the modification at least thirty (30) days before the date they become effective, however, Members contracting with Airbnb Payments UK, Airbnb Payments Luxembourg or Airbnb Payments Australia will receive notice at least two (2) months prior to the effective date. If you disagree with the revised Payments Terms, you may terminate this Agreement with immediate effect. We will inform you about your right of refusal and your right to terminate this Agreement in the notification email. If you do not terminate your Agreement before the date the revised Terms become effective, your continued use of the Payment Services will constitute acceptance of the revised Payments Terms.

## 4. Eligibility, Member Verification

4.1 You must be at least 18 years old and able to enter into legally binding contracts to use the Payment Services. By using the Payment Services you represent and warrant that you are 18 or older.

4.2 Airbnb Payments may make access to and use of certain areas or features of the Payment Services subject to certain conditions or requirements, such as completing a verification process or meeting specific eligibility criteria.

4.3 We may make inquiries we consider necessary to help verify or check your identity or prevent fraud. Towards this end, you authorize Airbnb Payments to screen you against third party databases or other sources and request reports from service providers. In some jurisdictions, we have a legal obligation to collect identity information to comply with anti-money laundering regulations. This may include (i) asking you to provide a form of government identification (e.g., driver's license or passport), your date of birth, your address, and other information; (ii) requiring you to take steps to confirm ownership of your email address, Payment Methods or Payout Methods; or (iii) attempting to screen your information against third-party databases. Airbnb Payments reserves the right to close, suspend, or limit access to the Payment Services in the event we are unable to obtain or verify any of this information.

## 5. Account Registration

5.1 In order to use the Payment Services, you must have an Airbnb Account in good standing. If you or Airbnb closes your Airbnb Account for any reason, you will no longer be able to use the Payment Services.

5.2 You may authorize a third party to use your Airbnb Account in accordance with the Airbnb Terms. You acknowledge and agree that anyone you authorize to use your Airbnb Account may use the Payment Services on your behalf and that you will be responsible for any payments made by such person.

## 6. Payment Methods and Payout Methods

6.1 When you add a Payment Method or Payout Method to your Airbnb Account, you will be asked to provide customary billing information such as name, billing address, and financial instrument information either to Airbnb Payments or its third-party payment processor(s). You must provide accurate, current, and complete information when adding a Payment Method or Payout Method, and it is your obligation to keep your Payment Method and Payout Method up-to-date at all times. The information required for Payout Methods will depend on the particular Payout Method and may include:

- Your residential address, name on the account, account type, routing number, account number, email address, payout currency, identification number and account information associated with a particular payment processor.

6.2 When you add or use a new Payment Method, Airbnb Payments may verify the Payment Method by authorizing a nominal amount or by

authenticating your account via a third-party payment service provider. For further verification, we may also (i) authorize your Payment Method for one or two additional nominal amounts,and ask you to confirm these amounts, or (ii) require you to upload a billing statement. We may, and retain the right to, initiate refunds of these amounts from your Payout Method. When you add a Payment Method during checkout, we will automatically save that Payment Method to your Airbnb Account so it can be used for a future transaction.

6.3 Please note that Payment Methods and Payout Methods may involve the use of third-party payment service providers. These service providers may charge you additional fees when processing payments and Payouts in connection with the Payment Services (including deducting charges from the Payout amount), and Airbnb Payments is not responsible for any such fees and disclaims all liability in this regard. Your Payment Method or Payout Method may also be subject to additional terms and conditions imposed by the applicable third-party payment service provider; please review these terms and conditions before using your Payment Method or Payout Method.

6.4 You authorize Airbnb Payments to store your Payment Method information and charge your Payment Method as outlined in these Payments Terms. If your Payment Method's account information changes (e.g., account number, routing number, expiration date) as a result of re-issuance or otherwise, we may acquire that information from our financial services partner or your bank and update your Payment Method on file in your Airbnb Account.

6.5 You are solely responsible for the accuracy and completeness of your Payment Method and Payout Method information. Airbnb Payments is not responsible for any loss suffered by you as a result of incorrect Payment Method or Payout Method information provided by you.

6.6. If your Contracting Entity's location is different than the country of your Payment Method or your selected currency is different than your Payment Method's billing currency, your payment may be processed outside your country of residence. For example, if you make a booking using a U.S.-issued card, but select Euro as your currency, your payment may be processed outside the U.S. Banks and credit card companies may impose international transaction fees and foreign exchange fees on such international transactions. In addition, if you select to pay with a currency that is different than your Payment Method's billing currency, your bank or credit card company may convert the payment amount to your billing currency associated with you Payment Method, based on an exchange rate and fee amount determined solely by your bank. As a result, the amount listed on your card statement may be a different amount than that shown on checkout. Please contact your bank or credit card company if you have any questions about these fees or the applicable exchange rate.

## 7. Financial Terms for Hosts

**7.1 Generally**

Generally speaking, Airbnb Payments will collect the Total Fees from a Guest at the time the Guest's booking request is accepted by the host, or at any other time mutually agreed between the Guest and Airbnb Payments.

**7.2. Payouts**

7.2.1 In order to receive a Payout you must have a valid Payout Method linked to your Airbnb Account. Airbnb Payments will generally initiate Payouts to your selected Payout Method: (i) for Accommodations, 24 hours of the Guest's scheduled check-in time (or 24 hours of 3:00 pm local time - or 3:00 pm UTC if local time is unknown - if the check-in time is flexible or not specified); (ii) for Experiences and Events, 24 hours of the start of the Experience or Event; and (iii) for all other Host Services, at the time specified via the Airbnb Platform. In certain jurisdictions or instances, Airbnb Payments may offer you a different time or trigger for payment. For example, in certain cases, eligible Hosts may be able to receive a Payout for a booking prior to the Guest's scheduled check-in. Any such alternative Payout option may be subject to additional terms and conditions.

7.2.2 The time it takes to receive Payouts once released by Airbnb Payments may depend upon the Payout Method you select and the Payout Method provider's processing schedule. Airbnb Payments may delay or cancel any Payout for purposes of preventing unlawful activity or fraud, risk assessment, security, or investigation.

7.2.3 Your Payout for a booking will be the Listing Fee less applicable Host Fees and Taxes.

7.2.4 In the event of a Guest's cancellation of a confirmed booking, Airbnb Payments will remit a Payout of any portion of the Total Fees due to you under the applicable cancellation policy.

7.2.5 Airbnb Payments will remit your Payouts in your currency of choice, depending upon your selections via the Airbnb Platform and as further set out in Section 12. Amounts may be rounded up or down as described in the Airbnb Terms.

7.2.6 For compliance or operational reasons, Airbnb Payments may limit the value of each individual Payout. If you are due an amount above that limit, Airbnb Payments may initiate a series of Payouts (potentially over multiple days) in order to provide your full payout amount.

# 8. Financial Terms for Guests

8.1 You authorize Airbnb Payments to charge your Payment Method the Total Fees for any booking requested in connection with your Airbnb Account. Airbnb Payments will collect the Total Fees in the manner agreed between you and Airbnb Payments via the Airbnb Platform. Airbnb Payments

will generally collect the Total Fees after the Host accepts your booking request. However, if you pay with a push Payment Method (such as Sofort), Airbnb Payments will collect the Total Fees at the time of your booking request or after the Host accepts your booking request. Airbnb Payments may offer alternative options for the timing and manner of payment. For example, in some cases, Guests may be required to pay or have the option to pay for Host Services in multiple installments. Any additional fees for using offered payment options will be displayed via the Airbnb Platform and included in the Total Fees, and you agree to pay such fees by selecting the payment option. Additional terms and conditions may apply for the use of an alternative payment option. If Airbnb Payments is unable to collect the Total Fees as scheduled, Airbnb Payments will collect the Total Fees at a later point. Once the payment transaction for your requested booking is successfully completed, you will receive a confirmation email.

8.2 When you request to book a Listing, Airbnb Payments may also (i) obtain a pre-authorization via your Payment Method for the Total Fees, (ii) charge or authorize your Payment Method a nominal amount, to verify your Payment Method, or (iii) authenticate your account via a third-party payment service provider to verify your Payment Method.

8.3 If a requested booking is cancelled either because it is not accepted by the Host or you cancel the booking request before it is accepted by the Host, any amounts collected by Airbnb Payments will be refunded to you, and any pre-authorization of your Payment Method will be released (if applicable). The timing to receive the refund or for the pre-authorization to be released will vary based on the Payment Method and any applicable payment system (e.g., Visa, MasterCard, etc.) rules.

8.4 You authorize Airbnb Payments to perform the Payment Method verifications described in Sections 6 and 8, and to charge your Payment Method for any bookings made in connection with your Airbnb Account. You hereby authorize Airbnb Payments to collect any amounts due,by charging the Payment Method provided at checkout, either directly by Airbnb Payments or indirectly, via a third-party online payment processor, and/or by one or more of the payment methods available on the Airbnb Platform (such as gift cards).

## 9. Appointment of Airbnb Payments as Limited Payment Collection Agent

9.1 Each Member collecting payment for services provided via the Airbnb Platform (such as Host Services or certain transactions facilitated through the Resolution Center) ("**Providing Member**") hereby appoints Airbnb Payments as the Providing Member's payment collection agent solely for the limited purpose of accepting funds from Members purchasing such services ("**Purchasing Members**").

9.2 Each Providing Member agrees that payment made by a Purchasing

Member through Airbnb Payments, shall be considered the same as a payment made directly to the Providing Member, and the Providing Member will provide the purchased services to the Purchasing Member in the agreed-upon manner as if the Providing Member has received the payment directly from the Purchasing Member. Each Providing Member agrees that Airbnb Payments may refund the Purchasing Member in accordance with the Airbnb Terms. Each Providing Member understands that Airbnb Payments' obligation to pay the Providing Member is subject to and conditional upon successful receipt of the associated payments from Purchasing Members. Airbnb Payments guarantees payments to Providing Members only for such amounts that have been successfully received by Airbnb Payments from Purchasing Members in accordance with these Payments Terms. In accepting appointment as the limited payment collection agent of the Providing Member, Airbnb Payments assumes no liability for any acts or omissions of the Providing Member.

9.3 Each Purchasing Member acknowledges and agrees that, notwithstanding the fact that Airbnb Payments is not a party to the agreement between you and the Providing Member, Airbnb Payments acts as the Providing Member's payment collection agent for the limited purpose of accepting payments from you on behalf of the Providing Member. Upon your payment of the funds to Airbnb Payments, your payment obligation to the Providing Member for the agreed upon amount is extinguished, and Airbnb Payments is responsible for remitting the funds to the Providing Member in the manner described in these Payments Terms, which constitute Airbnb Payments' agreement with the Purchasing Member. In the event that Airbnb Payments does not remit any such amounts, the Providing Member will have recourse only against Airbnb Payments and not the Purchasing Member directly.

## 10. General Financial Terms

### 10.1 Fees

Airbnb Payments may charge fees for use of certain Payment Services and any applicable fees will be disclosed to Members via the Airbnb Platform.

### 10.2 Payment Authorizations

**You authorize Airbnb Payments to collect from you amounts due pursuant to these Payment Terms or the Airbnb Terms. Specifically, you authorize Airbnb Payments to collect from you:**

- Any amount due to Airbnb (e.g., as a result of your bookings, Booking Modifications, cancellations, or other actions as a Guest, Co-Payer, Host or user of the Airbnb Platform), including reimbursement for costs prepaid by Airbnb on your behalf, by charging any Payment Method on file in your Airbnb Account (unless you have previously removed the authorization to charge such Payment Method(s)) or by withholding such amounts from your future Payouts. Any funds collected by Airbnb

Payments will setoff the amount owed by you to Airbnb and extinguish your obligation to Airbnb.

- Any amount due to a Providing Member from a Purchasing Member which Airbnb collects as the Providing Member's payment collection agent as further set out in Section 9 above.
- Taxes, where applicable and as set out in the Airbnb Terms.
- Any amount you pay through the Resolution Center in connection with your Airbnb Account. Airbnb Payments may do so by charging the Payment Method associated with the relevant booking, or any other Payment Method on file in your Airbnb Account (unless you have previously removed the authorization to charge such Payment Method(s)), or by withholding the amount from your future Payouts.
- Overstay Fees payable under the Airbnb Terms . In addition, Airbnb Payments may recover any costs and expenses it incurs in collecting the Overstay Fees by charging any Payment Method(s) you have on file in your Airbnb Account (unless you have previously removed the authorization to charge such Payment Method(s)).
- Any Service Fees or cancellation fees imposed pursuant to the Airbnb Terms (e.g., if, as a Host, you cancel a confirmed booking). Airbnb Payments will be entitled to recover the amount of any such fees from you, including by subtracting such refund amount out from any future Payouts due to you.
- Fees improperly paid to you as a Host. If, as a Host, your Guest cancels a confirmed booking or Airbnb decides that it is necessary to cancel a confirmed booking, and Airbnb issues a refund to the Guest in accordance with the Airbnb Terms,  Guest Refund Policy  , Experiences Guest Refund Policy, Extenuating Circumstances Policy  , or other applicable cancellation policy, you agree that in the event you have already been paid, Airbnb Payments will be entitled to recover the amount of any such refund from you, including by subtracting such refund amount out from any future Payouts due to you.
- Fees, costs and/or expenses associated with a Damage Claim, including any Security Deposit, as set out in the Airbnb Terms . If Airbnb Payments is unable to collect from your Payment Method used to make the booking, you agree that Airbnb Payments may charge any other Payment Method on file in your Airbnb Account at the time of the Damage Claim (unless you have previously removed the authorization to charge such Payment Method(s)). Airbnb Payments also reserves the right to otherwise collect payment from you and pursue any remedies available to Airbnb Payments in this regard in situations in which you are responsible for a Damage Claim pursuant to the Airbnb Terms , including, but not limited to, in relation to any payment requests made by Hosts under the Airbnb Host Guarantee.
- Fees payable by Co-Payers as part of the Group Payment Service by charging any Payment Method on file in your Airbnb Account (unless you have previously removed the authorization to charge such Payment Method(s)), or by withholding such amounts from your future Payouts. Any funds collected by Airbnb Payments will setoff the amount owed by

you to Airbnb and extinguish your obligation to Airbnb.

In addition to any amount due as outlined above, if there are delinquent amounts or chargebacks associated with your Payment Method, you may be charged fees that are incidental to our collection of these delinquent amounts and chargebacks. Such fees or charges may include collection fees, convenience fees or other third-party charges.

### 10.3 Refunds

10.3.1 Any refunds or credits due to a Member pursuant to the Airbnb Terms, Extenuating Circumstances Policy, Guest Refund Policy   , and Experiences Guest Refund Policy will be initiated and remitted by Airbnb Payments in accordance with these Payments Terms.

10.3.2 Airbnb Payments will process refunds immediately, however, the timing to receive any refund will vary based on the Payment Method and any applicable payment system (e.g., Visa, Mastercard, etc.) rules.

### 10.4 Recurring Payments

10.4.1 For certain bookings (such as for Accommodation Bookings of twenty-eight (28) nights or more), Airbnb Payments may require a Guest to make recurring, incremental payments toward the Total Fees owed ("**Recurring Payments**"). More information on Recurring Payments (including the amount and the frequency of payments) will be made available via the Airbnb Platform if applicable to a booking.

10.4.2 If Recurring Payments apply to a confirmed booking, then the Guest authorizes Airbnb Payments to collect the Total Fees, and the Host agrees that Airbnb Payments will initiate Payouts, in the increments and at the frequency agreed to and identified via the Airbnb Platform.

10.4.3 Guests may stop payment of a Recurring Payment by notifying Airbnb Payments orally or in writing at least three (3) business days before the scheduled date of the payment. Airbnb Payments may require that you give written confirmation of a stop-payment order within fourteen (14) days of an oral notification. If you fail to provide written confirmation within fourteen (14) days as requested, Airbnb Payments is not obligated to honor your request to stop any future Recurring Payments. If you have any questions regarding your Recurring Payments, please contact Airbnb Payments pursuant to Section 27.

### 10.5 Payment Processing Errors

We will take steps to rectify any payment processing errors that we become aware of. These steps may include crediting or debiting (as appropriate) the same Payout Method or Payment Method used for the original Payout to or payment by you, so that you end up receiving or paying the correct amount. This may be performed by Airbnb Payments or a third party such as your financial institution.

**10.6 Collections**

10.6.1 If Airbnb Payments is unable to collect any amounts you owe under these Payments Terms, Airbnb Payments may engage in collection efforts to recover such amounts from you.

10.6.2 Airbnb Payments will deem any owed amounts overdue when: (a) for authorized charges, one hundred and twenty (120) days have elapsed after Airbnb Payments first attempts to charge the Member's Payment Method or the associated services have been provided, whichever is later; and (b) for withholdings from a Host's future Payouts, two hundred and seventy (270) days have elapsed after the adjustment is made to the Host's account or the associated services have been provided, whichever is later.

10.6.3 Airbnb Payments will deem any overdue amounts not collected to be in default when three hundred and sixty five (365) days have elapsed: (a) for authorized charges, after Airbnb Payments first attempts to charge the Member's Payment Method or the associated services have been provided, whichever is later; and (b) for withholdings from a Host's future Payouts, after the adjustment is made to the Host's account or the associated services have been provided, whichever is later.

10.6.4 You hereby explicitly agree that all communication in relation to amounts owed will be made by electronic mail or by phone, as provided to Airbnb and/or Airbnb Payments by you. Such communication may be made by Airbnb, Airbnb Payments, or by anyone on their behalf, including but not limited to a third-party collection agent.

## 11. Security Deposits

11.1 If you as a Guest (i) agree to pay the Host in connection with a Damage Claim, or (ii) Airbnb determines that you are responsible for damaging an Accommodation or any personal or other property located at an Accommodation pursuant to the Airbnb Terms, you authorize Airbnb Payments to charge the Payment Method used to make the booking in order to collect any Security Deposit associated with the Listing, as well as any amount of the Damage Claim exceeding any Security Deposit. If the Listing does not have a Security Deposit, Airbnb Payments may charge the Payment Method used to make the booking for the amount of the Damage Claim. If we are unable to collect from your Payment Method used to make the booking, you agree that Airbnb Payments may charge any other Payment Method on file (and not otherwise unauthorized) in your Airbnb Account at the time of the Damage Claim.

11.2 Airbnb Payments also reserves the right to otherwise collect payment from you and pursue any remedies available to Airbnb Payments in situations in which you are responsible for a Damage Claim pursuant to the Airbnb Terms, including, but not limited to, in relation to any payment requests made by Hosts under the Airbnb Host Guarantee .

## 12. Currency Conversion

Airbnb Payments will process each transaction in the currency the Member selects via the Airbnb Platform. The currencies available to make and receive payments for any given transaction may be limited for regulatory or operational reasons based on factors such as the Member's selected Payment Method or Payout Method and/or the Member's country of residence or Airbnb contracting entity(ies). Any such limitations will be communicated via the Airbnb Platform, and you will be prompted to select a different currency, Payment Method or Payout Method. Note that a Member's third-party payment service provider may impose transaction, currency conversion or other fees based on the currency or Payment Method the Member selects to make or receive payments, and Airbnb Payments is not responsible for any such fees and disclaims all liability in this regard.

## 13. Abandoned Property

If we cannot initiate a Payout, refund, or pay other funds due to you for the relevant period of time set forth by your state, country, or other governing body in its unclaimed property laws, we may process the funds due to you in accordance with our legal obligations, including by submitting such funds to the appropriate governing body as required by law.

## 14. Prohibited Activities

You are solely responsible for compliance with any and all laws, rules, regulations, and Tax obligations that may apply to your use of the Payment Services. In connection with your use of the Payment Services, you may not and you agree that you will not and will not assist or enable others to:

- breach or circumvent any applicable laws or regulations, agreements with third parties, third-party rights, or the Airbnb Terms, Policies , or Standards ;
- use the Payment Services for any commercial or other purposes that are not expressly permitted by these Payments Terms;
- register or use any Payment Method or Payout Method with your Airbnb Account that is not yours or you do not have authorization to use;
- avoid, bypass, remove, deactivate, impair, descramble, or otherwise circumvent any technological measure implemented by Airbnb Payments or any of Airbnb Payments' providers or any other third party to protect the Payment Services;
- take any action that damages or adversely affects, or could damage or adversely affect, the performance or proper functioning of the Payment Services;
- attempt to decipher, decompile, disassemble, or reverse engineer any of the software used to provide the Payment Services; or
- violate or infringe anyone else's rights or otherwise cause harm to anyone.

## 15. Intellectual Property Ownership, Rights Notices

15.1 The Payment Services are protected by copyright, trademark, and other laws of the United States and foreign countries. You acknowledge and agree that the Payment Services, including all associated intellectual property rights, are the exclusive property of Airbnb, Airbnb Payments and its licensors. You will not remove, alter or obscure any copyright, trademark, service mark or other proprietary rights notices incorporated in or accompanying the Payment Services. All trademarks, service marks, logos, trade names, and any other proprietary designations of Airbnb or Airbnb Payments used on or in connection with the Payment Services are trademarks or registered trademarks of Airbnb or Airbnb Payments in the United States and abroad. Trademarks, service marks, logos, trade names, and any other proprietary designations of third parties used on or in connection with Payment Services are used for identification purposes only and may be the property of their respective owners.

15.2 You will not use, copy, adapt, modify, prepare derivative works based upon, distribute, license, sell, transfer, publicly display, publicly perform, transmit, broadcast, or otherwise exploit the Payment Services, except as expressly permitted in these Payments Terms. No licenses or rights are granted to you by implication or otherwise under any intellectual property rights owned or controlled by Airbnb, Airbnb Payments, or its licensors, except for the licenses and rights expressly granted in these Payments Terms.

## 16. Feedback

We welcome and encourage you to provide feedback, comments, and suggestions for improvements to the Payment Services ("**Feedback**"). You may submit Feedback by emailing us, through the "Contact" section of the Airbnb Platform, or pursuant to Section 27 ("**Contacting Airbnb Payments**"). Any Feedback you submit to us will be considered non-confidential and non-proprietary to you. By submitting Feedback to us, you grant us a non-exclusive, worldwide, royalty-free, irrevocable, sub-licensable, perpetual license to use and publish those ideas and materials for any purpose, without compensation to you.

## 17. Disclaimers

**17.1 If you choose to use the Payment Services, you do so voluntarily and at your sole risk. To the maximum extent permitted by law, the Payment Services are provided "as is", without warranty of any kind, either express or implied.**

**17.2 Notwithstanding Airbnb Payments' appointment as the limited payment collection agent of Providing Members for the purposes of accepting payments from Purchasing Members through the Airbnb**

Platform, Airbnb Payments explicitly disclaims all liability for any act or omission of any Member or other third party. Airbnb Payments does not have any duties or obligations as agent for each Providing Member except to the extent expressly set forth in these Payments Terms, and any additional duties or obligations as may be implied by law are, to the maximum extent permitted by applicable law, expressly excluded.

17.3 If we choose to conduct identity verification on any Member, to the extent permitted by applicable law, we disclaim warranties of any kind, either express or implied, that such checks will identify prior misconduct by a Member or guarantee that a Member will not engage in misconduct in the future.

17.4 The foregoing disclaimers apply to the maximum extent permitted by law. You may have other statutory rights or warranties which cannot lawfully be excluded. However, the duration of any statutorily required warranties shall be limited to the maximum extent (if any) permitted by law.

## 18. Liability

18.1 Except as provided in Section 18.2, you acknowledge and agree that, to the maximum extent permitted by law, the entire risk arising out of your access to and use of the Payment Services remains with you. If you permit or authorize another person to use your Airbnb Account in any way, you are responsible for the actions taken by that person. Neither Airbnb Payments nor any other party involved in creating, producing, or delivering the Payment Services will be liable for any incidental, special, exemplary, or consequential damages, including lost profits, loss of data or loss of goodwill, service interruption, computer damage or system failure or the cost of substitute products or services, or for any damages for personal or bodily injury or emotional distress arising out of or in connection with (i) these Payments Terms, (ii) from the use of or inability to use the Payment Services, or (iii) from any communications, interactions, or meetings with other Members or other persons with whom you communicate, interact, transact, or meet with as a result of your use of the Payment Services, whether based on warranty, contract, tort (including negligence), product liability, or any other legal theory, and whether or not Airbnb Payments has been informed of the possibility of such damage, even if a limited remedy set forth herein is found to have failed of its essential purpose. Except for our obligations to pay amounts to applicable Providing Members pursuant to these Payments Terms or an approved payment request under the Airbnb Host Guarantee, in no event will Airbnb Payments' aggregate liability arising out of or in connection with these Payments Terms and your use of the Payment Services including, but not limited to, from your use of or inability to use the Payment Services, exceed the amounts you have paid or owe for bookings via the Airbnb Platform as a Guest in the twelve (12)

**month period prior to the event giving rise to the liability, or if you are a Host, the amounts paid by Airbnb Payments to you in the twelve (12) month period prior to the event giving rise to the liability, or one hundred U.S. dollars (US$100), if no such payments have been made, as applicable. The limitations of damages set forth above are fundamental elements of the basis of the bargain between Airbnb Payments and you. Some jurisdictions do not allow the exclusion or limitation of liability for consequential or incidental damages, so the above limitation may not apply to you. If you reside outside of the U.S., this does not affect Airbnb Payments' liability for death or personal injury arising from its negligence, nor for fraudulent misrepresentation, misrepresentation as to a fundamental matter, or any other liability which cannot be excluded or limited under applicable law.**

**18.2 If you reside in the EU or Australia and contract with Airbnb Payments Australia, Section 18.1 does not apply, and Airbnb Payments is liable under statutory provisions for intent and gross negligence by us, our legal representatives, directors, or other vicarious agents. The same applies to the assumption of guarantees or any other strict liability, or in case of a culpable injury to life, limb, or health. Airbnb Payments is liable for any negligent breaches of essential contractual obligations by us, our legal representatives, directors, or other vicarious agents; such liability is limited to the typically occurring foreseeable damages. Essential contractual obligations are such duties of Airbnb Payments in whose proper fulfillment you regularly trust and must trust for the proper execution of the contract. Any additional liability of Airbnb Payments is excluded to the maximum extent allowed by applicable law.**

## 19. Indemnification

To the maximum extent permitted by applicable law, you agree to release, defend (at Airbnb Payments' option), indemnify, and hold Airbnb Payments and its affiliates and subsidiaries, and their officers, directors, employees, and agents, harmless from and against any claims, liabilities, damages, losses, and expenses, including, without limitation, reasonable legal and accounting fees, arising out of or in any way connected with (i) your breach of these Payments Terms; (ii) your improper use of the Payment Services; (iii) Airbnb Payments' Collection and Remittance of Occupancy Taxes; or (iv) your breach of any laws, regulations, or third-party rights. If your country of residence is in the EEA, the indemnification obligation according to this Section 19 only applies if and to the extent that the claims, liabilities, damages, losses, and expenses have been adequately caused by your culpable breach of a contractual obligation.

## 20. Termination, Suspension, and other Measures

20.1 This Agreement will continue unless and until it is terminated, suspended or other measures are taken as described in this Section 20.

20.2 You may terminate this Agreement at any time by sending us an email, or by following the termination procedures specified in the Airbnb Terms. Terminating this Agreement will also serve as notice to cancel your Airbnb Account pursuant to the Airbnb Terms. If you cancel your Airbnb Account as a Host, Airbnb Payments will provide a full refund to any Guests with confirmed booking(s). If you cancel your Airbnb Account as a Guest, Airbnb Payments will initiate a refund for any confirmed booking(s) based on the Listing's cancellation policy.

20.3 Without limiting our rights specified below, Airbnb Payments may terminate this Agreement for convenience at any time by giving you thirty (30) days' notice via email to your registered email address (or two (2) months' prior notice for Members contracting with Airbnb Payments UK or Airbnb Payments Luxembourg).

20.4 Airbnb Payments may immediately, without notice terminate this Agreement if (i) you have materially breached your obligations under this Agreement; (ii) you have provided inaccurate, fraudulent, outdated, or incomplete information; (iii) you have violated applicable laws, regulations, or third-party rights; or (iv) Airbnb Payments believes in good faith that such action is reasonably necessary to protect other Members, Airbnb, Airbnb Payments, or third parties (for example in the case of fraudulent behavior of a Member).

20.5 In addition, Airbnb Payments may limit or temporarily or permanently suspend your use of or access to the Payment Services (i) to comply with applicable law, or the order or request of a court, law enforcement, or other administrative agency or governmental body, or if (ii) you have breached these Payments Terms, the Airbnb Terms, applicable laws, regulations or third-party rights, (iii) you have provided inaccurate, fraudulent, outdated, or incomplete information regarding a Payment Method or Payout Method, (iv) any amounts you owe under these Payments Term are overdue or in default, or (v) Airbnb Payments believes in good faith that such action is reasonably necessary to protect the personal safety or property of Airbnb, its Members, Airbnb Payments, or third parties, or to prevent fraud or other illegal activity.

20.6 In case of non-material breaches and where appropriate, you will be given notice of any measure by Airbnb Payments and an opportunity to resolve the issue to Airbnb Payments' reasonable satisfaction.

20.7 If Airbnb Payments takes any of the measures described in this Section you may appeal such a decision by contacting customer service.

20.8 If you are a Host and we take any of the measures described in this Section we may refund your Guests in full for any and all confirmed bookings, irrespective of preexisting cancellation policies, and you will not be entitled to any compensation for pending or confirmed bookings that were cancelled.

20.9 If your access to or use of the Payment Services has been limited or this

Agreement has been terminated by us, you may not register a new Airbnb Account or attempt to access and use the Payment Services through other an Airbnb Account of another Member.

20.10 Unless your country of residence is in the EEA, Sections 10 and 15 to 24 of these Payments Terms shall survive any termination or expiration of this Agreement.

## 21. Applicable Law and Jurisdiction

21.1 If you are contracting with Airbnb Payments US, these Payments Terms will be interpreted in accordance with the laws of the State of California and the United States of America, without regard to conflict-of-law provisions. Judicial proceedings (other than small claims actions) that are excluded from the Arbitration Agreement in Section 23 must be brought in state or federal court in San Francisco, California, unless we both agree to some other location. You and we both consent to venue and personal jurisdiction in San Francisco, California.

21.2 If you are contracting with Airbnb China, these Payments Terms will be governed by and construed in accordance with the laws of China ("**China Laws**"). Any dispute arising from or in connection with these Payments Terms shall be submitted to the China International Economic and Trade Arbitration Commission (CIETAC) for arbitration in Beijing which shall be conducted in accordance with CIETAC's arbitration rules in effect at the time of applying for arbitration, provided that this section shall not be construed to limit any rights which Airbnb Payments may have to apply to any court of competent jurisdiction for an order requiring you to perform or be prohibited from performing certain acts and other provisional relief permitted under China Laws or any other laws that may apply to you. The arbitration proceedings shall be conducted in English. The arbitral award rendered is final and binding upon both parties.

21.3 If you are contracting with Airbnb Payments UK, these Payments Terms will be interpreted in accordance with English law. If you are acting as a consumer and if mandatory statutory consumer protection regulations in your country of residence contain provisions that are more beneficial for you, such provisions shall apply irrespective of the choice of English law. As a consumer, you may bring any judicial proceedings relating to these Payments Terms before the competent court of your place of residence or the competent court of Airbnb's place of business in England. If Airbnb Payments wishes to enforce any of its rights against you as a consumer, we may do so only in the courts of the jurisdiction in which you are a resident. If you are acting as a business, you agree to submit to the exclusive jurisdiction of the English courts.

21.4 If you are contracting with Airbnb Payments Luxembourg, these Payments Terms will be interpreted in accordance with Luxembourg law. If you are acting as a consumer and if mandatory statutory consumer

protection regulations in your country of residence contain provisions that are more beneficial for you, such provisions shall apply irrespective of the choice of Luxembourg law. As a consumer, you may bring any judicial proceedings relating to these Payments Terms before the competent court of your place of residence or the competent court of Airbnb's place of business in Luxembourg. If Airbnb Payments wishes to enforce any of its rights against you as a consumer, we may do so only in the courts of the jurisdiction in which you are a resident. If you are acting as a business, you agree to submit to the exclusive jurisdiction of the Luxembourg courts.

21.5 If you are contracting with Airbnb Payments India, these Payments Terms will be interpreted in accordance with the laws of India. Any dispute arising from or in connection with these Payments Terms shall be submitted to the International Chamber of Commerce ("**ICC**") for arbitration in New Delhi, which shall be the seat and venue of arbitration. Such arbitration shall be conducted in accordance with the arbitration rules of the ICC in effect at the time of applying for arbitration, provided that this section shall not be construed to limit any rights which Airbnb Payments may have to apply to any court of competent jurisdiction for an order requiring you to perform or be prohibited from performing certain acts and other provisional relief permitted under the laws of India or any other laws that may apply to you. In the event one or more of the parties to the dispute are non-resident, the parties agree to exclude (for the avoidance of any doubt) the applicability of the provisions of Part I (save and except Section 9, Section 27, Section 37(1)(a) and Section 37(3) thereof) of the Indian Arbitration and Conciliation Act 1996 to any arbitration under this section. The arbitration proceedings shall be conducted in English. The arbitral award rendered is final and binding upon both parties. Each party shall bear its own costs in relation to the arbitration.

21.6 If you are contracting with Airbnb Payments Australia, these Payments Terms are governed by the laws of the State of New South Wales, Australia. The parties agree to submit to the non-exclusive jurisdiction of the courts of that State and courts of appeal of that State in respect of any proceedings arising out of or in connection with this Agreement.

## 22. Dispute Resolution and Arbitration Agreement

22.1 This Dispute Resolution and Arbitration Agreement shall apply if you (i) are contracting with Airbnb Payments US; or (ii) bring any claim against any Airbnb Payments entity in the United States (to the extent not in conflict with Section 21).

22.2 *Overview of Dispute Resolution Process.* Airbnb Payments is committed to participating in a consumer-friendly dispute resolution process. To that end, these Payments Terms provide for a two-part process for individuals to whom Section 22.1 applies: (1) an informal negotiation directly with Airbnb's customer service team, and (2) a binding arbitration administered by the American Arbitration Association ("**AAA**") using its specially designed Consumer Arbitration Rules (as modified by this Section 22 and except as

provided in Section 22.6). Specifically, the Consumer Arbitration Rules provide:

- Claims can be filed with AAA online (www.adr.org);
- Arbitrators must be neutral and no party may unilaterally select an arbitrator;
- Arbitrators must disclose any bias, interest in the result of the arbitration, or relationship with any party;
- Parties retain the right to seek relief in small claims court for certain claims, at their option;
- The initial filing fee for the consumer is capped at $200;
- The consumer gets to elect the hearing location and can elect to participate live, by phone, video conference, or, for claims under $25,000, by the submission of documents; and
- The arbitrator can grant any remedy that the parties could have received in court to resolve the party's individual claim.

22.3 *Pre-Arbitration Dispute Resolution and Notification.* Prior to initiating an arbitration, you and Airbnb Payments each agree to notify the other party of the dispute and attempt to negotiate an informal resolution to it first. We will contact you at the email address you have provided to us; you can contact Airbnb's customer service team by emailing us. If after a good faith effort to negotiate one of us feels the dispute has not and cannot be resolved informally, the party intending to pursue arbitration agrees to notify the other party via email prior to initiating the arbitration. In order to initiate arbitration, a claim must be filed with the AAA and the written Demand for Arbitration (available at www.adr.org) provided to the other party, as specified in the AAA Rules.

**22.4 *Agreement to Arbitrate.* You and Airbnb Payments mutually agree that any dispute, claim or controversy arising out of or relating to these Payments Terms or the applicability, breach, termination, validity, enforcement or interpretation thereof, or to the use of the Payment Services (collectively, "Disputes") will be settled by binding individual arbitration (the "Arbitration Agreement"). If there is a dispute about whether this Arbitration Agreement can be enforced or applies to our Dispute, you and Airbnb Payments agree that the arbitrator will decide that issue.**

22.5 *Exceptions to Arbitration Agreement.* You and Airbnb Payments each agree that the following claims are exceptions to the Arbitration Agreement and will be brought in a judicial proceeding in a court of competent jurisdiction: (i) Any claim related to actual or threatened infringement, misappropriation or violation of a party's copyrights, trademarks, trade secrets, patents, or other intellectual property rights; (ii) Any claim seeking emergency injunctive relief based on exigent circumstances (e.g., imminent danger or commission of a crime, hacking, cyber-attack).

22.6 *Arbitration Rules and Governing Law.* This Arbitration Agreement evidences a transaction in interstate commerce and thus the Federal

Arbitration Act governs the interpretation and enforcement of this provision. The arbitration will be administered by AAA in accordance with the Consumer Arbitration Rules and/or other AAA arbitration rules determined to be applicable by the AAA (the "**AAA Rules**") then in effect, except as modified here. The AAA Rules are available at www.adr.org.

22.7 *Modification to AAA Rules - Arbitration Hearing/Location.* In order to make the arbitration most convenient to you, Airbnb Payments agrees that any required arbitration hearing may be conducted, at your option, (a) in the county where you reside; (b) in San Francisco County; (c) in any other location to which you and Airbnb Payments both agree; (d) via phone or video conference; or (e) for any claim or counterclaim under $25,000, by solely the submission of documents to the arbitrator.

22.8 *Modification of AAA Rules - Attorney's Fees and Costs.* You and Airbnb Payments agree that Airbnb Payments will be responsible for payment of the balance of any initial filing fee under the AAA Rules in excess of $200 for claims of $75,000 or less. You may be entitled to seek an award of attorney fees and expenses if you prevail in arbitration, to the extent provided under applicable law and the AAA rules. Unless the arbitrator determines that your claim was frivolous or filed for the purpose of harassment, Airbnb Payments agrees it will not seek, and hereby waives all rights it may have under applicable law or the AAA rules, to recover attorneys' fees and expenses if it prevails in arbitration.

22.9 *Arbitrator's Decision.* The arbitrator's decision will include the essential findings and conclusions upon which the arbitrator based the award. Judgment on the arbitration award may be entered in any court with proper jurisdiction. The arbitrator may award declaratory or injunctive relief only on an individual basis and only to the extent necessary to provide relief warranted by the claimant's individual claim.

**22.10 *Jury Trial Waiver.* You and Airbnb Payments acknowledge and agree that we are each waiving the right to a trial by jury as to all arbitrable Disputes.**

**22.11 *No Class Actions or Representative Proceedings.* You and Airbnb Payments acknowledge and agree that, to the fullest extent permitted by applicable law, we are each waiving the right to participate as a plaintiff or class member in any purported class action lawsuit, class-wide arbitration, private attorney general action, or any other representative proceeding as to all Disputes. Further, unless you and Airbnb Payments both otherwise agree in writing, the arbitrator may not consolidate more than one party's claims and may not otherwise preside over any form of any class or representative proceeding. If the "class action lawsuit" waiver or the "class-wide arbitration" waiver in this Section 22.11 is held unenforceable with respect to any Dispute, then the entirety of the Arbitration Agreement will be deemed void with respect to such Dispute and the Dispute must proceed in court. If the "private attorney general action" waiver or the "representative**

proceeding" waiver in this Section 22.11 is held unenforceable with respect to any Dispute, those waivers may be severed from this Arbitration Agreement and you and Airbnb Payments agree that any private attorney general claims and representative claims in the Dispute will be severed and stayed, pending the resolution of any arbitrable claims in the Dispute in individual arbitration.

22.12 *Severability.* Except as provided in Section 22.11, in the event that any portion of this Arbitration Agreement is deemed illegal or unenforceable, such provision shall be severed and the remainder of the Arbitration Agreement shall be given full force and effect.

22.13 *Changes.* Notwithstanding the provisions of Section 3 ("Modification of these Payments Terms"), if Airbnb Payments changes this Section 22 ("Dispute Resolution and Arbitration Agreement") after the date you last accepted these Payments Terms (or accepted any subsequent changes to these Payments Terms), you may reject any such change by sending us written notice (including by email) within thirty (30) days of the date such change became effective, as indicated in the "Last Updated" date above or in the date of Airbnb Payments' email to you notifying you of such change. By rejecting any change, you are agreeing that you will arbitrate any Dispute between you and Airbnb Payments in accordance with the provisions of the "Dispute Resolution" section as of the date you last accepted these Payments Terms (or accepted any subsequent changes to these Payments Terms).

22.14 *Survival.* Except as provided in Section 22.12 and subject to Section 20.8, this Section 22 will survive any termination of these Payments Terms and will continue to apply even if you stop using the Payment Services or terminate your Airbnb Account.

## 23. General Provisions

23.1 Except as they may be supplemented by additional terms and conditions, policies, guidelines, or standards, these Payments Terms constitute the entire Agreement between Airbnb Payments and you regarding the subject matter hereof, and supersede any and all prior oral or written understandings or agreements between Airbnb Payments and you regarding the Payment Services.

23.2 No joint venture, partnership, employment, or agency relationship exists between you or Airbnb Payments as a result of this Agreement or your use of the Payment Services.

23.3 If any provision of these Payments Terms is held to be invalid or unenforceable, such provision will be struck and will not affect the validity and enforceability of the remaining provisions.

23.4 Airbnb Payments' failure to enforce any right or provision in these Payments Terms will not constitute a waiver of such right or provision unless

acknowledged and agreed to by us in writing. Except as expressly set forth in these Payments Terms, the exercise by either party of any of its remedies under these Payments Terms will be without prejudice to its other remedies under these Payments Terms or otherwise permitted under law.

23.5 You may not assign, transfer, or delegate this Agreement and your rights and obligations hereunder without Airbnb Payments' prior written consent. Airbnb Payments may without restriction assign, transfer, or delegate this Agreement and any rights and obligations, at its sole discretion, with thirty (30) days' prior notice (or two (2) months' prior notice for Members contracting with Airbnb Payments UK or Airbnb Payments Luxembourg). Your right to terminate this Agreement at any time remains unaffected.

23.6 This Agreement does not and is not intended to confer any rights or remedies upon any person other than the parties. Notwithstanding the foregoing, the parties agree that the payment card networks are third-party beneficiaries of this Agreement for purposes of enforcing provisions related to payments, but that their consent or agreement is not necessary for any changes or modifications to this Agreement.

23.7 Unless specified otherwise, any notices or other communications permitted or required under this Agreement, will be in writing and given by Airbnb Payments via email, Airbnb Platform notification, or messaging service (including SMS and WeChat). For notices made to Members residing outside of EEA, the date of receipt will be deemed the date on which Airbnb transmits the notice.

23.8 If you are contracting with Airbnb Payments Luxembourg, this Agreement is concluded in the language as applied by the Airbnb Terms of Service and all communication undertaken during this contractual relationship shall be made in that language.

## 24. Additional Clauses for Users Contracting with Airbnb Payments UK

The following paragraphs will apply if you are contracting with Airbnb Payments UK:

### 24.1 Payment Service User

24.1.1 The Payment Services include the payment collection service provided to Hosts contracting with Airbnb Payments UK. The payment collection service constitutes a "payment service" regulated under the Payment Services Regulations and for these purposes Airbnb Payments UK treats Hosts as the "payment service user."

24.1.2 By agreeing to these Payments Terms you as Host have consented to Airbnb Payments UK's payment of each Payout to your chosen Payout Method. Hosts may change a Payout Method up to one (1) day before the time agreed for the Payout as set out in Section 7.2. Airbnb Payments UK will

be deemed to have received the Host's payment order to the Host on the same date Airbnb Payments UK agrees to initiate the Payout in accordance with Section 7.2.

24.1.3 Airbnb Payments UK will endeavor to ensure that Hosts based in the EEA will receive each Payout by the end of the business day following Airbnb Payments UK's initiation of the Payout.

24.1.4 *Communication*. Airbnb Payments will provide the Host notice via email when we initiate each Payout. We will also provide notice to a Host's registered email address if the Payout is returned to us because of an error. It is your responsibility as a Host to ensure that you provide us with a current, accurate, and valid email address.

**24.2 Resolution Procedures for Diverted Payouts**

24.2.1 If you as a Host believe that a Payout properly due to you has been or may be diverted without your permission ("**Diverted Payout**") because your password or other credentials to log into your Airbnb Account ("**Credentials**") are lost or stolen, you should notify Airbnb Payments UK pursuant to Section 27 immediately. As a Host you may be liable for losses relating to any Diverted Payout arising from the use of lost, stolen, or misappropriated Credentials (including the loss of a mobile phone on which you have installed the Application) or where you have failed to keep your Credentials safe, up to a maximum of £50. Provided that you notify us of any Diverted Payout without delay and at the very latest within 13 months of the date of the payment, you may be entitled to a refund of that payment.

24.2.2 We will not be liable for any loss arising from: (i) Diverted Payouts where you acted fraudulently or where, with intent or gross negligence, you failed to use the Airbnb Platform and/or Payment Services in accordance with the Airbnb Terms or these Payments Terms (including the obligation to keep your Credentials safe); (ii) or any payout transaction which we facilitated in accordance with information provided by you where the information you provided was incorrect.

24.2.3 If you as Host claim not to have received a Payout properly due to you via your chosen Payout Method, Airbnb Payments UK will (if requested) make immediate efforts to trace the payment and will notify you of the outcome. Unless we can prove that the payment was received by you via your chosen Payout Method, we will refund the amount.

24.2.4 Any complaints about the Payment Services should be made to Airbnb Payments UK pursuant to Section 27. Complaints that are made in accordance with this section that relate to the provision of Payment Services by Airbnb Payments UK will be eligible for referral to the Financial Ombudsman and will be subject to the Rules of the Financial Ombudsman Service. The UK Financial Ombudsman Service offer a free complaints resolution service to individuals, micro-enterprises, small charities, and trustees of small trusts. You can contact the UK Financial Ombudsman by (i)

telephone from inside the UK: 0300 123 9123 or 0800 023 4567; from other countries: +44 20 7964 0500, on Monday to Friday, 8am to 8pm and on Saturday 9am to 1pm; (ii) post: South Quay Plaza, 183 Marsh Wall, London E14 9SR; or (iii) email: enquiries@financial-ombudsman.org.uk. The UK Financial Ombudsman Service is also available in a number of different languages and if you need it you will be put in touch with a translator when you contact the UK Financial Ombudsman Service.

**24.3 Installment Feature for Users with Brazil As Country of Residence**

Section 8, "**Financial Terms for Guests**", shall be amended by adding the following subsection: "*You acknowledge that if your Airbnb Account is located in Brazil and you are paying by credit card, you may pay for your booking in multiple installments as long as your credit card supports installments and is issued in Brazil. The number of installments may vary, but will be presented to you before you complete your booking transaction. You acknowledge that the Total Fees may be increased when you choose to pay for your booking in installments. Your use of the installment feature is subject to additional terms and conditions imposed by us, as well as terms and conditions imposed by the applicable third-party payment service provider.*"

## 25. Additional Clauses for Users Contracting with Airbnb Payments Luxembourg

The following paragraphs will apply if you are contracting with Airbnb Payments Luxembourg:

**25.1 Payment Service User**

25.1.1 The Payment Services include the payment service provided to Hosts contracting with Airbnb Payments Luxembourg. The Payment Services constitute "payment services" regulated under the modified Law of 10 November 2009 on payment services ("**Law of 2009**") and for these purposes Airbnb Payments Luxembourg treats Hosts as the "payment service user" according to the Law of 2009.

25.1.2 By agreeing to these Payments Terms you as Host have consented to Airbnb Payments Luxembourg's payment of each Payout to your chosen Payout Method. Hosts may change a Payout Method up to one (1) day before the time agreed for the Payout as set out in Section 7.2. Airbnb Payments Luxembourg will be deemed to have received the Host's payment order to the Host on the same date Airbnb Payments Luxembourg agrees to initiate the Payout in accordance with Section 7.2.

25.1.3 In the relation between you and Airbnb Payments Luxembourg, the legal provisions relating to the form of and procedure for giving consent to the initiation of a payment order or the execution of a payment transaction and the withdrawal of such consent such as Articles 81 and 93 of the Law 2009 on payment services shall apply at any time.

25.1.4 Airbnb Payments Luxembourg will endeavor to ensure that Hosts based in the EEA will receive each Payout by the end of the business day following Airbnb Payments Luxembourg's initiation of the Payout.

25.1.5 *Communication.* Airbnb Payments will provide the Host notice via email when we initiate each Payout. We will also provide notice to a Host's registered email address if the Payout is returned to us because of an error. It is your responsibility as a Host to ensure that you provide us with a current, accurate, and valid email address.

**25.2 Resolution Procedures for Diverted Payouts**

25.2.1 If you as a Host believe that a Payout is a Diverted Payout because your Credentials are lost or stolen or in case of an unauthorized, incorrectly initiated or incorrectly executed payment transaction, you should notify Airbnb Payments Luxembourg pursuant to Section 27 immediately. As a Host you may be liable for losses relating to any Diverted Payout arising from the use of lost, stolen, or misappropriated Credentials (including the loss of a mobile phone on which you have installed the Application) or where you have failed to keep your Credentials safe, up to a maximum of 50€. Provided that you notify us of any Diverted Payout without delay and at the very latest within 13 months following the debit date, you may be entitled to a refund of that payment.

25.2.2 We will not be liable for any loss arising from: (i) Diverted Payouts where you acted fraudulently or where, with intent or gross negligence, you failed to use the Airbnb Platform and/or Payment Services in accordance with the Airbnb Terms or these Payments Terms (including the obligation to keep your Credentials safe); (ii) or any payout transaction which we facilitated in accordance with information provided by you where the information you provided was incorrect.

25.2.3 If you as Host claim not to have received a Payout properly due to you via your chosen Payout Method, Airbnb Payments Luxembourg will (if requested) make immediate efforts to trace the payment and will notify you of the outcome. Unless we can prove that the payment was received by you via your chosen Payout Method, we will refund the amount.

## 25.3 Out-of-court complaints

Any complaint, namely relating to any loss, theft, misappropriation or unauthorized use in connection with the Payment Services, or unauthorized or erroneous transactions can be addressed to the supervisory authority of Airbnb Payments Luxembourg, the CSSF (as defined in Section 27).

**26. Additional Clauses for Users that are Businesses**

The following paragraphs also apply if you are using the Payment Services as a representative ("**Representative**") acting on behalf a business, company or other legal entity (in such event, for purposes of the Payment

Terms, "you" and "your" will refer and apply to that business, company or other legal entity).

26.1 You accept the Payment Terms and you will be responsible for any act or omission of employees or third-party agents using the Payment Service on your behalf.

26.2 You and your Representative individually affirm that you are authorized to provide the information described in section 6 above and your Representative has the authority to bind you to these Payment Terms. We may require you to provide additional information or documentation demonstrating your Representative's authority.

26.3 You represent and warrant to us that: (i) you are duly organized, validly existing and in good standing under the laws of the country in which your business is registered and that you are registering for receiving the Payment Services; and (ii) you have all requisite right, power, and authority to enter into this Agreement, perform your obligations, and grant the rights, licenses, and authorizations in this Agreement.

26.4 If you are using your Payment Method for the benefit of your employees or other authorized third-party in connection with Airbnb for Work, as permitted by your account, you authorize Airbnb Payments to charge your Payment Method for bookings requested by employees at your company or other permitted third-party.

26.5 For any Payout Method linked to your Airbnb Account, you authorize Airbnb Payments to store the Payout Method, remit payments using the Payout Method for bookings associated with your Airbnb Account and take any other action as permitted in the Payment Terms in respect of the Payout Method.

26.6 If you handle, store or otherwise process payment card information on behalf of anyone or any third-party, you agree to comply on an ongoing basis with applicable data privacy and security requirements under the current Payment Card Industry Data Security Standard with regards to the use, access, and storage of such credit card information. For additional information, including tools to help you assess your compliance, see http://www.visa.com/cisp and https://www.mastercard.com/sdp.

## 27. Contacting Airbnb Payments

You may contact Airbnb Payments regarding the Payment Services using the information below:

| Entity | Contact Information |
| --- | --- |
| Airbnb Payments, | 999 Brannan Street, 4th Floor |

| | |
|---|---|
| Inc. | San Francisco, CA 94103 |
| | United States of America |
| | +1 855 424 7262. |
| Airbnb Payments UK Ltd. | Suite 1, 3rd Floor |
| | 11-12 St. James's Square |
| | London, SW1Y 4LB |
| | United Kingdom |
| | +44 203 318 1111 |
| | legal.payments@airbnb.com |
| | Company Number: 09392688 |
| | *Airbnb Payments UK Limited is authorised and regulated by the Financial Conduct Authority as an Electronic Money Institution with reference number 900596.* |
| Airbnb Internet (Beijing) Co., Ltd. 安彼迎网络（北京）有限公司 | Unit 1422, Level 14, China World Office 1, 1 Jianguomenwai Avenue, Chaoyang District, Beijing 100004 |
| | (中国北京市朝阳区建国门外大街1号国贸写字楼1座14层1422室 邮编100004) |
| | +86 400 889 7054 |
| Airbnb Payments India Pvt. Ltd. | Level 9, Spaze i-Tech Park |
| | A1 Tower, Sector-49, Sohna Road |
| | Gurugram INDIA 122018 |
| | apac-payments-legal@airbnb.com |
| Airbnb Payments Australia Pty. Ltd. | 58 Gipps Street |
| | Collingwood VIC 3066 |
| | Australia |
| | apac-payments-legal@airbnb.com |

| Airbnb Payments Luxembourg S.A. | 4, rue Henri Schnadt, L-2530 Luxembourg |

These Payments Terms are available at www.airbnb.com/terms/payments_terms. Airbnb Payments will provide a copy of these Payments Terms on request. If you have any questions about these Payments Terms, please email us.

# EXHIBIT I

# Feb 27, 2020 | 11:43:46 am UTC | Published version 53

## What if I need to cancel because of an emergency or unavoidable circumstance?

We may be able to give you a refund or waive the cancellation penalties if you have to cancel because of an unexpected circumstance that's out of your control. Below is a list of circumstances covered by our Extenuating Circumstances Policy. Before you cancel, check that your circumstance is included in the list below and that you can provide the required documentation.

It's important to keep in mind that penalty-free cancellations are only available for extenuating circumstances that occur before the official check-in date for your reservation. Additionally, our Extenuating Circumstances Policy doesn't apply to Luxe or Luxury Retreats reservations, which are subject to a separate Luxe Guest Refund Policy.

## Circumstances that require documentation

**Death** of a host, guest, or their co-host, additional guest, immediate family member, or caregiver. You'll be asked to provide one of these documents:

- Death certificate
- Obituary
- News article naming the deceased
- Police report

**Unexpected serious illness or injury** affecting a host or member of the traveling party. You'll be asked to provide a statement from a physician confirming that the person can't host or travel due to an unexpected, serious illness or injury. The statement must be also dated after the

reservation was booked and provided within 14 days of cancellation. At this time, pre-existing conditions known to the user at the time of booking are not covered by our Extenuating Circumstances Policy.

**Government-mandated obligations** including jury duty, travel restrictions, court appearances, and military deployment. You'll be asked to provide a copy of the official notice dated after the reservation was booked, including the name of the person fulfilling the obligation.

**Unforeseen property damage, maintenance, and amenity issues** to the Airbnb listing that makes it unsafe to host guests, or that prevents guests from accessing basic amenities like running water. This doesn't include planned renovations. You'll be asked to provide all of the following documents:

- Proof that the issue is being fixed
- An estimate of when it will be fixed
- An invoice for the repairs being done
- Photos of the damage

**Transportation disruptions** that make it impossible to travel to your destination, including road closures and flight cancellations where there are no alternative methods of travel. This includes closures and cancellations caused by natural disasters, such as earthquakes or severe storms. You'll be asked to provide a notice of the road closure, or documentation from the airline that the flight was cancelled and supporting documentation confirming that it's not possible to travel to your destination.

**Train, bus, or ferry cancellations** where no alternate trips were available on the same day. You'll be asked to provide documentation that clearly shows the carrier was not operating on that day, such as a screenshot of the company's website or a link to an official statement from the carrier.

## Circumstances that require special review

There's no required documentation for these circumstances, but our specialized team will review each case to confirm that you're directly affected.

**Open Homes reservations** that have been cancelled. More info about Open Homes.

**Natural disasters, terrorist activity, and civil/political unrest** that prevent the guest from traveling to or from the destination, or that make it unsafe to host guests.

**Epidemic disease or illness** that suddenly affects a region or an entire group of people. This doesn't include existing diseases that are associated with an area—for example, malaria in Thailand or dengue fever in Hawaii. Any updates to our policy regarding the outbreak of a disease, and the scope of policy application, will be determined based on announcements by the World Health Organization and local authorities.

**Travel restrictions** imposed by a government, law enforcement agency, or military that restrict travel to or from the listing or experience location.

**Safety and security threat advisories** issued for the listing or experience location or the guest party's departure location.

**Essential utility outages** that affect the listing or experience location.

**Changes to visa or passport requirements** that make it impossible to travel to the destination. This doesn't include lost or expired travel documents.

# What to do next

If you've confirmed your circumstance meets the requirements above, first cancel your homes reservation or Airbnb Experience. If your reservation falls under a recognized extenuating circumstance, you'll be notified that your reservation qualifies for a penalty-free cancellation, and you'll get a full refund if you're a guest.

If your reservation doesn't qualify automatically, continue canceling your reservation and then contact us to file a claim. We'll walk you through the next steps, which will include submitting any required documentation and waiting for our team to review your case. Claims must be submitted within 14 days of cancellation.